| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF TENNESSEE |
| Case number *(if known)* _____ Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| 1. | **Debtor's name** | *Apperson Crump PLC* |
|---|---|---|

| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
|---|---|---|

| 3. | **Debtor's federal Employer Identification Number (EIN)** | *62-0292839* |
|---|---|---|

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| *6000 Poplar Ave* *Suite 150* *Memphis, TN 38119* Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| *Shelby* County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

| 5. | **Debtor's website** (URL) | *www.appersoncrump.com* |
|---|---|---|

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | *Apperson Crump PLC* | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_5411_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

Debtor    *Apperson Crump PLC*                  Case number (*if known*) _____

      Name

| | | | |
|---|---|---|---|
| List all cases. If more than 1, attach a separate list | Debtor _____ | | Relationship _____ |
| | District _____ | When _____ | Case number, if known _____ |

---

**11.** **Why is the case filed in *this district?***    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
     Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

         Contact name _____

         Phone _____

---

■   **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   **Apperson Crump PLC**                                           Case number (*if known*) _____
         Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December  1, 2025**
              MM / DD / YYYY

X **/s/ Jon Smith**                                                      **Jon Smith**
Signature of authorized representative of debtor                        Printed name

Title   **Managing partner**

---

**18. Signature of attorney**

X **/s/ C. Jerome Teel Jr.**                          Date   **December  1, 2025**
Signature of attorney for debtor                             MM / DD / YYYY

**C. Jerome Teel Jr. 016310**
Printed name

**Teel & Gay, PLC**
Firm name

**79 Stonebridge Blvd.**
**Suite B**
**Jackson, TN 38305**
Number, Street, City, State & ZIP Code

Contact phone   **(731)424-3315**     Email address   **jerome@tennesseefirm.com**

**016310 TN**
Bar number and State

**Fill in this information to identify the case:**

Debtor name        *Apperson Crump PLC*

United States Bankruptcy Court for the:   WESTERN DISTRICT OF TENNESSEE

Case number (if known)  _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■  *Schedule H: Codebtors* (Official Form 206H)
■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule* _____
■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   *December  1, 2025*        X */s/ Jon Smith*
                                          Signature of individual signing on behalf of debtor

                                          *Jon Smith*
                                          Printed name

                                          *Managing partner*
                                          Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | *Apperson Crump PLC* |
| United States Bankruptcy Court for the: | *WESTERN DISTRICT OF TENNESSEE* |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| *Adan Technologies 9057 Valley Crest Lane #102 Germantown, TN 38138* | | *IT Services* | | | | *$37,255.84* |
| *Apperson Crump Profit Sharing Plan Bruce M. Smith, Trustee Thomas R. Buckner, Trustee 6000 Poplar Ave Suite 150 Memphis, TN 38119* | | *2024 Safe Harbor contribution* | | | | *$40,728.48* |
| *BankTennessee Downtown Memphis 30 North Second Street Memphis, TN 38103* | | | | | | *$54,648.00* |
| *Boyle Insurance Agency P.O. Box 17800 Memphis, TN 38187* | | | | | | *$12,113.08* |
| *CCH Prosystem FX P.O. Box 4307 Carol Stream, IL 60197-4307* | | | | | | *$27,235.62* |
| *CNA Deductible Recovery Group P.O. Box 6065-02 Hermitage, PA 16148-1065* | | | | | | *$175,000.00* |
| *Connie Cook 5430 Hayes Rd. Arlington, TN 38002* | | *Unpaid PTO* | | | | *$21,155.06* |

Debtor   **Apperson Crump PLC**                                    Case number *(if known)* _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| *Continental Insurance Company CNA Cashier Team P.O. Box 8317 Chicago, IL 60680-8317* | | *Malpractice claim Deductibles* | | | | *$50,000.00* |
| *FedEx ERS P.O. Box 371741 Pittsburgh, PA 15250-7741* | | | | | | *$14,277.09* |
| *Fidelity National Title 6060 Poplar Avenue Suite LL-37 Memphis, TN 38119* | | | | | | *$34,496.53* |
| *Glassman, Wyatt, Tuttle & Cox PC 26 N. 2nd St Memphis, TN 38103* | | | | | | *$7,942.50* |
| *IPFS Corporation 24722 Network Place Chicago, IL 60673* | | | | | | *$27,996.80* |
| *Level 3 Communications Century Link P.O. Box 910182 Denver, CO 80291-0182* | | | | | | *$7,377.73* |
| *Matthew Bradsher 9393 Laurel Hill Dr. Lakeland, TN 38002* | | *Unpaid PTO* | *Disputed* | | | *$7,838.10* |
| *Melissa Jaynes 2286 Glencliff Dr Memphis, TN 38119* | | *unpaid PTO* | | | | *$12,188.00* |
| *Poplar Corridor Investments, LLC 5900 Poplar Ave. Suite 100 Memphis, TN 38119* | | | | | | *$209,261.27* |
| *The Security Title Guarantee Corporation Attn: John Kosogof 1099 Winterson Rd. Suite 290 Linthicum Heights, MD 21090* | | | | | | *$68,372.33* |
| *Thomas R. Buckner 1719 Harbert Avenue Memphis, TN 38104* | | | | | | *$15,000.00* |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 2

Debtor    **Apperson Crump PLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Thomson Reuters West Payment Center P.O. Box 6292 Carol Stream, IL 60197-6292** | | | | | | *$25,830.68* |
| **Veritext P.O. Box 71303 Chicago, IL 60694-1303** | | | | | | *$8,980.71* |

**Fill in this information to identify the case:**

Debtor name    *Apperson Crump PLC*

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TENNESSEE

Case number (if known)    _____

☐ Check if this is an
   amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.......................................................    $ _____ 0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*....................................................    $ _____ 1,391,261.91

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................    $ _____ 1,391,261.91

---

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $ _____ 1,746,787.59

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $ _____ 90,915.52

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$ _____ 847,938.23

4.  **Total liabilities** .................................................................................
   Lines 2 + 3a + 3b                                                       $ _____ 2,685,641.34

**Fill in this information to identify the case:**

Debtor name  *Apperson Crump PLC*

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TENNESSEE

Case number *(if known)*  _____

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

| | | | | Current value of debtor's interest |
|---|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | *Guaranty Bank Trust account* | *Client Trust account* | *1537* | $520,357.83 |
| 3.2. | *Guaranty Bank operating account* | *checking* | *4814* | $895.68 |
| 3.3. | *Simmons Bank profit sharing account* | *Profit sharing* | *3087* | $1,309.14 |
| 3.4. | *First Horizon operating account* | *checking* | *0683* | $32,748.10 |
| 3.5. | *First Horizon Client Trust Account IOLTA. $215126.74 of balance are client funds.* | *IOLTA Client Trust Account* | *3450* | $215,126.74 |
| 3.6. | *Community Bank IOLTA account. All funds are client funds.* | *MS Client Trust Account IOLTA* | *6427* | $3,993.32 |

4.     **Other cash equivalents** *(Identify all)*

Debtor   **Apperson Crump PLC**                                    Case number *(If known)* _____
_____
Name

5.    **Total of Part 1.**                                                                          | **$774,430.81** |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | **Deposits and Prepayments** |

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | **Accounts receivable** |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11b. Over 90 days old:      **136,850.87**   -   **132,489.87**  =....        **$4,361.00**
                          face amount      doubtful or uncollectible accounts

11b. Over 90 days old:      **608,563.19**   -   **372,426.34**  =....        **$236,136.85**
                          face amount      doubtful or uncollectible accounts

11b. Over 90 days old:      **637,915.00**   -   **317,526.75**  =....        **$320,388.25**
                          face amount      doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                          | **$560,886.10** |

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

Debtor    **Apperson Crump PLC**                                    Case number *(If known)* _____
           Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** *Office furniture, fixtures, books, filing cabinets, etc. Itemization available upon request* | *$0.00* | | *$50,945.00* |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                    | *$50,945.00* |
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

| Current value of debtor's interest |
|---|

Debtor   **Apperson Crump PLC**                                    Case number *(If known)* _____
_____
Name

**71.** **Notes receivable**
Description (include name of obligor)

**Due from BSK $71,854.88**

| **71,854.88** - | | **71,854.88** = | | **$0.00** |
|---|---|---|---|---|
| Total face amount | | doubtful or uncollectible amount | | |

**REP note dated 2/17/16 $3,000.00**

| **3,000.00** - | | **3,000.00** = | | **$0.00** |
|---|---|---|---|---|
| Total face amount | | doubtful or uncollectible amount | | |

**BMS Note 12/31/17 $120,191.77**

| **120,191.77** - | | **120,191.77** = | | **$0.00** |
|---|---|---|---|---|
| Total face amount | | doubtful or uncollectible amount | | |

**BSK Note 12/31/17 $158,041.07**

| **158,041.07** - | | **158,041.07** = | | **$0.00** |
|---|---|---|---|---|
| Total face amount | | doubtful or uncollectible amount | | |

**REP note October 2017**

| **10,000.00** - | | **5,000.00** = | | **$5,000.00** |
|---|---|---|---|---|
| Total face amount | | doubtful or uncollectible amount | | |

**JWS note 12/31/17 $66,975.98**

| **66,975.98** - | | **66,975.98** = | | **$0.00** |
|---|---|---|---|---|
| Total face amount | | doubtful or uncollectible amount | | |

**BMS Note 12/31/18 $132,689.53**

| **132,689.53** - | | **132,689.53** = | | **$0.00** |
|---|---|---|---|---|
| Total face amount | | doubtful or uncollectible amount | | |

**BSK NOte 12/31/18 $143,318.74**

| **143,318.74** - | | **143,318.74** = | | **$0.00** |
|---|---|---|---|---|
| Total face amount | | doubtful or uncollectible amount | | |

**JWS Note 12/31/18 $159,390.92**

| **159,390.92** - | | **159,390.92** = | | **$0.00** |
|---|---|---|---|---|
| Total face amount | | doubtful or uncollectible amount | | |

**JWB Note $169,561.05**

| **169,561.05** - | | **169,561.05** = | | **$0.00** |
|---|---|---|---|---|
| Total face amount | | doubtful or uncollectible amount | | |

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.** **Interests in insurance policies or annuities**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.** **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| **$5,000.00** |
|---|

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No

Debtor    **_Apperson Crump PLC_**
          Name

Case number *(If known)*

☐ Yes

Debtor    **_Apperson Crump PLC_**_____    Case number *(If known)* _____
Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |

80. **Cash, cash equivalents, and financial assets.**
*Copy line 5, Part 1* — **$774,430.81**

81. **Deposits and prepayments.** *Copy line 9, Part 2.* — **$0.00**

82. **Accounts receivable.** *Copy line 12, Part 3.* — **$560,886.10**

83. **Investments.** *Copy line 17, Part 4.* — **$0.00**

84. **Inventory.** *Copy line 23, Part 5.* — **$0.00**

85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* — **$0.00**

86. **Office furniture, fixtures, and equipment; and collectibles.**
*Copy line 43, Part 7.* — **$50,945.00**

87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* — **$0.00**

88. **Real property.** *Copy line 56, Part 9* .......................................................> **$0.00**

89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* — **$0.00**

90. **All other assets.** *Copy line 78, Part 11.*    + **$5,000.00**

91. **Total.** Add lines 80 through 90 for each column    **$1,391,261.91**   + 91b.   **$0.00**

92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92    **$1,391,261.91**

**Fill in this information to identify the case:**

Debtor name  *Apperson Crump PLC*

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TENNESSEE

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1 Advocate Capital**
Creditor's Name

P.O. Box 306370
Nashville, TN 37230
Creditor's mailing address

_____
Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number  **D505**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
*All accounts, instruments, Client Matters, etc and personal guaranties*

**Describe the lien**
*UCC*

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$1,167,207.77**    Column B: *Unknown*

**2.2 Guaranty Bank and Trust**
Creditor's Name

210 Hayden St
PO Drawer 657
Belzoni, MS 39038
Creditor's mailing address

_____
Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
*partners' pledge notes, capital notes and personal guaranties*

**Describe the lien**
*UCC*

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: **$392,249.82**    Column B: *Unknown*

| Debtor | **Apperson Crump PLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Simmons Bank** | Describe debtor's property that is subject to a lien | $187,330.00 | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **UCC and personal guaranties** | | |

**Central Loan
Administration
P.O. Box 7009
Pine Bluff, AR 71611**
Creditor's mailing address

Describe the lien
**UCC**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**6370**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,746,787.59 |
|---|---|---|

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Advocate Capital, Inc.
ACF 2006 Corp
29629 Network Place
Chicago, IL 60673** | Line _2.1_ | |
| **R. Lee Webber
Martin Tate Morrow & Marston, P.C.
International Place, Tower II
6410 Poplar Ave, Suite 900
Memphis, TN 38119** | Line _2.2_ | |
| **Roger G. Jones
Bradley Arant Boult Cummings LLP
1221 Broadway
Suite 2400
Nashville, TN 37203** | Line _2.1_ | |

| Debtor | *Apperson Crump PLC* | Case number (if known) | |
| | Name | | |

Ronald G. Steen
Thompson Burton PLLC
6100 Tower Circle
Suite 200
Franklin, TN 37067

Line   2.3

**Fill in this information to identify the case:**

Debtor name    ***Apperson Crump PLC***

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TENNESSEE

Case number (if known)  _____

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>***Apperson Crump Profit Sharing Plan***<br>***Bruce M. Smith, Trustee***<br>***Thomas R. Buckner, Trustee***<br>***6000 Poplar Ave Suite 150***<br>***Memphis, TN 38119*** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $40,728.48 | $17,150.00 |
| Date or dates debt was incurred<br>***2024*** | Basis for the claim:<br>***2024 Safe Harbor contribution*** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** Priority creditor's name and mailing address<br>***Connie Cook***<br>***5430 Hayes Rd.***<br>***Arlington, TN 38002*** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $21,155.06 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>***Unpaid PTO*** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor   **Apperson Crump PLC**

Name

Case number *(if known)*

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,865.21 | $3,865.21 |

**Internal Revenue Service**
**Insolvency Section**
**801 Broadway, MDP 146**
**Nashville, TN 37203**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,640.67 | $4,640.67 |

**IRS**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,838.10 | $0.00 |

**Matthew Bradsher**
**9393 Laurel Hill Dr.**
**Lakeland, TN 38002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,188.00 | $0.00 |

**Melissa Jaynes**
**2286 Glencliff Dr**
**Memphis, TN 38119**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | *Apperson Crump PLC* | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

*State of Tennessee*
*Office of the Attorney General*
*PO Box 20207*
*Nashville, TN 37202-0207*

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
*500.00*

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,760.00 |
|---|---|---|---|

*Adams and Reese LLP*
*Dept 5208*
*P.O. Box 2153*
*Birmingham, AL 35287*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,255.84 |
|---|---|---|---|

*Adan Technologies*
*9057 Valley Crest Lane*
*#102*
*Germantown, TN 38138*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: *IT Services*

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $79.26 |
|---|---|---|---|

*Alpha Reporting Corporation*
*236 Adams Avenue*
*Memphis, TN 38103*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

*Attila Kerner M.C.*
*9449 Dennis Grove Court*
*Saint Louis, MO 63126*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,387.15 |
|---|---|---|---|

*Bank of America*
*P.O. Box 660441*
*Dallas, TX 75266-0441*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  *6055*

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Apperson Crump PLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.6** Nonpriority creditor's name and mailing address

**BankTennessee**
**Downtown Memphis**
**30 North Second Street**
**Memphis, TN 38103**

Date(s) debt was incurred _

Last 4 digits of account number _ **1400**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$54,648.00**

---

**3.7** Nonpriority creditor's name and mailing address

**Blue Sky Couriers**
**830 S. Bellevue Blvd**
**Memphis, TN 38104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$934.35**

---

**3.8** Nonpriority creditor's name and mailing address

**Boyle Insurance Agency**
**P.O. Box 17800**
**Memphis, TN 38187**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12,113.08**

---

**3.9** Nonpriority creditor's name and mailing address

**Brian Drolet MD**
**1611 18th Avenue**
**Nashville, TN 37212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,000.00**

---

**3.10** Nonpriority creditor's name and mailing address

**Brooks Court Reporting Inc.**
**402 BNA Dr.**
**Suite 108**
**Nashville, TN 37217**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$82.50**

---

**3.11** Nonpriority creditor's name and mailing address

**Bruce M. Smith**
**396 Wellington Cove**
**Memphis, TN 38117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,103.17**

---

**3.12** Nonpriority creditor's name and mailing address

**Bruce S. Kramer**
**4614 Katy Dr.**
**New Smyrna Beach, FL 32169**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,079.10**

---

| Debtor | **Apperson Crump PLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27,235.62**

*CCH Prosystem FX*
*P.O. Box 4307*
*Carol Stream, IL 60197-4307*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,254.00**

*Cheri Sullivan, CSR, RPR*
*111 Red Acres Place*
*Memphis, TN 38111*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$355.55**

*CIOX Health*
*P.O. Box 409740*
*Atlanta, GA 30384*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$175,000.00**

*CNA*
*Deductible Recovery Group*
*P.O. Box 6065-02*
*Hermitage, PA 16148-1065*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7411**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,557.01**

*CNA Insurance*
*P.O. Box 74007619*
*Chicago, IL 60674-7619*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8519**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00**

*Continental Insurance Company*
*CNA Cashier Team*
*P.O. Box 8317*
*Chicago, IL 60680-8317*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: *Malpractice claim Deductibles*

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25.00**

*EMG Clinics of Tennessee*
*PO Box 3488 Dept. 05-220*
*Tupelo, MS 38803-3488*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Apperson Crump PLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,894.82**

Fedex
P.O. Box 660481
Dallas, TX 75266-0481

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,277.09**

FedEx ERS
P.O. Box 371741
Pittsburgh, PA 15250-7741

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,496.53**

Fidelity National Title
6060 Poplar Avenue
Suite LL-37
Memphis, TN 38119

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$691.25**

Flippin Law Firm
1302 Main Street
P.O. Box 160
Humboldt, TN 38343

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,942.50**

Glassman, Wyatt, Tuttle & Cox PC
26 N. 2nd St
Memphis, TN 38103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,350.00**

Harry Rein M.D., J.D.
1877 Wingfield Dr.
Longwood, FL 32779

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,686.86**

Huseby Global Litigation
P.O. Box 6180
Hermitage, PA 16148-0922

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Apperson Crump PLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,996.80**

*IPFS Corporation*
*24722 Network Place*
*Chicago, IL 60673*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$364.50**

*Jennifer Mason*
*8193 Newell Road*
*Lake Cormorant, MS 38641*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,056.00**

*Konica Minolta*
*P.O. Box 550599*
*Jacksonville, FL 32255-0599*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3000**

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,862.44**

*Konica Minolta Premier Finance*
*P.O. Box 105743*
*Atlanta, GA 30348-5743*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,377.73**

*Level 3 Communications*
*Century Link*
*P.O. Box 910182*
*Denver, CO 80291-0182*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,008.76**

*Lexis Nexis Matthew Bender*
*P.O. Box 733106*
*Dallas, TX 75373-3106*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,543.05**

*Lexitas*
*P.O. Box 734298*
*Dept 2038*
*Dallas, TX 75373-4298*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Apperson Crump PLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $980.00 |
|---|---|---|---|

**Lisa C. Vaughn, RPR, CSR**
**4570 Sequoia Road**
**Memphis, TN 38117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225.00 |
|---|---|---|---|

**Lu Anne Dudley, CSR, RPR**
**P.O. Box 1631**
**Cordova, TN 38018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $258.89 |
|---|---|---|---|

**MEMPHIS COMMUNICATIONS**
**CORPORATION**
**PO BOX 770389**
**Memphis, TN 38177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $209,261.27 |
|---|---|---|---|

**Poplar Corridor Investments, LLC**
**5900 Poplar Ave.**
**Suite 100**
**Memphis, TN 38119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,177.50 |
|---|---|---|---|

**Positively Balanced LLC**
**3662 Cedarcrest Road**
**Suite 200**
**Acworth, GA 30101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $233.00 |
|---|---|---|---|

**Professional Process Servers, Inc.**
**5240 Mendenhall Park Place**
**Memphis, TN 38115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $330.00 |
|---|---|---|---|

**Progressive Private Process**
**P.O. Box 343058**
**Memphis, TN 38184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **_Apperson Crump PLC_** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **_$7,268.36_** |

**_Relx Inc_**
**_D/B/A Lexis Nexis_**
**_P.O. Box 733106_**
**_Dallas, TX 75373-3106_**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **_$66.50_** |

**_Samantha E. Cohen, RPR_**
**_239 South Barksdale Street_**
**_Memphis, TN 38104_**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **_$68,372.33_** |

**_The Security Title Guarantee Corporation_**
**_Attn: John Kosogof_**
**_1099 Winterson Rd._**
**_Suite 290_**
**_Linthicum Heights, MD 21090_**

Date(s) debt was incurred _1/21/25_

Last 4 digits of account number _5598_

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **_$15,000.00_** |

**_Thomas R. Buckner_**
**_1719 Harbert Avenue_**
**_Memphis, TN 38104_**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **_$25,830.68_** |

**_Thomson Reuters_**
**_West Payment Center_**
**_P.O. Box 6292_**
**_Carol Stream, IL 60197-6292_**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **_$485.00_** |

**_Track & Trace Legal Services_**
**_P.O. Box 343058_**
**_Bartlett, TN 38184_**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **_$3,920.24_** |

**_Vanderbilt Mortgage and Finance, Inc_**
**_500 Alcoa Trail_**
**_Maryville, TN 37804_**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | *Apperson Crump PLC* | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$599.75** |
|---|---|---|---|

*Verisma*
*P.O. Box 201327*
*Dallas, TX 75320-1327*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,980.71** |
|---|---|---|---|

*Veritext*
*P.O. Box 71303*
*Chicago, IL 60694-1303*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$419.60** |
|---|---|---|---|

*Virgina Dodge, RDR, CRR, LCR*
*3046 Elliott Drive*
*Mount Juliet, TN 37122-0606*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,861.44** |
|---|---|---|---|

*Wells Fargo Vendo Fin Serv*
*PO Box 105743*
*Atlanta, GA 30348-5710*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _0000_

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | *Business Card*<br>*Bank of America*<br>*P.O. Box 15796*<br>*Wilmington, DE 19850-5184* | Line _3.5_<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | *CNA*<br>*P.O. Box 8317*<br>*Chicago, IL 60680-8317* | Line _3.16_<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | *Internal Revenue Service*<br>*P.O. Box 9941, Stop 6552*<br>*Ogden, UT 84409* | Line _2.3_<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | *Internal Revenue Service*<br>*P.O Box 219690*<br>*Kansas City, MO 64121-9890* | Line _2.4_<br><br>☐ Not listed. Explain ____ | _ |

---

| Debtor | *Apperson Crump PLC* | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.5 | *Internal Revenue Service*<br>*Insolvency Section*<br>*801 Broadway, MDP 146*<br>*Nashville, TN 37203* | Line **2.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | *IRS*<br>*P.O. Box 7346*<br>*Philadelphia, PA 19101-7346* | Line **2.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | *JP Morgan Chase Bank*<br>*300 S. Riverside Plaza*<br>*IL-I-0196*<br>*Chicago, IL 60606* | Line **3.29**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | *Konica Minolta*<br>*21146 Network Place*<br>*Chicago, IL 60673-1211* | Line **3.29**<br><br>☐ Not listed. Explain ____ | *3000* |
| 4.9 | *L. Clayton Culpepper III*<br>*Evans Petree, P.C.*<br>*1715 Aaron Brenner Dr.*<br>*Suite 800*<br>*Memphis, TN 38120* | Line **3.37**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | *State of Tennessee*<br>*Department of Labor and Workforce Dev*<br>*220 French Landing Drive*<br>*Nashville, TN 37241* | Line **2.7**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | *90,915.52* |
| **5b. Total claims from Part 2** | 5b. | + $ | *847,938.23* |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | *938,853.75* |

| Fill in this information to identify the case: |
| --- |
| Debtor name   **Apperson Crump PLC** |
| United States Bankruptcy Court for the:   WESTERN DISTRICT OF TENNESSEE |
| Case number (if known)   _____ |

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- |
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest   *Copier lease* | |
| State the term remaining   *36 months* | *Konica Minolta* |
| List the contract number of any government contract   _____ | *P.O. Box 550599*<br>*Jacksonville, FL 32255-0599* |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest   *Quadient IX7 Digital Postage Equipment* | |
| State the term remaining   *12 months* | *MEMPHIS COMMUNICATIONS CORPORATION* |
| List the contract number of any government contract   _____ | *PO BOX 770389*<br>*Memphis, TN 38177* |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest   *Office space* | |
| State the term remaining   *6 months* | *Poplar Corridor Investments, LLC* |
| List the contract number of any government contract   _____ | *5900 Poplar Ave.*<br>*Suite 100*<br>*Memphis, TN 38119* |

| Debtor 1 | *Apperson Crump PLC* | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | *Debtor may have engagement agreements or fee agreements with various clients. The names of the clients are being withheld for privilege purposes.* | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | *Various clients* |

**Fill in this information to identify the case:**

Debtor name   *Apperson Crump PLC*

United States Bankruptcy Court for the:   WESTERN DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Bruce M. Smith** | **396 Wellington Cv**<br>**Memphis, TN 38117** | *Various* | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2  **Bruce S. Kramer** | **4614 Katy Dr.**<br>**New Smyrna Beach, FL 32169** | *Various* | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.3  **Jon W. Smith** | **54 Robert Dell Cv**<br>**Memphis, TN 38117** | *Various* | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.4  **Thomas R. Buckner** | **1719 Harbert Ave.**<br>**Memphis, TN 38104** | *Various* | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

| Fill in this information to identify the case: |
| --- |
| Debtor name   **Apperson Crump PLC** |
| United States Bankruptcy Court for the:   WESTERN DISTRICT OF TENNESSEE |
| Case number (if known)  _____ |

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$2,012,333.59** |
   | **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other  _____ | **$4,453,157.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   | --- | --- | --- | --- |

| Debtor | *Apperson Crump PLC* | Case number *(if known)* | _____ |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:**   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | *Poplar Corridor Investments, LLC v. Apperson Crump PLC* 2340106 | *FED* | *Shelby Co. General Sessions Court P.O. Box 3824 Memphis, TN 38173* | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | *Apperson Crump, PLC v. Michelle Wilson, Diane Wilson and Battery Alliance, Inc.* CT-4177-21 | *Collection and counterclaim* | *Shelby County Circuit Court 140 Adams Ave Rm 224 Memphis, TN 38103* | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. | *Simmons Bank v. Apperson Crump, PLC et al* 25-1574 | *Collection* | *Shelby County Chancery Court* | ■ Pending ☐ On appeal ☐ Concluded |
| 7.4. | *Lawrence Properties and Investment, LLC v. Apperson Crump PLC et al* CT-2082-23 | *Forged deed utilized in real estate closing* | *Shelby County Circuit Court 140 Adams Ave Rm 224 Memphis, TN 38103* | ■ Pending ☐ On appeal ☐ Concluded |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    *Apperson Crump PLC*                                    Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.5. | *Villa et al*<br>*v.*<br>*Apperson Crump PLC et al*<br>*36,320* | *Wrongful distribution of wrongful death lawsuit settlement proceeds* | *Tipton County Chancery Court*<br>*Tipton County Courthouse* | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | *Hailey Davis*<br>*v.*<br>*Jake Brown adn Apperson Crump, PLC* | *Mediation -- No lawsuit filed. Alleged errors and omissions* | *Mediation* | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.7. | *Stephanie Allen*<br>*v.*<br>*Mark Benfield, Steiner Feiger & Greene, PC* | *Mediation. Debtor executed a toling agreement but was not named as defendant in lawsuit. Claim was legal malpractice and resolved at mediation* | | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.8. | *David Villereal Galicia*<br>*v.*<br>*Michael Fearnley and Apperson Crump, PLC*<br>*2229310* | *Client refund of monies paid* | *Shelby Co. General Sessions Court*<br>*P.O. Box 3824*<br>*Memphis, TN 38173* | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.9. | *Apperson Crump PLC*<br>*v.*<br>*Michelle Wilson, Diane Wilson adn*<br>*Battery Alliance, Inc.*<br>*CT-4177-21* | *Suit for collection of unpaid attorney fees and expenses* | *Shelby County Circuit Court*<br>*140 Adams Ave*<br>*Rm 224*<br>*Memphis, TN 38103* | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10<br>. | *Rheta Negrete-Neal et al*<br>*v.*<br>*Apperson Crump, PLC et al*<br>*24-2285-TLP* | *Family members of Decedent assert claims to real property* | *United States District Court Western District of TN* | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11<br>. | *Advocate Capital, Inc.*<br>*v.*<br>*Apperson Crump, PLC et al*<br>*25-1641-I* | *Injunction* | *Davidson County Chancery Court* | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**    Certain Gifts and Charitable Contributions

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Debtor   **Apperson Crump PLC**                              Case number *(if known)* _____

---

| **Part 5:** | Certain Losses |

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

| **Part 6:** | Certain Payments or Transfers |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. *Teel & Gay, PLC*<br>*79 Stonebridge Blvd. Suite B*<br>*Jackson, TN 38305* | *$3750.00 pre-petition fees and $1738.00 court filing fee* | *11/13/25* | *$5,488.00* |
| **Email or website address**<br>*www.tennesseefirm.com* | | | |
| **Who made the payment, if not debtor?** | | | |

---

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | Previous Locations |

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor **Apperson Crump PLC**

Case number *(if known)* _____

| Address | Dates of occupancy From-To |
|---|---|

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.

☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.

■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Apperson Crump PLC Profit Sharing Plan** | EIN: **62-0292839** |

Has the plan been terminated?

■ No

☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Simmons Bank 6075 Poplar Ave. Suite 900 Memphis, TN 38119** | XXXX-**4525** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **Payroll account closed 10/16/25** | **$153.87** |

Debtor    **Apperson Crump PLC**                                          Case number *(if known)*

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.2. | *Simmons Bank*<br>*6075 Poplar Ave.*<br>*Suite 900*<br>*Memphis, TN 38119* | XXXX-*3095* | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | *Recording account closed 10/16/25* | *$1,792.48* |
| 18.3. | *Simmons Bank*<br>*6075 Poplar Ave.*<br>*Suite 900*<br>*Memphis, TN 38119* | XXXX-*3319* | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | *Real Estate Trust account -- THDA closed 10/16/25* | *$5.25* |
| 18.4. | *First Community Bank/Story Financial* | XXXX-*5500* | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | *IOLTA Account closed 11/25/25* | *$0.00* |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| *Regions Bank*<br>*12845 Germantown Rd.*<br>*Germantown, TN 38138* | *All partners of Debtor* | *Client wills and documents.* | ☐ No<br>■ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| *Shred Shop of Memphis*<br>*318 Collins St.*<br>*Memphis, TN 38112* | *Bruce S. Kramer* | *Old client files and personal documents* | ☐ No<br>■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Debtor | *Apperson Crump PLC* | | Case number *(if known)* | |
|---|---|---|---|---|

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| *Various clients* | *First Horizon Real Estate Trust IOLTA* | *Client funds in IOLTA account* | $215,126.74 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| *Client* | *Community Bank IOLTA account* | *Client funds* | $3,993.32 |

## Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title
Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:    Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service
From-To |
|---|---|

Debtor    **Apperson Crump PLC**                                                    Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **ATA Advisory LLC**<br>**6525 N. Quail Hollow Rd**<br>**Suite 500**<br>**Memphis, TN 38120** | **3/6/24 to present** |
| 26a.2.    **Whitehorn Tankersley & Davis PLLC**<br>**670 Oakleaf Office Lane**<br>**Memphis, TN 38117** | **4/2004 to 3/6/24** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Fidelity National Title** | **Audited real estate accounts** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.    **Old Republic Title Company** | **audited real estate accounts** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Simmons Bank**<br>**6075 Poplar Avenue**<br>**Suite 900**<br>**Memphis, TN 38119** |
| 26d.2.    **Advocate Capital**<br>**ACF 2006 Corp**<br>**29629 Network Place**<br>**Chicago, IL 60673** |
| 26d.3.    **Guaranty Bank**<br>**210 Hayden St.**<br>**P.O. Drawer 657**<br>**Belzoni, MS 39038** |
| 26d.4.    **Bank Tennessee**<br>**30 North Second Street**<br>**Memphis, TN 38103** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Debtor | **Apperson Crump PLC** | | Case number *(if known)* | |
|---|---|---|---|---|

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | *Jon Smith* | | *Inventory of office equipment -- $50,945.00* |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | *Debtor* |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| *Jon W. Smith* | *54 Robett Dell Cv Memphis, TN 38117* | *Member and President* | *25* |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| *Bruce M. Smith* | *396 Wellington Cove Memphis, TN 38117* | *Member and Ethics Officer* | *25* |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| *Bruce S. Kramer* | *4614 Katy Dr. New Smyrna Beach, FL 32169* | *Member* | *25* |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| *Thomas R. Buckner* | *1719 Harbert Avenue Memphis, TN 38104* | *Member* | *25* |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. *Thomas R. Buckner 1719 Harbert Avenue Memphis, TN 38104* | *$63,333.33* | | *Draw* |
| Relationship to debtor *Member* | | | |

Debtor    *Apperson Crump PLC*    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | *Jon W. Smith*<br>*54 Robert Dell Cv*<br>*Memphis, TN 38117* | *$90,833.33 draw and $32,082.93 guaranteed payment as President* | | *Draw and guaranteed payment* |
| | Relationship to debtor<br>*Member and President* | | | |
| 30.3. | *Bruce M. Smith*<br>*396 Wellington Cove*<br>*Memphis, TN 38117* | *$79,833.33 draw and $25,208.37 guaranteed payment Ethics Officer* | | *Draw and Guaranteed payment* |
| | Relationship to debtor<br>*Member and Ethics Officer* | | | |
| 30.4. | *Bruce S. Kramer*<br>*4614 Katy Dr.*<br>*New Smyrna Beach, FL 32169* | *$41,250.00 guaranteed payment* | | *Guaranteed payment* |
| | Relationship to debtor<br>*Member* | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    *December  1, 2025*

*/s/ Jon Smith* _____    *Jon Smith* _____
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    *Managing partner*

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Western District of Tennessee

In re  **Apperson Crump PLC**
_____
                                    Debtor(s)

Case No. _____
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **3,750.00** |
| Prior to the filing of this statement I have received | $ | **3,750.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

☐ Debtor      ■ Other (specify):  **Retainer**

3.  The source of compensation to be paid to me is:

■ Debtor      ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e.  [List other services that counsel has agreed to provide]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **December  1, 2025** | **/s/ C. Jerome Teel Jr.** |
| Date | **C. Jerome Teel Jr. 016310** |
| | Signature of Attorney |
| | **Teel & Gay, PLC** |
| | **79 Stonebridge Blvd.** |
| | **Suite B** |
| | **Jackson, TN 38305** |
| | **(731)424-3315  Fax: (731)424-3501** |
| | **jerome@tennesseefirm.com** |
| | Name of law firm |

---

# United States Bankruptcy Court
## Western District of Tennessee

In re   **Apperson Crump PLC**                                  Case No. _____

Debtor(s)                    Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Bruce M. Smith**<br>**396 Wellington Cove**<br>**Memphis, TN 38117** | | | |
| **Bruce S. Kramer**<br>**4614 Katy Dr.**<br>**New Smyrna Beach, FL 32169** | | | |
| **Jon W. Smith**<br>**54 Robert Dell Cove**<br>**Memphis, TN 38117** | | | |
| **Thomas R. Buckner**<br>**1719 Harbert Avenue**<br>**Memphis, TN 38104** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing partner** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **December  1, 2025** _____          Signature   **/s/ Jon Smith** _____

**Jon Smith**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Tennessee

In re    **Apperson Crump PLC**                                                Case No. _____

                                                    Debtor(s)        Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing partner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:    **December  1, 2025**                          **/s/ Jon Smith**

                                                        **Jon Smith**/**Managing partner**
                                                        Signer/Title

Adams and Reese LLP
Dept 5208
P.O. Box 2153
Birmingham, AL 35287

Adan Technologies
9057 Valley Crest Lane
#102
Germantown, TN 38138

Advocate Capital
P.O. Box 306370
Nashville, TN 37230

Advocate Capital, Inc.
ACF 2006 Corp
29629 Network Place
Chicago, IL 60673

Alpha Reporting Corporation
236 Adams Avenue
Memphis, TN 38103

Apperson Crump Profit Sharing Plan
Bruce M. Smith, Trustee
Thomas R. Buckner, Trustee
6000 Poplar Ave Suite 150
Memphis, TN 38119

Attila Kerner M.C.
9449 Dennis Grove Court
Saint Louis, MO 63126

Bank of America
P.O. Box 660441
Dallas, TX 75266-0441

BankTennessee
Downtown Memphis
30 North Second Street
Memphis, TN 38103

Blue Sky Couriers
830 S. Bellevue Blvd
Memphis, TN 38104

Boyle Insurance Agency
P.O. Box 17800
Memphis, TN 38187

Brian Drolet MD
1611 18th Avenue
Nashville, TN 37212

Brooks Court Reporting Inc.
402 BNA Dr.
Suite 108
Nashville, TN 37217

Bruce M. Smith
396 Wellington Cove
Memphis, TN 38117

Bruce M. Smith
396 Wellington Cv
Memphis, TN 38117

Bruce S. Kramer
4614 Katy Dr.
New Smyrna Beach, FL 32169

Bruce S. Kramer
4614 Katy Dr.
New Smyrna Beach, FL 32169

Business Card
Bank of America
P.O. Box 15796
Wilmington, DE 19850-5184

CCH Prosystem FX
P.O. Box 4307
Carol Stream, IL 60197-4307

Cheri Sullivan, CSR, RPR
111 Red Acres Place
Memphis, TN 38111

CIOX Health
P.O. Box 409740
Atlanta, GA 30384

CNA
Deductible Recovery Group
P.O. Box 6065-02
Hermitage, PA 16148-1065

CNA
P.O. Box 8317
Chicago, IL 60680-8317

CNA Insurance
P.O. Box 74007619
Chicago, IL 60674-7619

Connie Cook
5430 Hayes Rd.
Arlington, TN 38002

Continental Insurance Company
CNA Cashier Team
P.O. Box 8317
Chicago, IL 60680-8317

EMG Clinics of Tennessee
PO Box 3488 Dept. 05-220
Tupelo, MS 38803-3488

Fedex
P.O. Box 660481
Dallas, TX 75266-0481

FedEx ERS
P.O. Box 371741
Pittsburgh, PA 15250-7741

Fidelity National Title
6060 Poplar Avenue
Suite LL-37
Memphis, TN 38119

Flippin Law Firm
1302 Main Street
P.O. Box 160
Humboldt, TN 38343

Glassman, Wyatt, Tuttle & Cox PC
26 N. 2nd St
Memphis, TN 38103

Guaranty Bank and Trust
210 Hayden St
PO Drawer 657
Belzoni, MS 39038

Harry Rein M.D., J.D.
1877 Wingfield Dr.
Longwood, FL 32779

Huseby Global Litigation
P.O. Box 6180
Hermitage, PA 16148-0922

Internal Revenue Service
Insolvency Section
801 Broadway, MDP 146
Nashville, TN 37203

Internal Revenue Service
P.O. Box 9941, Stop 6552
Ogden, UT 84409

Internal  Revenue  Service
Insolvency  Section
801 Broadway, MDP 146
Nashville, TN 37203

Internal  Revenue  Service
P.O Box 219690
Kansas City, MO 64121-9890

IPFS  Corporation
24722 Network Place
Chicago, IL 60673

IRS
P.O. Box 7346
Philadelphia, PA 19101-7346

IRS
P.O. Box 7346
Philadelphia, PA 19101-7346

Jennifer  Mason
8193 Newell Road
Lake Cormorant, MS 38641

Jon  W.  Smith
54 Robert Dell Cv
Memphis, TN 38117

JP Morgan Chase Bank
300 S. Riverside Plaza
IL-I-0196
Chicago, IL 60606

Konica  Minolta
P.O. Box 550599
Jacksonville, FL 32255-0599

Konica  Minolta
21146 Network Place
Chicago, IL 60673-1211

Konica  Minolta
P.O. Box 550599
Jacksonville, FL 32255-0599

Konica  Minolta  Premier  Finance
P.O. Box 105743
Atlanta, GA 30348-5743

L.  Clayton  Culpepper  III
Evans Petree, P.C.
1715 Aaron Brenner Dr.
Suite 800
Memphis, TN 38120

Level 3 Communications
Century Link
P.O. Box 910182
Denver, CO 80291-0182

Lexis Nexis Matthew Bender
P.O. Box 733106
Dallas, TX 75373-3106

Lexitas
P.O. Box 734298
Dept 2038
Dallas, TX 75373-4298

Lisa C. Vaughn, RPR, CSR
4570 Sequoia Road
Memphis, TN 38117

Lu Anne Dudley, CSR, RPR
P.O. Box 1631
Cordova, TN 38018

Matthew Bradsher
9393 Laurel Hill Dr.
Lakeland, TN 38002

Melissa Jaynes
2286 Glencliff Dr
Memphis, TN 38119

MEMPHIS COMMUNICATIONS CORPORATION
PO BOX 770389
Memphis, TN 38177

MEMPHIS COMMUNICATIONS CORPORATION
PO BOX 770389
Memphis, TN 38177

Poplar Corridor Investments, LLC
5900 Poplar Ave.
Suite 100
Memphis, TN 38119

Poplar Corridor Investments, LLC
5900 Poplar Ave.
Suite 100
Memphis, TN 38119

Positively Balanced LLC
3662 Cedarcrest Road
Suite 200
Acworth, GA 30101

Professional Process Servers, Inc.
5240 Mendenhall Park Place
Memphis, TN 38115

Progressive Private Process
P.O. Box 343058
Memphis, TN 38184

R. Lee Webber
Martin Tate Morrow & Marston, P.C.
International Place, Tower II
6410 Poplar Ave, Suite 900
Memphis, TN 38119

Relx Inc
D/B/A Lexis Nexis
P.O. Box 733106
Dallas, TX 75373-3106

Roger G. Jones
Bradley Arant Boult Cummings LLP
1221 Broadway
Suite 2400
Nashville, TN 37203

Ronald G. Steen
Thompson Burton PLLC
6100 Tower Circle
Suite 200
Franklin, TN 37067

Samantha E. Cohen, RPR
239 South Barksdale Street
Memphis, TN 38104

Simmons Bank
Central Loan Administration
P.O. Box 7009
Pine Bluff, AR 71611

State of Tennessee
Office of the Attorney General
PO Box 20207
Nashville, TN 37202-0207

State of Tennessee
Department of Labor and Workforce Dev
220 French Landing Drive
Nashville, TN 37241

The Security Title Guarantee Corporation
Attn: John Kosogof
1099 Winterson Rd.
Suite 290
Linthicum Heights, MD 21090

Thomas R. Buckner
1719 Harbert Avenue
Memphis, TN 38104

Thomas R. Buckner
1719 Harbert Ave.
Memphis, TN 38104

Thomson Reuters
West Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

Track & Trace Legal Services
P.O. Box 343058
Bartlett, TN 38184

Vanderbilt Mortgage and Finance, Inc
500 Alcoa Trail
Maryville, TN 37804

Various clients

Verisma
P.O. Box 201327
Dallas, TX 75320-1327

Veritext
P.O. Box 71303
Chicago, IL 60694-1303

Virgina Dodge, RDR, CRR, LCR
3046 Elliott Drive
Mount Juliet, TN 37122-0606

Wells Fargo Vendo Fin Serv
PO Box 105743
Atlanta, GA 30348-5710

# United States Bankruptcy Court
### Western District of Tennessee

In re   __Apperson Crump PLC__                                          Case No.

                                         Debtor(s)           Chapter    __11__


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   __Apperson Crump PLC__   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]


__December  1, 2025__
Date

__/s/ C. Jerome Teel Jr.__
__C. Jerome Teel Jr. 016310__
Signature of Attorney or Litigant
Counsel for   __Apperson Crump PLC__
__Teel & Gay, PLC__
__79 Stonebridge Blvd.__
__Suite B__
__Jackson, TN 38305__
__(731)424-3315 Fax:(731)424-3501__
__jerome@tennesseefirm.com__