UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

IN RE: APPERSON CRUMP, PLC                CHAPTER 11  CASE NUMBER: 25-11660

DEBTOR

BUDGET OF ESTIMATED COSTS OF CASE ADMINISTRATION

Comes now the Debtor by and through his attorney of record, C. Jerome Teel, Jr. and provides the Court with an estimated budget of costs during the administration of this case.

| | | |
|---|---|---|
| 1. | Court filing fees<br>Notice fees | $ 1,738.00 |
| 2. | Debtor(s) attorney fees estimated<br>Received retainer fee of<br>(Base fee is $350.00 per hour) | $15,000.00<br>$ 3,750.00 |
| 3. | Fees and costs due over-secured creditor(s) | $ |
| 4. | Real Estate professionals fees | $ |
| 5. | Appraisal fees | $ |
| 6. | US Trustee fees | $ 1,000.00 |
| 7. | Accountant fees | $ 2,500.00 |
| 8. | Sub-chapter V trustee fees | $ 0.00 |

Respectfully submitted this 1st day of December, 2025. A copy of this budget will be filed with the Court and submitted to the US Trustee and the Debtor.

APPERSON CRUMP, PLC

*/s/ Jon Smith*                                            */s/C. Jerome Teel, Jr.*
Debtor                                                     C. Jerome Teel, Jr.


Mailing Information:
Debtor(s), 6000 Poplar Ave., Suite 150, Memphis TN 38119
Attorney, C. Jerome Teel, Jr., 79 Stonebridge Blvd, ste B, Jackson, TN 38305
US Trustee, 200 Jefferson Ave, Suite 400, Memphis TN 38103
US Bankruptcy Court, 111 South Highland Ave, Jackson TN 38301