**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

| | |
|---|---|
| In re:    **APPERSON CRUMP PLC,** | Case No.  25-11660 |
| **Debtor.** | **Chapter 11** |

**NOTICE OF 11 U.S.C. § 341 MEETING OF CREDITORS**
**VIDEO CONFERENCE OR TELEPHONIC CONFERENCE OPTION**

PLEASE TAKE NOTICE that the 11 U.S.C. § 341 Meeting of Creditors scheduled in the above referenced case for January 5, 2026 at 2:00 p.m. central time will be conducted via Microsoft Teams with the Debtor.  For creditors and other parties in interest wishing to appear at the Meeting of Creditors, prior to the date and time of the Meeting of Creditors, please contact U.S. Trustee Trial Attorney, Carrie Ann Rohrscheib, via email (carrie.a.rohrscheib@usdoj.gov) or telephone ((901) 544-3303) to obtain a link to the Microsoft Temas meeting and/or related Microsoft Teams conference line.

PAUL A. RANDOLPH
ACTING UNITED STATES
TRUSTEE, REGION 8

/s/ Carrie Ann Rohrscheib (#022991)
Trial Attorney
United States Department of Justice
Office of United States Trustee
200 Jefferson Avenue, Suite 400
Memphis, TN 38103
(901) 544-3303
Carrie.A.Rohrscheib@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Carrie Ann Rohrscheib, hereby certify this 2th day of December, 2025, service of a true and exact copy of the foregoing by electronic means and/or via United States Postal Service, first class postage prepaid, to the following persons.

/s/ Carrie Ann Rohrscheib, Trial Attorney

All parties listed on the matrix