UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

IN RE:

APPERSON CRUMP PLC,                             CASE NUMBER 25-11660 JLC
                                                CHAPTER 7
    Debtor.

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Please take notice that Wendy Geurin Smith, Attorney at Law, will represent the interests of BankTennessee in this matter.

The undersigned requests that the name shown below be placed on the mailing matrix and that all notices in this matter be served upon counsel for BankTennessee as follows:

Wendy Geurin Smith
Attorney at Law
EVANS PETREE, PC
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120

Respectfully submitted,

/s/ Wendy Geurin Smith
Wendy Geurin Smith
(TN:014858, AR:2007006, MS:103798)
Attorney at Law
EVANS PETREE, PC.
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120
901-474-6170
Email:wgsmith@evanspetree.com