**Dated: December 15, 2025**
**The following is SO ORDERED:**

_____
Jimmy L. Croom
UNITED STATES BANKRUPTCY JUDGE

_____

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **In re** | |
| **APPERSON CRUMP PLC,** | Case No. 25-11660 JLC |
| **Debtor.** | Chapter 11 |

### CASE MANAGEMENT ORDER

The Court having conducted a case management conference pursuant to notice on December 11, 2025, and it appearing that certain procedures and dates should be established to promote the efficient administration of this Chapter 11 case; now therefore, the Debtor shall do or perform the following:

A.   File a disclosure statement and plan (or summary of a plan) on or before March 31, 2026.

B.   File any motions pursuant to 11 U.S.C. § 365 and FED. R. BANKR. P. 6006 within sixty (60) days after the date of the order for relief, or within such additional time as the Court for cause, within such sixty-day period fixes or otherwise as expressly allowed by the Court (for example, by a permissive plan provision).

CO077

C. File an estimate within thirty (30) days after the entry of this order of the administrative expenses expected to be incurred by the bankruptcy estate, including budgets for professionals employed by the Debtor, any committee, any secured creditor, and/or any other person, who expect to be reimbursed from the bankruptcy estate.

D. Manage and operate the property of the estate, if applicable, according to the requirements of the laws of the State in which such property is located.

E. Timely file all post-petition tax returns and make timely payment of all post-petition taxes and serve copies of such returns upon the United States trustee.

F. If an operating business, segregate and deposit all sales and payroll taxes withheld from employee earnings into a separate bank account, and use such funds solely for payment of taxes, unless expressly excused by the United States trustee.

G. Timely file all monthly operating reports and serve copies upon the United States trustee.

H. Timely pay all United States trustee quarterly fees pursuant to 28 U.S.C. § 1930(a) (6).

I. Timely pay all fees due to the Bankruptcy Court Clerk pursuant to 28 U.S.C. § 1930(a) or (b).

J. Attend the scheduled section 341(a) meeting of creditors.

**Failure of the Debtor to do or perform any of the foregoing may constitute cause for the dismissal of this Chapter 11 case, the conversion of this case to Chapter 7, or the appointment of the Chapter 11 trustee**

CO077