# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re:

Apperson Crump PLC

Debtor(s).

Case No. 25−11660

Chapter 11

Adversary Proceeding No.

## NOTICE OF REQUIRED FILING FEE AND/OR DEFICIENT FILING

**PLEASE TAKE NOTICE that a required filing fee has not been paid in full and/or a deficient document has been submitted for filing in this case. FAILURE TO PAY THE REQUIRED FILING FEE OR FAILURE TO CORRECT THE DEFICIENCY MAY RESULT IN THE DISMISSAL OF THIS BANKRUPTCY CASE.**

**You are reminded that all documents submitted in this case must comply with the current version of this Court's Guidelines for Electronic Filing, which is available for viewing at www.tnwb.uscourts.gov.** Only non−attorneys or persons who are not represented by an attorney may file paper documents (without express leave of the court).

Filing fees may be paid by credit card (online via ECF), cashiers check, money order, or business check made payable to the United States Bankruptcy Court Clerk. **Cash payments in the form of the exact amount may be made, at the Memphis Office. Cash payments are NOT accepted at the Jackson Office. Personal checks will NOT be accepted.**

☐ The case filing fee must be paid in full. The filing fee amount or any balance due, in converted cases, is always based upon the initial/original chapter filed. Effective December 1, 2020, the filing fees for each of the bankruptcy chapters are as follows:

| Chapter 7: $338.00 | Chapter 9: $1738.00 | Chapter 11: $1738.00 |
|---|---|---|
| Chapter 12: $278.00 | Chapter 13: $313.00 | Chapter 15: $1738.00 |

**Amount Tendered $          Amount Due $**

### ELECTRONIC FILING DEFICIENCIES

☑ **Other:**
**ATTACHMENTS SHOULD NOT BE SUBMITTED WITH THE ORDER; THE DOCUMENT NUMBER IN THE**
**PDF IS BLANK AND ORDER DOES NOT INCLUDE A SERVICE LIST**

**Travis D. Green CLERK, U.S. BANKRUPTCY COURT**

**By: Melissa Beacham**
**Dated:  December 15, 2025**
**111 S Highland, Room 107**
**Jackson, TN 38301**

[ntcdeffil]Petition Deficiency Notice/05