**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

IN RE: APPERSON CRUMP PLC                              CASE 25-11660

    Debtor                                                                        Chapter 11 Case

---

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF DOCUMENTS**

---

Please take notice that R. Lee Webber, Martin, Tate, Morrow & Marston, P.C., enters his appearance on behalf of Guaranty Bank and Trust (Creditor) and pursuant to Bankruptcy Rules 9010(b), 2002(a) & (b), and 3017(a), requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the address and telephone number listed below.

                                              Respectfully submitted,

                                              /s/ R. Lee Webber
                                              R. Lee Webber (18266)
                                              James Marshall Digmon (30134)
                                              MARTIN, TATE, MORROW &
                                              MARSTON, P.C.
                                              Attorneys for Creditor
                                              6410 Poplar Avenue, Suite 900
                                              Memphis, TN 38119
                                              Phone: (901) 522-9000
                                              Fax (901) 527-3746
                                              File No.:  G70510.45

CERTIFICATE OF SERVICE/PLEASE SERVICE THE FOLLOWING

    I, R. Lee Webber, do hereby certify that I have served a true and correct copy of the forgoing document on the following interested parties via U.S. Mail or the Court's ECF system to be circulated upon entry onto the Court's docket this 15th day of December, 2025

Debtor

Debtor's Attorney


                                                                /s/R. Lee Webber
                                                                 R. Lee Webber