**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| APPERSON CRUMP, PLC, ) | CASE NO. 1:25-bk-11660 |
| ) | CHAPTER 11 |
| Debtor. ) | |
| ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Please take notice that, pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby enters an appearance as counsel for Simmons Bank, a national banking association, as successor-in-interest-by-merger to Landmark Community Bank ("Simmons Bank"), a creditor and party-in-interest in the above-captioned bankruptcy case.

Please take further notice that the undersigned hereby requests that all notices and papers specified by or filed pursuant to Rule 2002 or Rule 9010 of the Federal Rules of Bankruptcy Procedure, and all other notices given or required to be given in this case, be given and served upon:

> Ronald G. Steen, Jr.
> THOMPSON BURTON PLLC
> 6100 Tower Circle, Suite 200
> Franklin, TN 37067
> ronn.steen@thompsonburton.com

The foregoing request includes, without limitation, all notices, orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other documents or items of correspondence brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, facsimile, telex or otherwise.

Respectfully submitted on December 16, 2025.

                                            */s/ Ronald G. Steen, Jr.*
                                            Ronald G. Steen, Jr. (TN Bar No. 020536)
                                            THOMPSON BURTON PLLC
                                            6100 Tower Circle, Suite 200
                                            Franklin, TN 37067
                                            Telephone: (615) 465-6010
                                            Email: ronn.steen@thompsonburton.com
                                            *Counsel for Simmons Bank*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of December 2025, a true and exact copy of the foregoing Notice of Appearance was electronically filed with the Clerk's office and served via the Clerk's e-filing system on all who are eligible or have requested electronic notice in this case, including:

| | |
|---|---|
| C. Jerome Teel, Jr. | Carrie Ann Rohrscheib |
| TEEL & GAY, PLC | OFFICE OF THE UNITED STATES TRUSTEE |
| 79 Stonebridge Blvd., Suite B | 200 Jefferson Avenue, Suite 400 |
| Jackson, TN 38305 | Memphis, TN 38103 |
| Email: bankruptcy@tennesseefirm.com | Email: carrie.a.rohrscheib@usdoj.gov |
| *Counsel for Debtor* | |

                                            */s/ Ronald G. Steen, Jr.*
                                            RONALD G. STEEN, JR.