UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION
RECEIVED

DEC 17 2025

TRAVIS D. GREEN
CLERK OF COURT
WESTERN DISTRICT OF TENN.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

In re

Case No. 25-11660

Chapter 11

Apperson Crump PLC
Fraud

## OBJECTION TO CONFIRMATION OF CHAPTER 11 PLAN

The following movant RANDEL EDWARD PAGE JR. asserts entitlement to certain monies as APPERSON CRUMP PLC committed Fraud on the Court in the Shelby County Circuit Court (Case No. CT-000704-17).

1. The claimant submitted evidence of APPERSON CRUMP PLC's participation in the conspiracy to cover up the theft of the claimant's identity and property to the Federal Bureau of Investigation (FBI) on November 4th, 2025. APPERSON CRUMP PLC and its attorneys participation in the conspiracy have caused financial damage and personal injury. (Exhibit 1)

2. The claimant filed a petition with the Shelby County Chancery Court for damages (Case No. 24-1646) and a Motion for Contempt in the Shelby County General Sessions Court (Case No. 2305024).

3. The claimant filed a complaint and request for injunction with the U.S. District Court for the Western District of Tennessee, Nashville Division for redress. (Case No. 3:23-cv-00851).

4. The claimant filed a Federal Tort Claim with the United States Attorneys Office, Western District of Tennessee. (Exhibit 2)

The movant-claimant certifies, under penalty of perjury, that he is entitled to receive the funds listed in the Federal Tort Claim against the UNITED STATES.

Claimant requests that the Court enter an Order directing a stay of the action while the Federal Tort Claim is processed and adjudicated.

_____
RANDEL EDWARD PAGE JR.

901-351-6060

December 15th, 2025 _____ Date

1

# Exhibit 1

# Apperson Crump
### The Law in Memphis Since 1865

*6000 Poplar Avenue, Suite 150*
*Memphis, TN 38119*
*EIN 62-0292839*

June 7, 2021

| | |
|---|---|
| Randel Page | Invoice# 126617 BSK |
| 13535 Cathy Rd. | Our file# 161667    0000 |
| Byhalia, MS  38611 | Billing through 06/30/2021 |

Re: Baptist and Eric

| | | |
|---|---|---|
| Accounts receivable balance carried forward | | $17,474.15 |
| Payments received since last invoice | | $0.00 |

**PROFESSIONAL SERVICES**

| | | | | |
|---|---|---|---|---|
| BSK | 05/26/2021 | Office conference with Bruce Smith re recent Motions filed by Epic and Baptist | 0.25 | hrs |
| | | Total Services | $127.50 | |

**FEE RECAP**

| | | |
|---|---|---|
| Kramer, Bruce S. | 0.25  hrs | $127.50 |

**BILLING SUMMARY**

| | |
|---|---|
| Total Professional Services | $127.50 |
| Total of New Charges for this Invoice | $127.50 |
| Plus Net Balance Forward | $17,474.15 |
| **Total Balance Now Due** | **$17,601.65** |

# Exhibit 2

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the Instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| Western District of Tennessee, U.S. Attorney's Office<br>167 North Main Street Ste 800<br>Memphis, TN 38103 | RANDEL EDWARD PAGE JR.<br>3504 Milford Cove<br>Collierville, TN 38017 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY  ☒ CIVILIAN | 4. DATE OF BIRTH<br>04/05/1971 | 5. MARITAL STATUS<br>Single | 6. DATE AND DAY OF ACCIDENT<br>08/14/2024 | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, Injury, or death, identifying persons and property Involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

Petitioner (RANDEL EDWARD PAGE JR.) contacted US Attorney Kevin Ritz regarding Grand Corruption and Fraud on the Court being executed in order to conceal and cover up the theft of his identity and property. The Petitioner filed a Motion for Contempt in the Court of General Sessions of Shelby County, Tennessee regarding the conspiracy and cover up. On November 4th, 2025, the Petitioner met with the Federal Bureau of Investigation and submitted evidence of the conspiracy against his Civil Rights.

9. **PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

UNITED STATES ET AL

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See Instructions on reverse side).

Data analytics application. (Baptist Memorial Health Care Corporation)

10. **PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

US TAXPAYER - THEFT OF MONEY
RANDEL EDWARD PAGE JR. - THEFT OF IDENTITY, PROPERTY AND MONEY
MARY GLORIA PAGE - VICTIM OF RACKETEERING SCHEME TO STEAL MONEY FROM THE MEDICARE TRUST

11. **WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Mary Page | 3504 Milford Cove, Collierville TN 38017 |
| Mike Davis | |
| Hunter Page | |

12. (See Instructions on reverse). **AMOUNT OF CLAIM** (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| 900 M + actual damages | TBD | | 900 M + actual damages |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side).<br>*Randel E. Page Jr* (signature) | 13b. PHONE NUMBER OF PERSON SIGNING FORM<br>901-351-6060 | 14. DATE OF SIGNATURE<br>11-24-2025 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2