Dated: December 15, 2025
The following is SO ORDERED:

_____
Jimmy L. Croom
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| In re | |
| APPERSON CRUMP PLC, | Case No. 25-11660 JLC |
| Debtor. | Chapter 11 |

CASE MANAGEMENT ORDER

The Court having conducted a case management conference pursuant to notice on December 11, 2025, and it appearing that certain procedures and dates should be established to promote the efficient administration of this Chapter 11 case; now therefore, the Debtor shall do or perform the following:

A.  File a disclosure statement and plan (or summary of a plan) on or before March 31, 2026.

B.  File any motions pursuant to 11 U.S.C. § 365 and FED. R. BANKR. P. 6006 within sixty (60) days after the date of the order for relief, or within such additional time as the Court for cause, within such sixty-day period fixes or otherwise as expressly allowed by the Court (for example, by a permissive plan provision).

CO077

C. File an estimate within thirty (30) days after the entry of this order of the administrative expenses expected to be incurred by the bankruptcy estate, including budgets for professionals employed by the Debtor, any committee, any secured creditor, and/or any other person, who expect to be reimbursed from the bankruptcy estate.

D. Manage and operate the property of the estate, if applicable, according to the requirements of the laws of the State in which such property is located.

E. Timely file all post-petition tax returns and make timely payment of all post-petition taxes and serve copies of such returns upon the United States trustee.

F. If an operating business, segregate and deposit all sales and payroll taxes withheld from employee earnings into a separate bank account, and use such funds solely for payment of taxes, unless expressly excused by the United States trustee.

G. Timely file all monthly operating reports and serve copies upon the United States trustee.

H. Timely pay all United States trustee quarterly fees pursuant to 28 U.S.C. § 1930(a) (6).

I. Timely pay all fees due to the Bankruptcy Court Clerk pursuant to 28 U.S.C. § 1930(a) or (b).

J. Attend the scheduled section 341(a) meeting of creditors.

**Failure of the Debtor to do or perform any of the foregoing may constitute cause for the dismissal of this Chapter 11 case, the conversion of this case to Chapter 7, or the appointment of the Chapter 11 trustee**

CO077

United States Bankruptcy Court

Western District of Tennessee

| | |
|---|---|
| In re: | Case No. 25-11660-jlc |
| Apperson Crump PLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0651-1 | User: ao1492bnc | Page 1 of 4 |
| Date Rcvd: Dec 15, 2025 | Form ID: pdford02 | Total Noticed: 89 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | Poplar Corridor Investments, LLC, 1715 Aaron Brenner Dr., Suite 800, Memphis, TN 38120, UNITED STATES 38120-1445 |
| 34462186 | + | 20 Adan Technologies, 9057 Valley Crest Lane, #102, Germantown, TN 38138-7863 |
| 34462190 | + | 20 Apperson Crump Profit Sharing Plan, Bruce M. Smith, Trustee, Thomas R. Buckner, Trustee, 6000 Poplar Ave Suite 150, Memphis, TN 38119-3971 |
| 34462193 | + | 20 BankTennessee, Downtown Memphis, 30 North Second Street, Memphis, TN 38103-2602 |
| 34462195 | + | 20 Boyle Insurance Agency, P.O. Box 17800, Memphis, TN 38187-0800 |
| 34462203 | | 20 CCH Prosystem FX, P.O. Box 4307, Carol Stream, IL 60197-4307 |
| 34462206 | | 20 CNA, Deductible Recovery Group, P.O. Box 6065-02, Hermitage, PA 16148-1065 |
| 34462209 | + | 20 Connie Cook, 5430 Hayes Rd., Arlington, TN 38002-3856 |
| 34462210 | | 20 Continental Insurance Company, CNA Cashier Team, P.O. Box 8317, Chicago, IL 60680-8317 |
| 34462213 | | 20 FedEx ERS, P.O. Box 371741, Pittsburgh, PA 15250-7741 |
| 34462214 | + | 20 Fidelity National Title, 6060 Poplar Avenue, Suite LL-37, Memphis, TN 38119-0912 |
| 34462216 | + | 20 Glassman, Wyatt, Tuttle & Cox PC, 26 N. 2nd St, Memphis, TN 38103-2602 |
| 34462224 | + | 20 IPFS Corporation, 24722 Network Place, Chicago, IL 60673-1247 |
| 34462235 | | 20 Level 3 Communications, Century Link, P.O. Box 910182, Denver, CO 80291-0182 |
| 34462240 | + | 20 Matthew Bradsher, 9393 Laurel Hill Dr., Lakeland, TN 38002-4911 |
| 34462241 | + | 20 Melissa Jaynes, 2286 Glencliff Dr, Memphis, TN 38119-7224 |
| 34462244 | + | 20 Poplar Corridor Investments, LLC, 5900 Poplar Ave., Suite 100, Memphis, TN 38119-3900 |
| 34462257 | + | 20 The Security Title Guarantee Corporation, Attn: John Kosogof, 1099 Winterson Rd., Suite 290, Linthicum Heights, MD 21090-2223 |
| 34462258 | + | 20 Thomas R. Buckner, 1719 Harbert Avenue, Memphis, TN 38104-5113 |
| 34462260 | | 20 Thomson Reuters, West Payment Center, P.O. Box 6292, Carol Stream, IL 60197-6292 |
| 34462265 | | 20 Veritext, P.O. Box 71303, Chicago, IL 60694-1303 |
| 34462185 | + | Adams and Reese LLP, Dept 5208, P.O. Box 2153, Birmingham, AL 35287-0002 |
| 34464832 | + | Adan Tech, LLC, Brandon F. McNary, Dinkelspiel Rasmussen & Mink, PLLC, 1669 Kirby Parkway, Suite 106, Memphis, Tennessee 38120-4397 |
| 34464563 | + | Adan Tech, LLC, Dinkelspiel Rasmussen & Mink PLLC, 1669 Kirby Pkwy, Suite 106, Memphis, TN 38120-4397 |
| 34462187 | + | Advocate Capital, P.O. Box 306370, Nashville, TN 37230-6370 |
| 34462188 | + | Advocate Capital, Inc., ACF 2006 Corp, 29629 Network Place, Chicago, IL 60673-1296 |
| 34462189 | + | Alpha Reporting Corporation, 236 Adams Avenue, Memphis, TN 38103-1922 |
| 34462191 | + | Attila Kerner M.C., 9449 Dennis Grove Court, Saint Louis, MO 63126-3063 |
| 34464487 | + | Bertis Echols, Esq., Evans Petree, PC, 1715 Aaron Brenner Drive, Suite 800, Memphis, TN 38120-1445 |
| 34462194 | + | Blue Sky Couriers, 830 S. Bellevue Blvd, Memphis, TN 38104-4645 |
| 34462196 | + | Brian Drolet MD, 1611 18th Avenue, Nashville, TN 37212-3115 |
| 34462197 | #+ | Brooks Court Reporting Inc., 402 BNA Dr., Suite 108, Nashville, TN 37217-2524 |
| 34462198 | + | Bruce M. Smith, 396 Wellington Cove, Memphis, TN 38117-4000 |
| 34462199 | + | Bruce M. Smith, 396 Wellington Cv, Memphis, TN 38117-4000 |
| 34465487 | + | Bruce N. Smith, c/o Marianna Williams, Arnold, Willis & Conway, PO Box H, Dyersburg, Tennessee 38025-2008 |
| 34462200 | + | Bruce S. Kramer, 4614 Katy Dr., New Smyrna Beach, FL 32169-4306 |
| 34462202 | + | Business Card, Bank of America, P.O. Box 15796, Wilmington, DE 19850-5796 |
| 34462205 | + | CIOX Health, P.O. Box 409740, Atlanta, GA 30384-9740 |
| 34462207 | | CNA, P.O. Box 8317, Chicago, IL 60680-8317 |
| 34462208 | | CNA Insurance, P.O. Box 74007619, Chicago, IL 60674-7619 |
| 34462204 | + | Cheri Sullivan, CSR, RPR, 111 Red Acres Place, Memphis, TN 38111-6821 |

Case 25-11660 Doc 31 Filed 12/17/25 Entered 12/17/25 23:55:14 Desc Imaged
Certificate of Notice Page 4 of 6

| | | |
|---|---|---|
| District/off: 0651-1 | User: ao1492bnc | Page 2 of 4 |
| Date Rcvd: Dec 15, 2025 | Form ID: pdford02 | Total Noticed: 89 |

| | | |
|---|---|---|
| 34462211 | | EMG Clinics of Tennessee, PO Box 3488 Dept. 05-220, Tupelo, MS 38803-3488 |
| 34462215 | + | Flippin Law Firm, 1302 Main Street, P.O. Box 160, Humboldt, TN 38343-0160 |
| 34462217 | + | Guaranty Bank and Trust, 210 Hayden St, PO Drawer 657, Belzoni, MS 39038-0657 |
| 34462218 | + | Harry Rein M.D., J.D., 1877 Wingfield Dr., Longwood, FL 32779-2770 |
| 34462219 | | Huseby Global Litigation, P.O. Box 6180, Hermitage, PA 16148-0922 |
| 34462229 | + | JP Morgan Chase Bank, 300 S. Riverside Plaza, IL-I-0196, Chicago, IL 60606-6613 |
| 34462227 | + | Jennifer Mason, 8193 Newell Road, Lake Cormorant, MS 38641-9008 |
| 34462228 | + | Jon W. Smith, 54 Robert Dell Cv, Memphis, TN 38117-2716 |
| 34462231 | | Konica Minolta, 21146 Network Place, Chicago, IL 60673-1211 |
| 34462230 | | Konica Minolta, P.O. Box 550599, Jacksonville, FL 32255-0599 |
| 34462233 | | Konica Minolta Premier Finance, P.O. Box 105743, Atlanta, GA 30348-5743 |
| 34462234 | + | L. Clayton Culpepper III, Evans Petree, P.C., 1715 Aaron Brenner Dr., Suite 800, Memphis, TN 38120-1445 |
| 34462236 | | Lexis Nexis Matthew Bender, P.O. Box 733106, Dallas, TX 75373-3106 |
| 34462237 | | Lexitas, P.O. Box 734298, Dept 2038, Dallas, TX 75373-4298 |
| 34462238 | + | Lisa C. Vaughn, RPR, CSR, 4570 Sequoia Road, Memphis, TN 38117-1720 |
| 34462239 | + | Lu Anne Dudley, CSR, RPR, P.O. Box 1631, Cordova, TN 38088-1631 |
| 34462242 | + | MEMPHIS COMMUNICATIONS CORPORATION, PO BOX 770389, Memphis, TN 38177-0389 |
| 34462245 | + | Poplar Corridor Investments, LLC, 5900 Poplar Ave., Suite 100, Memphis, TN 38119-3900 |
| 34462246 | + | Positively Balanced LLC, 3662 Cedarcrest Road, Suite 200, Acworth, GA 30101-8940 |
| 34462247 | + | Professional Process Servers, Inc., 5240 Mendenhall Park Place, Memphis, TN 38115-5904 |
| 34462248 | + | Progressive Private Process, P.O. Box 343058, Memphis, TN 38184-3058 |
| 34462249 | + | R. Lee Webber, Martin Tate Morrow & Marston, P.C., International Place, Tower II, 6410 Poplar Ave, Suite 900, Memphis, TN 38119-4841 |
| 34462250 | | Relx Inc, D/B/A Lexis Nexis, P.O. Box 733106, Dallas, TX 75373-3106 |
| 34462251 | + | Roger G. Jones, Bradley Arant Boult Cummings LLP, 1221 Broadway, Suite 2400, Nashville, TN 37203-7238 |
| 34462252 | + | Ronald G. Steen, Thompson Burton PLLC, 6100 Tower Circle, Suite 200, Franklin, TN 37067-1465 |
| 34462253 | + | Samantha E. Cohen, RPR, 239 South Barksdale Street, Memphis, TN 38104-4019 |
| 34462575 | + | State of Tennessee, TN Atty General's Office, Bankruptcy Division, P.O. Box 20207, Nashville, TN 37202-4015 |
| 34462256 | + | State of Tennessee, Department of Labor and Workforce Dev, 220 French Landing Drive, Nashville, TN 37241-0001 |
| 34462255 | + | State of Tennessee, Office of the Attorney General, PO Box 20207, Nashville, TN 37202-4015 |
| 34462259 | + | Thomas R. Buckner, 1719 Harbert Ave., Memphis, TN 38104-5113 |
| 34462261 | + | Track & Trace Legal Services, P.O. Box 343058, Bartlett, TN 38184-3058 |
| 34462264 | | Verisma, P.O. Box 201327, Dallas, TX 75320-1327 |
| 34462266 | | Virgina Dodge, RDR, CRR, LCR, 3046 Elliott Drive, Mount Juliet, TN 37122-0606 |
| 34468465 | + | Wendy Geurin Smith, Attorney at Law, EVANS PETREE, PC, 1715 Aaron Brenner Drive, Suite 800, Memphis, TN 38120-1445 |

TOTAL: 75

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/Text: tbutler@appersoncrump.com | Dec 15 2025 22:19:00 | Apperson Crump PLC, 6000 Poplar Ave, Suite 150, Memphis, TN 38119-3971 |
| cr | + | Email/Text: bankruptcy@banktennessee.com | Dec 15 2025 22:17:00 | BankTennessee, 1125 W. Poplar, Collierville, TN 38017-3102 |
| 34462585 | + | Email/Text: katelyn.strong@usdoj.gov | Dec 15 2025 22:17:00 | AUSA/IRS, Attn: Monica M. Simmons-Jones, 167 N. Main, Suite 800, Memphis, TN 38103-1827 |
| 34462192 | | Email/PDF: ais.BankruptcynoticesExceptions@aisinfo.com | Dec 15 2025 22:23:05 | Bank of America, P.O. Box 660441, Dallas, TX 75266-0441 |
| 34462212 | ^ | MEBN | Dec 15 2025 22:13:32 | Fedex, P.O. Box 660481, Dallas, TX 75266-0481 |
| 34462581 | ^ | MEBN | Dec 15 2025 22:13:48 | Internal Revenue Service, TN Atty General's Office, Bankruptcy Division, P.O. Box 20207, Nashville, TN 37202-4015 |
| 34462220 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 15 2025 22:17:00 | Internal Revenue Service, Insolvency Section, 801 Broadway, MDP 146, Nashville, TN 37203-3811 |
| 34462254 | | Email/Text: consumerbankruptcy@simmonsbank.com | Dec 15 2025 22:17:00 | Simmons Bank, Central Loan Administration, P.O. Box 7009, Pine Bluff, AR 71611 |
| 34462582 | | Email/Text: atlreorg@sec.gov | Dec 15 2025 22:18:00 | Securities & Exchange Commission, Office of |

Case 25-11660   Doc 31   Filed 12/17/25   Entered 12/17/25 23:55:14   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0651-1 | User: ao1492bnc | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 15, 2025 | Form ID: pdford02 | Total Noticed: 89 |

| Recip ID | Bypass Reason | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Reorganization, 950 East Paces Ferry Rd., N.E., Suite 900, Atlanta, GA 30326-1382 |
| 34462577 | | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Dec 15 2025 22:17:00 | U.S. Dept. of Justice/Tax Division, Civil Trial Section, Eastern Region, P.O. Box 227, Ben Franklin Station, Washington, DC 20044 |
| 34462578 | + | Email/Text: katelyn.strong@usdoj.gov | Dec 15 2025 22:17:00 | U.S. Attorney - AUSA, Attn: Monica M. Simmons-Jones, 167 N. Main, Suite 800, Memphis, TN 38103-1827 |
| 34462586 | + | Email/Text: ustpregion08.me.ecf@usdoj.gov | Dec 15 2025 22:18:00 | United States Trustee for Region 8, c/o Carrie Ann Rohrscheib, United States Department of Justice, 200 Jefferson Avenue, Suite 400, Memphis, TN 38103-2374 |
| 34462262 | | Email/Text: BANKRUPTCYNOTICES@ClaytonHomes.com | Dec 15 2025 22:19:00 | Vanderbilt Mortgage and Finance, Inc, 500 Alcoa Trail, Maryville, TN 37804 |
| 34462267 | + | Email/PDF: ais.BankruptcynoticesExceptions@aisinfo.com | Dec 15 2025 22:23:11 | Wells Fargo Vendo Fin Serv, PO Box 105743, Atlanta, GA 30348-5743 |

TOTAL: 14

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Adan Tech, LLC |
| codb | | Bruce M. Smith |
| 34462263 | | Various clients |
| 34462201 | *+ | Bruce S. Kramer, 4614 Katy Dr., New Smyrna Beach, FL 32169-4306 |
| 34462221 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O. Box 9941, Stop 6552, Ogden, UT 84409 |
| 34462225 | * | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 34462226 | * | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 34462576 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 34462583 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 34462223 | *+ | Internal Revenue Service, P.O Box 219690, Kansas City, MO 64121-9690 |
| 34462222 | *+ | Internal Revenue Service, Insolvency Section, 801 Broadway, MDP 146, Nashville, TN 37203-3811 |
| 34462232 | * | Konica Minolta, P.O. Box 550599, Jacksonville, FL 32255-0599 |
| 34462243 | *+ | MEMPHIS COMMUNICATIONS CORPORATION, PO BOX 770389, Memphis, TN 38177-0389 |
| 34462584 | *P++ | U S DEPARTMENT OF JUSTICE TAX DIVISION, CIVIL TRIAL SECTION EASTERN REGION, P O BOX 227, BEN FRANKLIN STATION, WASHINGTON DC 20044-0227, address filed with court:, U.S. Dept. of Justice/Tax Division, Civil Trial Section, Eastern Region, P.O. Box 227, Ben Franklin Station, Washington, DC 20044 |

TOTAL: 3 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0651-1 | User: ao1492bnc | Page 4 of 4 |
| Date Rcvd: Dec 15, 2025 | Form ID: pdford02 | Total Noticed: 89 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bertis Echols | on behalf of Creditor Poplar Corridor Investments LLC bechols@evanspetree.com, rfehse@evanspetree.com |
| Brandon McNary | on behalf of Creditor Adan Tech LLC bmcnary@drmlawmemphis.com, litigation@drmlawmemphis.com |
| C. Jerome Teel, Jr. | on behalf of Debtor Apperson Crump PLC bankruptcy@tennesseefirm.com cjtecf@gmail.com;g3946@notify.cincompass.com;jeromecr77281@notify.bestcase.com |
| Carrie Ann Rohrscheib | on behalf of U.S. Trustee U.S. Trustee carrie.a.rohrscheib@usdoj.gov |
| Marianna Williams | on behalf of Codebtor Bruce M. Smith marianna@ashleyarnold.com |
| U.S. Trustee | ustpregion08.me.ecf@usdoj.gov |
| Wendy Geurin Smith | on behalf of Creditor BankTennessee wgsmith@evanspetree.com |

TOTAL: 7