# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re:

Apperson Crump PLC

Debtor(s).

Case No. 25−11660

Chapter 11

Adversary Proceeding No.

## NOTICE OF REQUIRED FILING FEE AND/OR DEFICIENT FILING

**PLEASE TAKE NOTICE that a required filing fee has not been paid in full and/or a deficient document has been submitted for filing in this case.   FAILURE TO PAY THE REQUIRED FILING FEE OR FAILURE TO CORRECT THE DEFICIENCY MAY RESULT IN THE DISMISSAL OF THIS BANKRUPTCY CASE.**

**You are reminded that all documents submitted in this case must comply with the current version of this Court's Guidelines for Electronic Filing, which is available for viewing at www.tnwb.uscourts.gov.** Only non−attorneys or persons who are not represented by an attorney may file paper documents (without express leave of the court).

Filing fees may be paid by credit card (online via ECF), cashiers check, money order, or business check made payable to the United States Bankruptcy Court Clerk. **Cash payments in the form of the exact amount may be made, at the Memphis Office. Cash payments are NOT accepted at the Jackson Office. Personal checks will NOT be accepted.**

☐ The case filing fee must be paid in full. The filing fee amount or any balance due, in converted cases, is always based upon the initial/original chapter filed. Effective December 1, 2020, the filing fees for each of the bankruptcy chapters are as follows:

| Chapter 7: $338.00 | Chapter 9: $1738.00 | Chapter 11: $1738.00 |
| Chapter 12: $278.00 | Chapter 13: $313.00 | Chapter 15: $1738.00 |

**Amount Tendered $          Amount Due $**

### ELECTRONIC FILING DEFICIENCIES

☑ **Other:**
**A PLAN HAS NOT BEEN FILED IN THIS CASE AND TITLE AND BODY THE DOCUMENT DO NOT MATCH.**

**Travis D. Green CLERK, U.S. BANKRUPTCY COURT**

**By: Melissa Beacham**
**Dated:  December 17, 2025**
**111 S Highland, Room 107**
**Jackson, TN 38301**

[ntcdeffil]Petition Deficiency Notice/05

United States Bankruptcy Court

Western District of Tennessee

| | |
|---|---|
| In re: | Case No. 25-11660-jlc |
| Apperson Crump PLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0651-1 | User: ao1492bnc | Page 1 of 2 |
| Date Rcvd: Dec 17, 2025 | Form ID: ntcdeffi | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| cr | + Randel Edward Page, Jr., 3504 Milford Cove, Collierville, TN 38017-3606 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2025          Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bertis Echols | on behalf of Creditor Poplar Corridor Investments LLC bechols@evanspetree.com, rfehse@evanspetree.com |
| Brandon McNary | on behalf of Creditor Adan Tech LLC bmcnary@drmlawmemphis.com, litigation@drmlawmemphis.com |
| C. Jerome Teel, Jr. | on behalf of Debtor Apperson Crump PLC bankruptcy@tennesseefirm.com cjtecf@gmail.com;g3946@notify.cincompass.com;jeromecr77281@notify.bestcase.com |
| Carrie Ann Rohrscheib | on behalf of U.S. Trustee U.S. Trustee carrie.a.rohrscheib@usdoj.gov |
| Marianna Williams | on behalf of Codebtor Bruce M. Smith marianna@ashleyarnold.com |
| R. Lee Webber | |

District/off: 0651-1 | User: ao1492bnc | Page 2 of 2
Date Rcvd: Dec 17, 2025 | Form ID: ntcdeffi | Total Noticed: 1

on behalf of Creditor Guaranty Bank and Trust Company lwebber@martintate.com  mowens@martintate.com

Ronald G. Steen, Jr.
    on behalf of Creditor Simmons Bank ronn.steen@thompsonburton.com  mdennis@thompsonburton.com

U.S. Trustee
    ustpregion08.me.ecf@usdoj.gov

Wendy Geurin Smith
    on behalf of Creditor BankTennessee wgsmith@evanspetree.com


TOTAL: 9