Dated: December 17, 2025
The following is SO ORDERED:

_____
Jimmy L. Croom
UNITED STATES BANKRUPTCY JUDGE

___

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

IN RE:  APPERSON CRUMP, PLC                CHAPTER 11 CASE NO. 25-11660

DEBTOR(S)
___

AGREED INTERIM ORDER AUTHORIZING THE USE OF CASH
COLLATERAL PURSUANT TO 11 U.S.C. §363
___

THIS MATTER came on before the Court on the Debtor's Motion for an interim order to authorize the Debtor to use cash collateral and providing adequate protection [Docket # 6]. At the hearing, counsel for the Debtor and Advocate Capital, Inc. ("Advocate") announced that an

4923-7732-4928.2

agreement had been reached for the Debtor to use Advocate's cash collateral, on an interim basis. It appearing to the Court, based on the signatures below of counsel for the Debtor and Advocate, the Court hereby makes the following preliminary findings of fact:

1. Advocate holds a validly perfected security interest in all Debtor's accounts, general intangibles, payment intangibles (as those terms are defined in the Uniform Commercial Code as adopted in Tennessee (the "UCC") and all similar rights that Debtor may have of every nature and kind, including specifically and without limitation all of Debtor's rights to receive payment or otherwise, for legal and other services rendered and to be rendered, and for costs and expenses advanced and to be advanced, including cash collateral, as that term is defined in Section 363(a) of the Bankruptcy Code (the "<u>Cash Collateral</u>").

2. Advocate has agreed to allow the Debtor to use, and the Debtor is authorized to use, Cash Collateral, including the funds in the Debtor's bank accounts and revenue from attorney fees generated post-petition, from and after the Petition Date through January 8, 2026 (the "Specified Interim Period"), in accordance with the budget presented at the Court hearing on December 11, 2025 ("Budget"). The Debtor may spend up to 105% of the total amounts of expenditures set forth in the Budget during the Specified Interim Period.

3. To secure the aggregate amount of all Cash Collateral used by the Debtor, whether pursuant to this Interim Order or otherwise, and to secure any diminution in the value of the Advocate's interest in its collateral, Advocate is hereby granted, without need of further act or documentation, a first priority replacement lien and security interest under Sections 361(2) and 363(e) of the Bankruptcy Code, on all assets of the Debtor, including, without limitation, all accounts, rights to payment and general intangibles as those terms are defined in the UCC) acquired or created by the estate or the Debtor after the Petition Date and all

4923-7732-4928.2

proceeds thereof.

4. To the extent the liens and security interests granted this Interim Order prove insufficient to secure any diminution in value of the Advocate's interest in its collateral, whether resulting from the Debtor's use of Cash Collateral or otherwise, Advocate is hereby granted an administrative priority claim pursuant to Section 507(b) of the Bankruptcy Code to secure any such diminution in value. Any such Section 507(b) claim of the Advocate shall be equivalent in priority to a claim under Section 364(c)(1) of the Bankruptcy Code and shall have priority over all other costs and expenses in this or any subsequent proceedings under the Bankruptcy Code, including but not limited to any conversion of these proceedings under Section 1112 of the Bankruptcy Code, except for U.S. Trustee Quarterly Fees.

5. The security interests and liens of the Advocate referenced herein shall be deemed created and perfected without the necessity of the execution, filing or recording of any documents otherwise required under bankruptcy or non-bankruptcy law for the creation or perfection of security interests and liens. Notwithstanding the foregoing, the Debtor shall, upon request of the Advocate, execute and deliver such documents as may be requested by the Advocate to create and/or perfect the security interests and liens described herein under applicable non-bankruptcy law and the Advocate shall be authorized to file and record such documents thereto and take such other actions as may be necessary to perfect such security interests and liens under all such laws and to correctly describe the collateral subject hereto.

6. This Interim Order shall be immediately effective and enforceable upon its entry and there shall be no stay of execution or effectiveness of this Interim Order. The rights of all parties in interest to object to the terms of the Final Order at the Final hearing are expressly

4923-7732-4928.2

reserved.

7. The Debtor is hereby authorized and directed to perform all acts, take any action, and execute and comply with the terms of such other documents, instruments and agreements as may be reasonably required to effectuate the terms and conditions of this Interim Order.

8. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Interim Order.

9. All objections to the Debtor's motion to the extent not withdrawn or resolved are hereby overruled on an interim basis. The Final Hearing to consider entry of the Final Order is scheduled for January 8, 2025, at 9:30 a.m. central time at the United States Bankruptcy Court, Western District, Eastern Division.

10. On or before December 19, 2025, the Debtor shall serve by United States mail, first class postage prepaid, notice of the entry of this Interim Order and the notice of the Final Hearing to all parties on the matrix.

11. Notwithstanding the terms of this Interim Order, the Court is not precluded from entering a final order containing provisions that are inconsistent with or contrary to the terms in the Interim Order. Further, the entry of this Interim Order shall not preclude the rights of any creditor or the Debtor with respect to relief sought at the final hearing.

APPROVED FOR ENTRY:

/s/ C. Jerome Teel, Jr.
C. Jerome Teel, Jr. BPR 016310 Attorney for the Debtor
79 Stonebridge Blvd, Suite B Jackson, TN 38305
731-424-3315
731-424-3501 (fax)
bankruptcy@tennesseefirm.com

4923-7732-4928.2

/s/ Roger G. Jones
Roger G. Jones BPR 011550
Attorney for Advocate Capital, Inc.
Bradley Arant Boult Cummings LLP
1221 Broadway, Suite 2400
Nashville, Tennessee 37203
615-252-2323
Rjones@Bradley.com

4923-7732-4928.2

United States Bankruptcy Court

Western District of Tennessee

In re: Case No. 25-11660-jlc
Apperson Crump PLC Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0651-1     User: ao1492bnc     Page 1 of 4
Date Rcvd: Dec 17, 2025     Form ID: pdford02     Total Noticed: 92

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | Guaranty Bank and Trust Company, 4894 Poplar Avenue, Memphis, TN 38117-5145 |
| cr | + | Poplar Corridor Investments, LLC, 1715 Aaron Brenner Dr., Suite 800, Memphis, TN 38120, UNITED STATES 38120-1445 |
| 34462186 | + | 20 Adan Technologies, 9057 Valley Crest Lane, #102, Germantown, TN 38138-7863 |
| 34462190 | + | 20 Apperson Crump Profit Sharing Plan, Bruce M. Smith, Trustee, Thomas R. Buckner, Trustee, 6000 Poplar Ave Suite 150, Memphis, TN 38119-3971 |
| 34462193 | + | 20 BankTennessee, Downtown Memphis, 30 North Second Street, Memphis, TN 38103-2602 |
| 34462195 | + | 20 Boyle Insurance Agency, P.O. Box 17800, Memphis, TN 38187-0800 |
| 34462203 | | 20 CCH Prosystem FX, P.O. Box 4307, Carol Stream, IL 60197-4307 |
| 34462206 | | 20 CNA, Deductible Recovery Group, P.O. Box 6065-02, Hermitage, PA 16148-1065 |
| 34462209 | + | 20 Connie Cook, 5430 Hayes Rd., Arlington, TN 38002-3856 |
| 34462210 | | 20 Continental Insurance Company, CNA Cashier Team, P.O. Box 8317, Chicago, IL 60680-8317 |
| 34462213 | | 20 FedEx ERS, P.O. Box 371741, Pittsburgh, PA 15250-7741 |
| 34462214 | + | 20 Fidelity National Title, 6060 Poplar Avenue, Suite LL-37, Memphis, TN 38119-0912 |
| 34462216 | + | 20 Glassman, Wyatt, Tuttle & Cox PC, 26 N. 2nd St, Memphis, TN 38103-2602 |
| 34462224 | + | 20 IPFS Corporation, 24722 Network Place, Chicago, IL 60673-1247 |
| 34462235 | | 20 Level 3 Communications, Century Link, P.O. Box 910182, Denver, CO 80291-0182 |
| 34462240 | + | 20 Matthew Bradsher, 9393 Laurel Hill Dr., Lakeland, TN 38002-4911 |
| 34462241 | + | 20 Melissa Jaynes, 2286 Glencliff Dr, Memphis, TN 38119-7224 |
| 34462244 | + | 20 Poplar Corridor Investments, LLC, 5900 Poplar Ave., Suite 100, Memphis, TN 38119-3900 |
| 34462257 | + | 20 The Security Title Guarantee Corporation, Attn: John Kosogof, 1099 Winterson Rd., Suite 290, Linthicum Heights, MD 21090-2223 |
| 34462258 | + | 20 Thomas R. Buckner, 1719 Harbert Avenue, Memphis, TN 38104-5113 |
| 34462260 | | 20 Thomson Reuters, West Payment Center, P.O. Box 6292, Carol Stream, IL 60197-6292 |
| 34462265 | | 20 Veritext, P.O. Box 71303, Chicago, IL 60694-1303 |
| 34462185 | + | Adams and Reese LLP, Dept 5208, P.O. Box 2153, Birmingham, AL 35287-0002 |
| 34464832 | + | Adan Tech, LLC, Brandon F. McNary, Dinkelspiel Rasmussen & Mink, PLLC, 1669 Kirby Parkway, Suite 106, Memphis, Tennessee 38120-4397 |
| 34464563 | + | Adan Tech, LLC, Dinkelspiel Rasmussen & Mink PLLC, 1669 Kirby Pkwy, Suite 106, Memphis, TN 38120-4397 |
| 34462187 | + | Advocate Capital, P.O. Box 306370, Nashville, TN 37230-6370 |
| 34462188 | + | Advocate Capital, Inc., ACF 2006 Corp, 29629 Network Place, Chicago, IL 60673-1296 |
| 34462189 | + | Alpha Reporting Corporation, 236 Adams Avenue, Memphis, TN 38103-1922 |
| 34462191 | + | Attila Kerner M.C., 9449 Dennis Grove Court, Saint Louis, MO 63126-3063 |
| 34464487 | + | Bertis Echols, Esq., Evans Petree, PC, 1715 Aaron Brenner Drive, Suite 800, Memphis, TN 38120-1445 |
| 34462194 | + | Blue Sky Couriers, 830 S. Bellevue Blvd, Memphis, TN 38104-4645 |
| 34462196 | + | Brian Drolet MD, 1611 18th Avenue, Nashville, TN 37212-3115 |
| 34462197 | #+ | Brooks Court Reporting Inc., 402 BNA Dr., Suite 108, Nashville, TN 37217-2524 |
| 34462198 | + | Bruce M. Smith, 396 Wellington Cove, Memphis, TN 38117-4000 |
| 34462199 | + | Bruce M. Smith, 396 Wellington Cv, Memphis, TN 38117-4000 |
| 34465487 | + | Bruce N. Smith, c/o Marianna Williams, Arnold, Willis & Conway, PO Box H, Dyersburg, Tennessee 38025-2008 |
| 34462200 | + | Bruce S. Kramer, 4614 Katy Dr., New Smyrna Beach, FL 32169-4306 |
| 34462202 | + | Business Card, Bank of America, P.O. Box 15796, Wilmington, DE 19850-5796 |
| 34462205 | + | CIOX Health, P.O. Box 409740, Atlanta, GA 30384-9740 |
| 34462207 | | CNA, P.O. Box 8317, Chicago, IL 60680-8317 |
| 34462208 | | CNA Insurance, P.O. Box 74007619, Chicago, IL 60674-7619 |

| District/off: 0651-1 | User: ao1492bnc | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 17, 2025 | Form ID: pdford02 | Total Noticed: 92 |

| | | |
|---|---|---|
| 34462204 | + | Cheri Sullivan, CSR, RPR, 111 Red Acres Place, Memphis, TN 38111-6821 |
| 34462211 |   | EMG Clinics of Tennessee, PO Box 3488 Dept. 05-220, Tupelo, MS 38803-3488 |
| 34462215 | + | Flippin Law Firm, 1302 Main Street, P.O. Box 160, Humboldt, TN 38343-0160 |
| 34462217 | + | Guaranty Bank and Trust, 210 Hayden St, PO Drawer 657, Belzoni, MS 39038-0657 |
| 34470987 | + | Guaranty Bank and Trust, C/O R. Lee Webber, MARTIN, TATE, MORROW & MARSTON, P.C., 6410 Poplar Avenue, Suite 900, Memphis, TN 38119-4841 |
| 34462218 | + | Harry Rein M.D., J.D., 1877 Wingfield Dr., Longwood, FL 32779-2770 |
| 34462219 |   | Huseby Global Litigation, P.O. Box 6180, Hermitage, PA 16148-0922 |
| 34462229 | + | JP Morgan Chase Bank, 300 S. Riverside Plaza, IL-I-0196, Chicago, IL 60606-6613 |
| 34462227 | + | Jennifer Mason, 8193 Newell Road, Lake Cormorant, MS 38641-9008 |
| 34462228 | + | Jon W. Smith, 54 Robert Dell Cv, Memphis, TN 38117-2716 |
| 34462230 |   | Konica Minolta, P.O. Box 550599, Jacksonville, FL 32255-0599 |
| 34462231 |   | Konica Minolta, 21146 Network Place, Chicago, IL 60673-1211 |
| 34462233 |   | Konica Minolta Premier Finance, P.O. Box 105743, Atlanta, GA 30348-5743 |
| 34462234 | + | L. Clayton Culpepper III, Evans Petree, P.C., 1715 Aaron Brenner Dr., Suite 800, Memphis, TN 38120-1445 |
| 34462236 |   | Lexis Nexis Matthew Bender, P.O. Box 733106, Dallas, TX 75373-3106 |
| 34462237 |   | Lexitas, P.O. Box 734298, Dept 2038, Dallas, TX 75373-4298 |
| 34462238 | + | Lisa C. Vaughn, RPR, CSR, 4570 Sequoia Road, Memphis, TN 38117-1720 |
| 34462239 | + | Lu Anne Dudley, CSR, RPR, P.O. Box 1631, Cordova, TN 38088-1631 |
| 34462242 | + | MEMPHIS COMMUNICATIONS CORPORATION, PO BOX 770389, Memphis, TN 38177-0389 |
| 34462245 | + | Poplar Corridor Investments, LLC, 5900 Poplar Ave., Suite 100, Memphis, TN 38119-3900 |
| 34462246 | + | Positively Balanced LLC, 3662 Cedarcrest Road, Suite 200, Acworth, GA 30101-8940 |
| 34462247 | + | Professional Process Servers, Inc., 5240 Mendenhall Park Place, Memphis, TN 38115-5904 |
| 34462248 | + | Progressive Private Process, P.O. Box 343058, Memphis, TN 38184-3058 |
| 34462249 | + | R. Lee Webber, Martin Tate Morrow & Marston, P.C., International Place, Tower II, 6410 Poplar Ave, Suite 900, Memphis, TN 38119-4841 |
| 34462250 |   | Relx Inc, D/B/A Lexis Nexis, P.O. Box 733106, Dallas, TX 75373-3106 |
| 34462251 | + | Roger G. Jones, Bradley Arant Boult Cummings LLP, 1221 Broadway, Suite 2400, Nashville, TN 37203-7238 |
| 34462252 | + | Ronald G. Steen, Thompson Burton PLLC, 6100 Tower Circle, Suite 200, Franklin, TN 37067-1465 |
| 34462253 | + | Samantha E. Cohen, RPR, 239 South Barksdale Street, Memphis, TN 38104-4019 |
| 34471390 | + | Simmons Bank, Ronald G. Steen, Jr., THOMPSON BURTON PLLC, 6100 Tower Circle, Suite 200, Franklin, TN 37067-1465 |
| 34462575 | + | State of Tennessee, TN Atty General's Office, Bankruptcy Division, P.O. Box 20207, Nashville, TN 37202-4015 |
| 34462256 | + | State of Tennessee, Department of Labor and Workforce Dev, 220 French Landing Drive, Nashville, TN 37241-0001 |
| 34462255 | + | State of Tennessee, Office of the Attorney General, PO Box 20207, Nashville, TN 37202-4015 |
| 34462259 | + | Thomas R. Buckner, 1719 Harbert Ave., Memphis, TN 38104-5113 |
| 34462261 | + | Track & Trace Legal Services, P.O. Box 343058, Bartlett, TN 38184-3058 |
| 34462264 |   | Verisma, P.O. Box 201327, Dallas, TX 75320-1327 |
| 34462266 |   | Virgina Dodge, RDR, CRR, LCR, 3046 Elliott Drive, Mount Juliet, TN 37122-0606 |
| 34468465 | + | Wendy Geurin Smith, Attorney at Law, EVANS PETREE, PC, 1715 Aaron Brenner Drive, Suite 800, Memphis, TN 38120-1445 |

TOTAL: 78

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/Text: tbutler@appersoncrump.com | Dec 17 2025 22:03:33 | Apperson Crump PLC, 6000 Poplar Ave, Suite 150, Memphis, TN 38119-3971 |
| cr | + | Email/Text: bankruptcy@banktennessee.com | Dec 17 2025 22:03:00 | BankTennessee, 1125 W. Poplar, Collierville, TN 38017-3102 |
| 34462585 | + | Email/Text: katelyn.strong@usdoj.gov | Dec 17 2025 22:02:00 | AUSA/IRS, Attn: Monica M. Simmons-Jones, 167 N. Main, Suite 800, Memphis, TN 38103-1827 |
| 34462192 |   | Email/PDF: ais.BankruptcynoticesExceptions@aisinfo.com | Dec 17 2025 22:00:36 | Bank of America, P.O. Box 660441, Dallas, TX 75266-0441 |
| 34462212 |   | ^ MEBN | Dec 17 2025 21:55:57 | Fedex, P.O. Box 660481, Dallas, TX 75266-0481 |
| 34462581 |   | ^ MEBN | Dec 17 2025 21:57:28 | Internal Revenue Service, TN Atty General's Office, Bankruptcy Division, P.O. Box 20207, Nashville, TN 37202-4015 |
| 34462220 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 17 2025 22:03:00 | Internal Revenue Service, Insolvency Section, 801 Broadway, MDP 146, Nashville, TN 37203-3811 |
| 34462254 |   | Email/Text: consumerbankruptcy@simmonsbank.com | | |

| District/off: 0651-1 | User: ao1492bnc | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 17, 2025 | Form ID: pdford02 | Total Noticed: 92 |

|  |  |  | Dec 17 2025 22:02:00 | Simmons Bank, Central Loan Administration, P.O. Box 7009, Pine Bluff, AR 71611 |
|---|---|---|---|---|
| 34462582 |  | Email/Text: atlreorg@sec.gov | Dec 17 2025 22:03:00 | Securities & Exchange Commission, Office of Reorganization, 950 East Paces Ferry Rd., N.E., Suite 900, Atlanta, GA 30326-1382 |
| 34462577 |  | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Dec 17 2025 22:02:00 | U.S. Dept. of Justice/Tax Division, Civil Trial Section, Eastern Region, P.O. Box 227, Ben Franklin Station, Washington, DC 20044 |
| 34462578 | + | Email/Text: katelyn.strong@usdoj.gov | Dec 17 2025 22:02:00 | U.S. Attorney - AUSA, Attn: Monica M. Simmons-Jones, 167 N. Main, Suite 800, Memphis, TN 38103-1827 |
| 34462586 | + | Email/Text: ustpregion08.me.ecf@usdoj.gov | Dec 17 2025 22:03:00 | United States Trustee for Region 8, c/o Carrie Ann Rohrscheib, United States Department of Justice, 200 Jefferson Avenue, Suite 400, Memphis, TN 38103-2374 |
| 34462262 |  | Email/Text: BANKRUPTCYNOTICES@ClaytonHomes.com | Dec 17 2025 22:03:00 | Vanderbilt Mortgage and Finance, Inc, 500 Alcoa Trail, Maryville, TN 37804 |
| 34462267 | + | Email/PDF: ais.BankruptcynoticesExceptions@aisinfo.com | Dec 17 2025 22:00:36 | Wells Fargo Vendo Fin Serv, PO Box 105743, Atlanta, GA 30348-5743 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Adan Tech, LLC |
| codb |  | Bruce M. Smith |
| cr |  | Simmons Bank |
| 34462263 |  | Various clients |
| 34462201 | *+ | Bruce S. Kramer, 4614 Katy Dr., New Smyrna Beach, FL 32169-4306 |
| 34462221 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O. Box 9941, Stop 6552, Ogden, UT 84409 |
| 34462225 | * | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 34462226 | * | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 34462576 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 34462583 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 34462223 | *+ | Internal Revenue Service, P.O Box 219690, Kansas City, MO 64121-9690 |
| 34462222 | *+ | Internal Revenue Service, Insolvency Section, 801 Broadway, MDP 146, Nashville, TN 37203-3811 |
| 34462232 | * | Konica Minolta, P.O. Box 550599, Jacksonville, FL 32255-0599 |
| 34462243 | *+ | MEMPHIS COMMUNICATIONS CORPORATION, PO BOX 770389, Memphis, TN 38177-0389 |
| 34462584 | *P++ | U S DEPARTMENT OF JUSTICE TAX DIVISION, CIVIL TRIAL SECTION EASTERN REGION, P O BOX 227, BEN FRANKLIN STATION, WASHINGTON DC 20044-0227, address filed with court:, U.S. Dept. of Justice/Tax Division, Civil Trial Section, Eastern Region, P.O. Box 227, Ben Franklin Station, Washington, DC 20044 |

TOTAL: 4 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2025         Signature:         /s/Gustava Winters

Case 25-11660   Doc 33   Filed 12/19/25   Entered 12/19/25 23:50:30   Desc Imaged
Certificate of Notice   Page 9 of 9

| District/off: 0651-1 | User: ao1492bnc | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Dec 17, 2025 | Form ID: pdford02 | Total Noticed: 92 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bertis Echols | on behalf of Creditor Poplar Corridor Investments LLC bechols@evanspetree.com, rfehse@evanspetree.com |
| Brandon McNary | on behalf of Creditor Adan Tech LLC bmcnary@drmlawmemphis.com, litigation@drmlawmemphis.com |
| C. Jerome Teel, Jr. | on behalf of Debtor Apperson Crump PLC bankruptcy@tennesseefirm.com cjtecf@gmail.com;g3946@notify.cincompass.com;jeromecr77281@notify.bestcase.com |
| Carrie Ann Rohrscheib | on behalf of U.S. Trustee U.S. Trustee carrie.a.rohrscheib@usdoj.gov |
| Marianna Williams | on behalf of Codebtor Bruce M. Smith marianna@ashleyarnold.com |
| R. Lee Webber | on behalf of Creditor Guaranty Bank and Trust Company lwebber@martintate.com mowens@martintate.com |
| Ronald G. Steen, Jr. | on behalf of Creditor Simmons Bank ronn.steen@thompsonburton.com mdennis@thompsonburton.com |
| U.S. Trustee | ustpregion08.me.ecf@usdoj.gov |
| Wendy Geurin Smith | on behalf of Creditor BankTennessee wgsmith@evanspetree.com |

TOTAL: 9