UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION
RECEIVED

DEC 17 2025

TRAVIS D. GREEN
CLERK OF COURT
WESTERN DISTRICT OF TENN.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

In re

Case No. 25-11660

Chapter 11

Apperson Crump PLC
Fraud

## OBJECTION TO CONFIRMATION OF CHAPTER 11 PLAN

The following movant RANDEL EDWARD PAGE JR. asserts entitlement to certain monies as APPERSON CRUMP PLC committed Fraud on the Court in the Shelby County Circuit Court (Case No. CT-000704-17).

1. The claimant submitted evidence of APPERSON CRUMP PLC's participation in the conspiracy to cover up the theft of the claimant's identity and property to the Federal Bureau of Investigation (FBI) on November 4th, 2025. APPERSON CRUMP PLC and its attorneys participation in the conspiracy have caused financial damage and personal injury. (Exhibit 1)

2. The claimant filed a petition with the Shelby County Chancery Court for damages (Case No. 24-1646) and a Motion for Contempt in the Shelby County General Sessions Court (Case No. 2305024).

3. The claimant filed a complaint and request for injunction with the U.S. District Court for the Western District of Tennessee, Nashville Division for redress. (Case No. 3:23-cv-00851).

4. The claimant filed a Federal Tort Claim with the United States Attorneys Office, Western District of Tennessee. (Exhibit 2)

The movant-claimant certifies, under penalty of perjury, that he is entitled to receive the funds listed in the Federal Tort Claim against the UNITED STATES.

Claimant requests that the Court enter an Order directing a stay of the action while the Federal Tort Claim is processed and adjudicated.

_____
RANDEL EDWARD PAGE JR.

901-351-6060

_December 15th, 2025_____ Date

1

United States Bankruptcy Court

Western District of Tennessee

In re:  
Apperson Crump PLC  
    Debtor

Case No. 25-11660-jlc  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0651-1      User: ao1492bnc      Page 1 of 2  
Date Rcvd: Dec 17, 2025      Form ID: pdford02      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| cr | + Randel Edward Page, Jr., 3504 Milford Cove, Collierville, TN 38017-3606 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bertis Echols | on behalf of Creditor Poplar Corridor Investments LLC bechols@evanspetree.com, rfehse@evanspetree.com |
| Brandon McNary | on behalf of Creditor Adan Tech LLC bmcnary@drmlawmemphis.com, litigation@drmlawmemphis.com |
| C. Jerome Teel, Jr. | on behalf of Debtor Apperson Crump PLC bankruptcy@tennesseefirm.com cjtecf@gmail.com;g3946@notify.cincompass.com;jeromecr77281@notify.bestcase.com |
| Carrie Ann Rohrscheib | on behalf of U.S. Trustee U.S. Trustee carrie.a.rohrscheib@usdoj.gov |
| Marianna Williams | on behalf of Codebtor Bruce M. Smith marianna@ashleyarnold.com |
| R. Lee Webber | |

| | | |
|---|---|---|
| District/off: 0651-1 | User: ao1492bnc | Page 2 of 2 |
| Date Rcvd: Dec 17, 2025 | Form ID: pdford02 | Total Noticed: 1 |

on behalf of Creditor Guaranty Bank and Trust Company lwebber@martintate.com mowens@martintate.com

Ronald G. Steen, Jr.
on behalf of Creditor Simmons Bank ronn.steen@thompsonburton.com mdennis@thompsonburton.com

U.S. Trustee
ustpregion08.me.ecf@usdoj.gov

Wendy Geurin Smith
on behalf of Creditor BankTennessee wgsmith@evanspetree.com

TOTAL: 9