WWR# 042041919

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
AT JACKSON

| | |
|---|---|
| IN RE: | CASE NO. 25-11660 |
| APPERSON CRUMP PLC | CHAPTER 11 |
| | JUDGE JIMMY L CROOM |
| DEBTOR(S) | |

**REQUEST FOR NOTICE**

Now comes Weltman, Weinberg and Reis Co., L.P.A., and hereby enters its appearance as Agent for creditor, First Citizens Bank & Trust Company.

Please send all further communications, pleadings, court notices, and other documents intended for First Citizens Bank & Trust Company to undersigned Agent.

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA

/s/ GARRY MASTERSON
GARRY MASTERSON
Agent for Creditor
5990 West Creek Rd, Suite 200
CLEVELAND, OH 44131
877-338-9484
bronationalecf@weltman.com

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was served on the following registered ECF Participants, **electronically** through the court's ECF System at the email address registered with the court and by **ordinary U.S. Mail** on 26th day of December, 2025 addressed to:

C JEROME TEEL JR, Attorney for Debtor
BANKRUPTCY@TENNESSEEFIRM.COM

OFFICE OF THE UNITED STATES TRUSTEE @ usdoj.gov

APPERSON CRUMP PLC
6000 POPLAR AVE STE 150
MEMPHIS, TN 38119-3971

    Respectfully submitted,
    Weltman, Weinberg & Reis Co. LPA

    /s/ GARRY MASTERSON
    GARRY MASTERSON
    Agent for Creditor
    5990 West Creek Rd, Suite 200
    CLEVELAND, OH 44131
    877-338-9484
    bronationalecf@weltman.com