## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE - JACKSON

In Re:   APPERSON CRUMP PLC,　　　　　　　　　　　　　Case No. 25-11660-JLC
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 11

Debtor.

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Comes now Brian K Jordan of Aldridge Pite, LLP, who states that this law firm's services have been retained by Wilmington Savings Fund Society. FSB, not in its individual capacity but solely as Owner Trustee for the FLIC Residential Mortgage Loan Trust 1, hereinafter "Creditor," enters his appearance as counsel of record, and requests notice of all motions, pleadings, and other matters filed in this action.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Brian K Jordan
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Brian K Jordan (041895)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Aldridge Pite, LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Six Piedmont Center
　　　　　　　　　　　　　　　　　　　　　　　　　　　　3525 Piedmont Road, N.E., Suite 700
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Atlanta, GA 30305
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (423) 425-9695
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (888) 755-2507
　　　　　　　　　　　　　　　　　　　　　　　　　　　　bjordan@aldridgepite.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Creditor

### CERTIFICATE OF SERVICE

On December 30, 2025, I caused a copy of the foregoing Notice of Appearance and Request for Notice to be served electronically through the Electronic Case Filing system (ECF) upon Counsel for Debtor and the Case Trustee.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Brian K Jordan
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Brian K Jordan