# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re

Case No. 25−11660
Chapter 11

Apperson Crump PLC

Debtor

## NOTICE OF DEFICIENT CLAIM

**PLEASE TAKE NOTICE that a deficient claim has been submitted for filing in this case.**

**You are reminded that all documents submitted in this case must comply with the current version of this Court's Guidelines for Electronic Filing which is available for viewing at www.tnwb.uscourts.gov.**

| | **DEFICIENCIES REGARDING CLAIMS** |
|---|---|
| ☐ | The debtor's name and/or case number on the tendered proof of claim is either missing or does not match case information in CM/ECF. |
| ☐ | The proof of claim is filed in an incorrect case. |
| ☐ | The tendered claim does not reflect an amount. |
| ☐ | The tendered claim has not been signed by the filing party. |
| ☐ | The PDF of the tendered claim is either illegible or can not be opened for review. |
| ☐ | Case closed on |
| ☑ | Filing party is requested to file an Amended claim using the newly formatted and renumbered form. The official form can be found on the court website at: www.tnwb.uscourts.gov/TNW/ProofsOfClaim.aspx |
| ☑ | RE: Claim #4. |

DATE OF ISSUANCE  
January 5, 2026

Travis D. Green  
Clerk of the Bankruptcy Court

By: Becky Browder

Deputy Clerk

**[ntcdef]** [Notification of Defective Claim]