**Dated: January 28, 2026**
**The following is SO ORDERED:**

_____
**Jimmy L. Croom**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

IN RE:

APPERSON CRUMP PLC                                        CASE NO.  25-11660
                                                          CHAPTER 11

        Debtor.

**CONSENT ORDER REJECTING AND TERMINATING LEASE WITH POPLAR CORRIDOR INVESTMENTS, LLC, ASSIGNEE OF HIGHWOODS REALTY LIMITED PARTNERSHIP**

This proceeding having come before the Court upon the agreement of the Apperson Crump, PLC ("Debtor") and Poplar Corridor Investments, LLC, assignee of Highwoods Realty Limited Partnership ("Landlord"), owner and lessor of certain non-residential real property occupied by the Debtor, located at 6000 Poplar Avenue, Suite 150, Memphis, TN 38119 ("Property") pursuant to the terms of an Office Lease ("Lease") dated April 16, 2019. The parties agree that Landlord should be permitted to take possession of the Property. The Court, being advised in the premises, finds that approval of the agreement as set forth below is in the best interest of the Debtor's bankruptcy estate and should be approved.

**IT IS, THEREFORE, ORDERED** that:

1. The Lease shall be deemed rejected pursuant to 11 U.S.C § 365(a).

2. Landlord is granted relief from the automatic stay pursuant to the provisions of 11 U.S.C. § 362 so as to allow Landlord to proceed with possession of the Property. Debtor agrees to surrender possession of the Property to Landlord on or before February 15, 2026.

3. The automatic stay pursuant to 11 U.S.C. § 362 is hereby modified and terminated to allow Landlord to take any and all actions to obtain possession of the Property.

APPROVED FOR ENTRY:


/s/ Bertis Echols
Bertis Echols (24110)
Evans Petree, PC
Attorneys for Poplar Corridor Investments, LLC
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120
(901) 271-0721
(901) 248-6854 Fax
bechols@evanspetree.com

/s/ C. Jerome Teel, Jr.
C. Jerome Teel, Jr. (016310)
Attorney for the Debtor
79 Stonebridge Boulevard, Suite B
Jackson, TN 38305
(731) 424-3315
(731) 424-3501 Fax
bakruptcy@tennesseefirm.com


DIRECTIONS FOR SERVICE:

Debtor
US Trustee
Creditor Matrix