UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF TENNESSEE

In re:

APPERSON CRUMP PLC,

Debtor.

Case No. 25-11660 Chapter 7

UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION
RECEIVED

FEB 0 5 2026

TRAVIS D. GREEN
CLERK OF COURT
WESTERN DISTRICT OF TENN.

AFFIDAVIT OF RANDEL EDWARD PAGE JR. IN SUPPORT OF PROOF OF CLAIM NO. 4-2

I, Randel Edward Page Jr., being first duly sworn upon oath, depose and state as follows:

# I. AFFIANT'S IDENTITY AND COMPETENCY

1. I am over the age of eighteen (18) years and am competent to make this Affidavit. I have personal knowledge of the facts set forth herein and could testify competently to them if called as a witness in this matter.
2. I am the creditor who filed Proof of Claim No. 4-2 in the above-captioned bankruptcy case.
3. I submit this Affidavit in support of my Proof of Claim filed against Debtor Apperson Crump PLC ET AL.

# II. JURISDICTION AND BASIS FOR CLAIM

4. This claim arises from fraudulent conduct, conspiracy, fraud on the court, theft of my property, and violations of my civil rights in which Apperson Crump PLC actively participated as a co-conspirator.
5. The fraudulent activities perpetrated by Apperson Crump include, but are not limited to, the creation and submission of a fraudulent billing statement to me, which was manufactured for the purpose of creating false debt against me as part of a broader criminal conspiracy to cover up the theft of my property by the United States government.

# III. THEFT OF PROPERTY BY THE UNITED STATES

6. My property was unlawfully stolen and is currently in the possession of the United States government.
7. I have filed a Federal Tort Claims Act (FTCA) claim against the United States government seeking the return of my stolen property and damages arising from the theft and subsequent cover-up.

8. Under the Federal Tort Claims Act, 28 U.S.C. § 2674, the United States is liable "in the same manner and to the same extent as a private individual under like circumstances," thereby treating the United States as a person subject to liability identical to any civilian.

9. The FTCA claim has been properly filed with the appropriate federal agency and is proceeding through the administrative and judicial process required by federal law.

# IV. APPERSON CRUMP'S ROLE IN THE CONSPIRACY

10. Apperson Crump PLC was retained or became involved in matters related to my property and the actions of the United States government.

11. Rather than providing lawful legal services, Apperson Crump participated in a conspiracy to conceal the theft of my property and to fraudulently manufacture claims against me.

12. On or about June 7th, 2021, Apperson Crump sent me a fraudulent billing statement seeking payment for legal services that were either not performed, performed in furtherance of the conspiracy, or manufactured entirely for the purpose of creating false debt against me.

13. The fraudulent billing statement was created as part of the cover-up of the theft of my property and to discourage me from pursuing my rightful claims.

14. A true and correct copy of the fraudulent billing statement from Apperson Crump is attached hereto as **Exhibit A**.

# V. THE BROADER CONSPIRACY

15. The conspiracy to cover up the theft of my property extends beyond Apperson Crump and includes multiple parties and institutions, including but not limited to:

a. The United States government and its agents;

b. The Tennessee Board of Professional Responsibility;

c. Then-U.S. Attorney Kevin Ritz (now United States Circuit Judge for the Sixth Circuit Court of Appeals);

d. Other individuals and entities named.

16. Each of these parties has taken actions to conceal the theft, obstruct justice, and prevent me from obtaining the return of my property or compensation for the theft.

# VI. CONTACT WITH FEDERAL OFFICIALS AND FAILURE TO INVESTIGATE

17. I contacted then-U.S. Attorney Kevin Ritz regarding the fraud on the court and the theft of my property, to include criminal conduct.

18. Mr. Ritz, in his official capacity as United States Attorney for the Western District of Tennessee, neglected and refused to investigate the reported theft.
19. I have named Kevin Ritz as a defendant in my FTCA claim due to his participation in the cover-up through his failure to investigate and take appropriate action.
20. Mr. Ritz was subsequently appointed to the United States Court of Appeals for the Sixth Circuit. I believe his appointment was, in part, to position him to interfere with any appeals I might file arising from related litigation, including fraud on the court proceedings in the Middle District of Tennessee.

# VII. FRAUD ON THE COURT - MIDDLE DISTRICT OF TENNESSEE

21. I filed a civil action in the United States District Court for the Middle District of Tennessee asserting civil rights violations and requesting injunctive relief related to the theft of my property and the conspiracy to cover it up. Case No. 3:23-cv-00851
22. When a request for an injunction is made in federal district court, the Chief Judge is required to preside over the case pursuant to applicable rules and procedures.
23. Despite this requirement, the Chief Judge of the Middle District improperly referred my case to a magistrate judge without my consent.
24. I did not consent to the referral to the magistrate judge, as is required under 28 U.S.C. § 636(c) for the magistrate judge to exercise jurisdiction over dispositive matters.
25. I filed an affidavit with the Middle District court citing the continued cover-up of civil rights violations and objecting to the improper magistrate referral.
26. My affidavit went unrebutted by any party.
27. Nevertheless, the judge dismissed my case, and the district court entered an adversarial judgement furthering the conspiracy against my civil rights.
28. The improper referral to the magistrate judge, the dismissal despite my unrebutted affidavit, and the procedural irregularities constitute fraud on the court.
29. Fraud on the court is not subject to any statute of limitations and can be challenged at any time through an independent action pursuant to Federal Rule of Civil Procedure 60(d)(3).
30. A true and correct copy of the affidavit I filed in the Middle District case is attached hereto as **Exhibit B**.
31. A true and correct copy order from the Middle District is attached hereto as **Exhibit C**.

# VIII. FBI INVESTIGATION AND CRIMINAL REFERRALS

32. I have met with agents of the Federal Bureau of Investigation (FBI) and submitted substantial evidence regarding the theft of my property, the conspiracy to cover it up, and the fraudulent conduct of Apperson Crump.
33. The FBI agent I met with is assigned to the division that investigates human trafficking.
34. One of the co-conspirators involved in this matter has been indicted for sex trafficking of a minor in federal court.

35. The FBI agent referred me to the IC3.org website (Internet Crime Complaint Center) and the white collar crime division of the FBI to file additional complaints regarding the fraudulent billing and conspiracy.

36. The FBI agent has taken several telephone calls from me and has responded to text messages regarding the fraudulent bill sent to me by Apperson Crump as part of the cover-up.

37. I have provided copies of evidence to the FBI, including documentation of Apperson Crump's fraudulent billing and participation in the conspiracy.

38. I intend to provide the FBI with a copy of this Proof of Claim and all supporting exhibits as part of the ongoing criminal investigation.

# IX. EVIDENCE SUBMITTED TO DEPARTMENT OF JUSTICE

39. Prior to contacting the FBI, I submitted evidence of this conspiracy to the United States Department of Justice (DOJ).

40. The DOJ has covered up the theft of my property rather than investigating and prosecuting those responsible.

41. The DOJ's failure to act, combined with the actions of then-U.S. Attorney Kevin Ritz, demonstrates a pattern of obstruction and cover-up at the highest levels of federal law enforcement.

# X. TENNESSEE BOARD OF PROFESSIONAL RESPONSIBILITY

42. The Tennessee Board of Professional Responsibility is a party to the cover-up of the theft of my property and the fraudulent conduct of Apperson Crump.

43. The Board's involvement in the conspiracy taints all attorneys licensed through the Board, creating conflicts of interest that have made it difficult for me to obtain legal representation.

44. The Board has failed to take appropriate disciplinary action against Apperson Crump despite evidence of fraudulent billing and participation in a criminal conspiracy.

# XI. CALCULATION OF DAMAGES

45. My damages arising from Apperson Crump's fraudulent conduct and participation in the conspiracy include, but are not limited to:

a. The value of my stolen property currently held by the United States government;

b. Consequential damages arising from the deprivation of my property;

c. Damages arising from the fraudulent billing statement;

d. Emotional distress and mental anguish caused by the conspiracy and cover-up;

e. Violation of my civil rights;

f. Costs and expenses incurred in attempting to recover my property and expose the fraud;

g. Punitive damages based on the willful, malicious, and fraudulent nature of Apperson Crump's conduct.

46. The total amount of my claim is $900 Million as set forth in Proof of Claim No. 4-2.
47. This amount represents a conservative estimate of my actual damages and may be amended as additional damages are discovered or calculated.

# XII. BASIS FOR NON-DISCHARGEABILITY

48. The debt owed to me by Apperson Crump arises from fraud, false pretenses, and willful and malicious injury.
49. Under 11 U.S.C. § 523(a)(2)(A), debts obtained by false pretenses, false representation, or actual fraud are non-dischargeable in bankruptcy.
50. Under 11 U.S.C. § 523(a)(6), debts for willful and malicious injury are non-dischargeable in bankruptcy.
51. Apperson Crump's conduct in submitting a fraudulent billing statement and participating in a conspiracy to cover up the theft of my property constitutes fraud and willful and malicious injury.
52. Therefore, the debt owed to me by Apperson Crump should be determined to be non-dischargeable, and Apperson Crump should not be permitted to discharge its obligations to me through this bankruptcy proceeding.
53. I reserve the right to file an adversary proceeding pursuant to 11 U.S.C. § 523 to determine the dischargeability of this debt within the time permitted by Federal Rule of Bankruptcy Procedure 4007.

# XIII. INVOLVEMENT OF THE UNITED STATES IN BANKRUPTCY

54. I have joined the United States government as a party in this bankruptcy proceeding due to its role in the theft of my property and the conspiracy to cover up that theft.
55. Under the Federal Tort Claims Act, 28 U.S.C. § 2674, the United States is liable "in the same manner and to the same extent as a private individual under like circumstances."
56. This provision of the FTCA characterizes the United States as a "person" subject to the same liability as any civilian defendant.
57. Because the FTCA makes the United States liable as a "person," the United States should be treated as any other creditor or party in this bankruptcy proceeding.
58. The bankruptcy court has jurisdiction over "persons" and should therefore have jurisdiction to adjudicate my claims against the United States arising under the FTCA.

59. I assert that 11 U.S.C. § 106 waives sovereign immunity for purposes of bankruptcy proceedings involving the United States.

60. I request that this Court determine it has jurisdiction over my FTCA claim against the United States and declare my claim against the United States to be an allowed claim in this bankruptcy proceeding.

# XIV. REQUEST FOR TRUSTEE INVESTIGATION

61. I respectfully request that the United States Trustee and/or the Chapter 7 Trustee investigate the fraudulent conduct of Apperson Crump and the conspiracy described herein.

62. The bankruptcy estate may have causes of action against individuals involved in the conspiracy, including claims for fraudulent transfers, breach of fiduciary duty, and other misconduct.

63. Other creditors of Apperson Crump may have been similarly defrauded, and investigation may reveal additional claims or defenses available to the estate.

64. I am willing to cooperate fully with any investigation conducted by the Trustee and will provide additional evidence and testimony as requested.

65. I have sent a letter to the United States Trustee, Carrie Ann Rohrscheib, requesting a meeting to discuss this matter in detail and present additional evidence.

# XV. RELATED PROCEEDINGS AND CONTINUED PURSUIT OF JUSTICE

66. This bankruptcy proceeding is related to multiple other legal proceedings and investigations, including:

a. My Federal Tort Claims Act claim against the United States;

b. The civil rights case in the Middle District of Tennessee involving fraud on the court;

c. The FBI investigation into criminal conduct including fraud and conspiracy;

d. Potential criminal prosecution of co-conspirators, including those indicted for sex trafficking;

e. Complaints filed or to be filed with IC3.org and the FBI white collar crime division.

67. I will continue to pursue all available legal remedies to recover my property, expose the conspiracy, and hold all responsible parties accountable.

68. This Proof of Claim is part of a comprehensive effort to seek justice through all available forums, including bankruptcy court, federal district court, criminal proceedings, and administrative processes.

# XVI. EXHIBITS ATTACHED

69. The following exhibits are attached to this Affidavit and incorporated herein by reference:

**Exhibit A:** Fraudulent billing statement from Apperson Crump PLC

**Exhibit B:** Affidavit filed in Middle District of Tennessee case

**Exhibit C:** Order denying Motion for Default Judgement from Middle District of Tennessee

**Exhibit D:** Federal Tort Claims Act (FTCA) claim documentation

**Exhibit E:** Evidence of property theft by United States government

**Exhibit F:** Correspondence with FBI regarding investigation

**Exhibit G:** Correspondence with then-U.S. Attorney Kevin Ritz

**Exhibit H:** Letter to U.S. Trustee Carrie Ann Rohrscheib dated January 12, 2026

70. All exhibits attached hereto are true and correct copies of the original documents.

# XVII. VERIFICATION AND DECLARATION

71. I have examined the information contained in this Affidavit and in Proof of Claim No. 4-2, and I have a reasonable belief that the information is true and correct.
72. I understand that an authorized signature on a Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.
73. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
74. This Affidavit is submitted in good faith and is based on personal knowledge, documentary evidence, and information I reasonably believe to be true.

EXECUTED this January day of 22nd, 2026.

RANDEL EDWARD PAGE JR. 3504 Milford Cove Collierville, TN 38017 Telephone: (901) 351-6060 Email: randelpage@gmail.com

# NOTARY SECTION

STATE OF MISSISSIPPI
COUNTY OF DESOTO

SUBSCRIBED AND SWORN to before me this ____ day of _____, 2026.

Notary Public

My Commission Expires:

## CERTIFICATE OF SERVICE

I hereby certify that on this January day of 22nd, 2026, I caused a true and correct copy of the foregoing Affidavit in Support of Proof of Claim No. 4-2 to be served upon:

Justice Court of Desoto, State of Mississippi

United States Trustee: Carrie Ann Rohrscheib Office of the United States Trustee 200 Jefferson Ave., Ste 400 Memphis, TN 38103

RANDEL EDWARD PAGE JR.

# Exhibit A

# Apperson Crump
### The Law in Memphis Since 1865

*6000 Poplar Avenue, Suite 150*
*Memphis, TN 38119*
*EIN 62-0292839*

June 7, 2021

Randel Page
13535 Cathy Rd.
Byhalia, MS  38611

Invoice#  126617  BSK
Our file#  161667     0000
Billing through  06/30/2021

Re: Baptist and Eric

| | | | | |
|---|---|---|---|---|
| Accounts receivable balance carried forward | | $17,474.15 | | |
| Payments received since last invoice | | $0.00 | | |

**PROFESSIONAL SERVICES**

| | | | | |
|---|---|---|---|---|
| BSK | 05/26/2021 | Office conference with Bruce Smith re recent Motions filed by Epic and Baptist | 0.25 | hrs |
| | | Total Services | $127.50 | |

**FEE RECAP**

| | | | |
|---|---|---|---|
| Kramer, Bruce S. | 0.25 | hrs | $127.50 |

**BILLING SUMMARY**

| | |
|---|---|
| Total Professional Services | $127.50 |
| Total of New Charges for this Invoice | $127.50 |
| Plus Net Balance Forward | $17,474.15 |
| **Total Balance Now Due** | **$17,601.65** |

# Exhibit B

RECEIVED

AUG 14 2024

US DISTRICT COURT
MID DIST TENN

IN THE UNITED STATES COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

RANDEL EDWARD

PAGE, JR.,

Plaintiff,

No. 3:23-cv-00851

JUDGE CAMPBELL

MAGISTRATE JUDGE
NEWBERN

vs

UNITED STATES OF

AMERICA, et al.,

Defendants.

## MOTION IN OPPOSITION

The Plaintiff objects to the Chief Judges Order (Doc. No. 59).

## FACTS

1. The Plaintiff filed an Affidavit in the Tennessee Chancery Court demanding compensation from the United States et al for the use of his stolen property.

   Exhibit A

   RESPECTFULLY SUBMITTED this 12th day of August 2024.

   Pro Se: Randel Edward Page Jr.



RECEIVED

AUG 1 4 2024

US DISTRICT COURT
MID DIST TENN

# Exhibit A

**IN THE CHANCERY COURT OF TENNESSEE FOR THE THIRTIETH JUDICIAL
DISTRICT AT MEMPHIS**

DATASYNC, LLC AND RANDEL PAGE

    Plaintiffs,

   vs

MEMPHIS DISTRIBUTION SERVICES, INC.,
and MARK GUTHRIE, individually,

    Defendants.

NO. CH 20 0000

Part 1



**AFFIDAVIT IN SUPPORT OF COMPLAINT**

1

I, Randel Edward Page Jr., hereby declare that the following statements are true and correct.

1. Affiant Randel Edward Page Jr. requests from the Chancery Court an adequate remedy of relief to prevent the continued illegal and inequitable acts of injury to his property rights.

2. Fraud is being perpetrated by Officers of the Court. The Fraud includes a racketeering scheme to cover up the theft of the Affiants identity and property. The Affiant has provided the Chancery Court with substantial and material evidence proving the Fraud.

3. Officers of the Court have corrupted Court cases:

   - Case NO. CH-20-0288
   - Case NO: CT-0002704-17
   - Case NO, 3:23-cv-00851
   - Case NO: 3:17-cv-00902

4. Judicial Fraud has caused the Affiant damages.

5. The United States set up a Trust under the Internal Revenue Service to fund Healthcare Technology. The Affiants property was stolen through a sophisticated racketeering scheme and is being utilized by the United States et al. The Affiant request aid from the Chancery Court in attaching the property to satisfy the request for relief.

6. The Affiant demands an accounting of all funds collected and disseminated through ("IRS") 26 U.S. Code § 9511 - Patient-Centered Outcomes Research Trust Fund. The Affiant demands an accounting of the New Technology payments made to the users of his property. The Affiant demands damages be calculated from the New Technology payments, Affiant demands punitive damages be awarded for the Fraudulent use of his stolen property.

7. The Affiant demands a judgement against Defendants United States of America, Tennessee, BMHCC, Methodist, Epic, CorVel, West, Memphis Distribution Services Inc. and Mark Guthrie.

2

8.  The Affiant demands to be compensated for the use of his property.

9.  The Affiant request an injunction for relief to include:

- Monetary damages of $300 Million
- Actual Damages
- Unjust Enrichment
- Punitive Damages
- Royalties 40% of Net Revenue

The Affiant has taken action to protect his life, liberty and property.

The Affiant reserves all rights under the rule of law to enforce and impose legal remedy for vindication and redress for the violations of his Civil Rights.

Signature

Sworn to before me this 97th day of AUG , 2024.

8-9-24

3

# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RANDEL EDWARD PAGE, JR.,  )
                          )
    Plaintiff,            )
                          )    Case No. 3:23-cv-00851
v.                        )
                          )    Chief Judge William L. Campbell, Jr.
UNITED STATES OF AMERICA, et al.,  )    Magistrate Judge Alistair Newbern
                          )
    Defendants.           )
                          )

---

### ORDER DENYING MOTION FOR DEFAULT JUDGMENT

---

On July 26, 2024, the Court entered an Order adopting the Report and Recommendations

of the Magistrate Judge, dismissing Plaintiff's claims, and directing the Clerk's Office to close the

case. (Doc. No. 56). Yet, on August 5, 2024, Plaintiff filed a Motion for Default Judgment. (Doc.

No. 58). In light of the Court's July 26 Order dismissing this action in its entirety, Plaintiff's

Motion for Default Judgment is DENIED AS MOOT.

s/ Lynda M. Hill
Lynda Motes Hill
Clerk of Court

1

# Exhibit D

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| Western District of Tennessee, U.S. Attorney's Office<br>167 North Main Street<br>Suite 800 | RANDEL EDWARD PAGE JR.<br>3504 Milford Cove<br>Memphis, TN 38017 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH<br>04/05/1971 | 5. MARITAL STATUS<br>Single | 6. DATE AND DAY OF ACCIDENT<br>08/14/2024 | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

Petitioner (RANDEL EDWARD PAGE JR.) contacted US Attorney Kevin Ritz regarding Grand Corruption and Fraud on the Court being executed in order to conceal and cover up the theft of his identity and property. The Petitioner filed a Motion for Contempt in the Court of General Sessions of Shelby County, Tennessee regarding the conspiracy and cover up. On November 4th, 2025, the Petitioner met with the Federal Bureau of Investigation and submitted evidence of the conspiracy against his Civil Rights.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

UNITED STATES ET AL

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Data analytics application. (Baptist Memorial Health Care Corporation)

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

US TAXPAYER - THEFT OF MONEY
RANDEL EDWARD PAGE JR. - THEFT OF IDENTITY, PROPERTY AND MONEY
MARY GLORIA PAGE - VICTIM OF RACKETEERING SCHEME TO STEAL MONEY FROM THE MEDICARE TRUST

| 11. | WITNESSES | |
|---|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| Mary Page | 3504 Milford Cove, Collierville TN 38017 |
| Mike Davis | |
| Hunter Page | |

| 12. (See instructions on reverse.) | | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 900 M : actual damages | TBD | | 900 M : actual damages |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side).<br>*Randel E. Page Jr.* | 13b. PHONE NUMBER OF PERSON SIGNING FORM<br>901-351-6060 | 14. DATE OF SIGNATURE<br>11-24-2025 |
|---|---|---|
| **CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM** | **CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS** | |
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) | |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance?  ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.  ☒ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?  ☐ Yes  ☐ No   17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts.)

19. Do you carry public liability and property damage insurance?  ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).  ☐ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If instruction intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

**(a)** In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

**(b)** In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

**(c)** In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

**(d)** Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

# Exhibit E

6:01





Cody

Agent Graham, Randel Page here. Per our previous conversation, I filed a FTCA claim and more recently I filed a proof of claim in the western district of Tennessee bankruptcy court. The filing in the bankruptcy court includes the fraudulent bill from Apperson Crump law firm that is in the evidence directory I turned over to you. I haven't been contacted from anyone in the white collar crime division yet.

Would you please send me the new address for your office, as I would like to initiate a meeting?

Yes sir











Yes sir

60 Germantown Court,
Cordova, TN



Thank you

# Exhibit F

**M** Gmail

# Re: Meeting with Kevin Ritz

3 messages

---

**Rand Page** <randelpage@gmail.com>                                    Thu, Jun 22, 2023 at 6:33 AM
To: cherri.green@usdoj.gov

Ms. Green,

Please contact me regarding this request.

Randel Page
901-351-6060

---

**Green, Cherri (USATNW)** <Cherri.Green@usdoj.gov>                      Thu, Jun 22, 2023 at 7:12 AM
To: Rand Page <randelpage@gmail.com>

Please put in writing your specific meeting request.
/Cherri
[Quoted text hidden]

---

**Rand Page** <randelpage@gmail.com>                                    Thu, Jun 22, 2023 at 9:12 AM
To: "Green, Cherri (USATNW)" <Cherri.Green@usdoj.gov>

The meeting requested is to provide Mr. Ritz with evidence of crimes committed against me and my family.


> On Jun 22, 2023, at 7:12 AM, Green, Cherri (USATNW) <Cherri.Green@usdoj.gov> wrote:
>
> Please put in writing your specific meeting request.
[Quoted text hidden]

# Exhibit G

Randel Edward Page Jr.

3504 Milford Cove

Collierville, TN 38017

901-351-6060

randelpage@gmail.com


January 12, 2026


Carrie Ann Rohrscheib

Office of the United States Trustee

200 Jefferson Ave., Ste 400

Memphis, TN 38103

901-544-3251

carrie.a.rohrscheib@usdoj.gov


Re: In re Apperson Crump PLC, Case No. 25-11660

United States Bankruptcy Court, Western District of Tennessee

Request for Meeting Regarding Proof of Claim and Evidence of Fraud


Dear Ms. Rohrscheib:


I am writing to request a meeting with you regarding my proof of claim filed in the above-referenced bankruptcy case. I am a creditor in this matter and have filed a proof of claim supported by substantial documentary evidence that I believe warrants your attention and review.

**Background**

My claim arises from fraudulent conduct by Apperson Crump PLC in which the firm participated in a conspiracy involving fraud on the court, theft of my property, and violations of my civil rights. The fraudulent activities include the creation of a fraudulent billing statement intended to manufacture debt against me as part of a broader scheme.

**Evidence Filed**

I have filed extensive exhibits with my proof of claim that document:

- The fraudulent billing and conspiracy by Apperson Crump PLC

- Involvement of multiple parties in the scheme

- A pending Federal Tort Claims Act (FTCA) claim against the United States in federal district court related to stolen property currently in government possession

- Evidence that has been provided to the Federal Bureau of Investigation (FBI).

**Purpose of Requested Meeting**

I am requesting this meeting to:

1. Present a clear timeline and explanation of the fraudulent scheme
2. Provide additional evidence of the fraudulent scheme
3. Review the documentary evidence supporting my claim
4. Discuss how this fraud may affect the bankruptcy estate and other creditors
5. Explore whether the estate has causes of action against individuals involved in the conspiracy.
6. Offer my cooperation with any investigation you may conduct
7. Discuss the status and significance of my pending FTCA claim in district court
8. Provide names of witnesses

Significance to the Estate

I believe this information is material to your administration of the bankruptcy estate because:

- It may reveal concealed assets or fraudulent transfers

- Other creditors may have been similarly defrauded

- The firm's principals may have engaged in conduct that affects estate recoveries

- The scope of the conspiracy extends beyond the fraudulent bill submitted to me

FBI Investigation

As advised, I will be providing the FBI with a copy of my proof of claim and exhibits to support the criminal complaint against Apperson Crump PLC et al. I believe coordination between the bankruptcy proceedings and the FBI investigation may be beneficial to all parties seeking justice and recovery.

I am available to meet at your convenience and can accommodate your schedule. I can be reached at 901-351-6060 or randelpage@gmail.com.

I look forward to the opportunity to discuss this matter with you in detail.

Respectfully submitted,

RANDEL EDWARD PAGE JR.