**Dated: February 10, 2026**
**The following is SO ORDERED:**

_____
Jimmy L. Croom
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| APPERSON CRUMP, PLC, | ) | Case No. 25-11660 |
| | ) | |
| Debtor. | ) | Hon. Jimmy L. Croom |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY AND ABANDONMENT**

This matter is before the Court on the Motion (the "Motion") of Advocate Capital, Inc. ("Advocate" or "Movant"), for relief from the automatic stay and abandonment pursuant to 11 U.S.C. § 362(d) and § 554, with respect to the following collateral (the "Collateral") as provided in the Movant's loan documents with the Debtor:

> All accounts, instruments, chattel paper, general intangibles, payment intangibles (all as defined in Article 9 of the Code), and all similar rights that Borrower may have of every nature and kind, including specifically and without limitation, all of Borrower's rights to receive payment or otherwise, for legal and other services rendered and to be rendered, and for costs and expenses advanced and to be advanced, and all other rights and interest that Borrower may have in and with respect to each and every Client Matter.

- 1 -

The Court having reviewed the Motion, and it appearing to the Court that proper and sufficient notice of the Motion has been provided, that there is no opposition to the Motion or that any opposition has been withdrawn or overruled, and that cause exists to grant the relief requested in the Motion, it is hereby ORDERED:

1. The Motion is GRANTED.

2. Advocate is hereby granted relief from the automatic stay with respect to the Collateral pursuant to 11 U.S.C. § 362(d).

3. The Collateral is hereby abandoned pursuant to 11 U.S.C. § 554.

4. The relief granted by this Order shall be effective immediately notwithstanding the provisions of Rule 4001(a)(4), Federal Rules of Bankruptcy Procedure.

IT IS SO ORDERED.


Respectfully submitted for entry,


/s/ *Austin L. McMullen*
Roger G. Jones (BPR #011550)
Austin L. McMullen (BPR #020877)
BRADLEY ARANT BOULT CUMMINGS LLP
1221 Broadway, Suite 2400
Nashville, Tennessee 37203
Phone: (615) 252-2307
amcmullen@bradley.com

*Attorneys for Advocate Capital, Inc.*