# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

**In re:**

    **APPERSON CRUMP PLC**                    **CASE NO.  25-11660-JLC**

    **Debtor.**                                       **Chapter 11**

## CERTIFICATE OF COMPLIANCE WITH L.B.R. 9013-1

I, the undersigned, hereby certify compliance with L.B.R. 9013-1 of the United States Bankruptcy Court for the Western District of Tennessee.  Further to the best of my information and belief upon search and/or inquiry with the Bankruptcy Clerk's Office, no party in interest has filed an objection to the pleading or order styled **UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT CASE PURSUANT TO 11 U.S.C. § 1112(b)** (ECF No. 53) that was filed on January 20, 2026.

                    PAUL A. RANDOLPH,
                    ACTING UNITED STATES TRUSTEE, REGION 8

                    <u>/s/ Carrie Ann Rohrscheib, Trial Attorney (#22991)</u>
                    United States Department of Justice
                    Office of the United States Trustee, Region 8
                    200 Jefferson Avenue, Suite 400
                    Memphis, Tennessee 38103-2374
                    (901) 544-3303 / fax (901) 544-4138
                    carrie.a.rohrscheib@usdoj.gov