Dated: February 10, 2026
The following is SO ORDERED:

_____
Jimmy L. Croom
UNITED STATES BANKRUPTCY JUDGE

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| APPERSON CRUMP, PLC, | ) | Case No. 25-11660 |
| | ) | |
| Debtor. | ) | Hon. Jimmy L. Croom |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY AND ABANDONMENT**

This matter is before the Court on the Motion (the "Motion") of Advocate Capital, Inc. ("Advocate" or "Movant"), for relief from the automatic stay and abandonment pursuant to 11 U.S.C. § 362(d) and § 554, with respect to the following collateral (the "Collateral") as provided in the Movant's loan documents with the Debtor:

> All accounts, instruments, chattel paper, general intangibles, payment intangibles (all as defined in Article 9 of the Code), and all similar rights that Borrower may have of every nature and kind, including specifically and without limitation, all of Borrower's rights to receive payment or otherwise, for legal and other services rendered and to be rendered, and for costs and expenses advanced and to be advanced, and all other rights and interest that Borrower may have in and with respect to each and every Client Matter.

- 1 -

The Court having reviewed the Motion, and it appearing to the Court that proper and sufficient notice of the Motion has been provided, that there is no opposition to the Motion or that any opposition has been withdrawn or overruled, and that cause exists to grant the relief requested in the Motion, it is hereby ORDERED:

1. The Motion is GRANTED.

2. Advocate is hereby granted relief from the automatic stay with respect to the Collateral pursuant to 11 U.S.C. § 362(d).

3. The Collateral is hereby abandoned pursuant to 11 U.S.C. § 554.

4. The relief granted by this Order shall be effective immediately notwithstanding the provisions of Rule 4001(a)(4), Federal Rules of Bankruptcy Procedure.

IT IS SO ORDERED.


Respectfully submitted for entry,

/s/ *Austin L. McMullen*
Roger G. Jones (BPR #011550)
Austin L. McMullen (BPR #020877)
BRADLEY ARANT BOULT CUMMINGS LLP
1221 Broadway, Suite 2400
Nashville, Tennessee 37203
Phone: (615) 252-2307
amcmullen@bradley.com

*Attorneys for Advocate Capital, Inc.*

4921-7186-4456.2

United States Bankruptcy Court

Western District of Tennessee

In re: Case No. 25-11660-jlc

Apperson Crump PLC  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0651-1     User: ao1492bnc     Page 1 of 2

Date Rcvd: Feb 10, 2026     Form ID: pdford02     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2026:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/Text: tbutler@appersoncrump.com | Feb 10 2026 21:38:00 | Apperson Crump PLC, 6000 Poplar Ave, Suite 150, Memphis, TN 38119-3971 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 12, 2026     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Advocate Capital, Inc. | amcmullen@bradley.com |
| Austin McMullen | on behalf of Creditor Advocate Capital Inc. amcmullen@bradley.com, amcmullen@ecf.courtdrive.com |
| Bertis Echols | on behalf of Creditor Poplar Corridor Investments LLC bechols@evanspetree.com, rfehse@evanspetree.com |
| Brandon McNary | on behalf of Creditor Adan Tech LLC bmcnary@drmlawmemphis.com, litigation@drmlawmemphis.com |
| Brian Jordan | on behalf of Creditor Wilmington Savings Fund Society. FSB not in its individual capacity but solely as Owner Trustee for the |

| | | |
|---|---|---|
| District/off: 0651-1 | User: ao1492bnc | Page 2 of 2 |
| Date Rcvd: Feb 10, 2026 | Form ID: pdford02 | Total Noticed: 1 |

FLIC Residential Mortgage Loan Trust 1 bkecfinbox@aldridgepite.com, bjordan@ecf.inforuptcy.com

C. Jerome Teel, Jr.
    on behalf of Debtor Apperson Crump PLC bankruptcy@tennesseefirm.com
    cjtecf@gmail.com;g3946@notify.cincompass.com;jeromecr77281@notify.bestcase.com

Carrie Ann Rohrscheib
    on behalf of U.S. Trustee U.S. Trustee carrie.a.rohrscheib@usdoj.gov

Marianna Williams
    on behalf of Codebtor Bruce M. Smith marianna@ashleyarnold.com

R. Lee Webber
    on behalf of Creditor Guaranty Bank and Trust Company lwebber@martintate.com mowens@martintate.com

Ronald G. Steen, Jr.
    on behalf of Creditor Simmons Bank ronn.steen@thompsonburton.com mdennis@thompsonburton.com

U.S. Trustee
    ustpregion08.me.ecf@usdoj.gov

Wendy Geurin Smith
    on behalf of Creditor BankTennessee wgsmith@evanspetree.com

TOTAL: 12