**Dated: February 17, 2026
The following is SO ORDERED:**

_____
Jimmy L. Croom
**UNITED STATES BANKRUPTCY JUDGE**

_____

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

---

| | |
|---|---|
| IN RE:    **APPERSON CRUMP PLC** | **CASE NO.  25-11660-JLC** |
| **Debtor.** | **Chapter 11** |

---

### ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT CASE PURSUANT TO 11 U.S.C. § 1112(b) AND DISMISSING DEBTOR'S CHAPTER 11 CASE

---

This matter came before the Court on the Motion to Dismiss or Convert Case Pursuant to 11 U.S.C. §1112(b) ("Motion") (ECF No. 53) filed by the United States Trustee for Region 8 ("U.S. Trustee") and upon the entire record herein.

It appears to the Court that based upon the grounds for dismissal or conversion as stated in the Motion and the record in this case, cause exists to dismiss or convert the Debtor's chapter 11 case. It further appears to the Court that there are insufficient assets available for distribution to creditors in a chapter 7, accordingly dismissal is appropriate and in the best interest of creditors and the estate.

ACCORDINGLY, for good cause found, IT IS ORDERED, that the U.S. Trustee's Motion to Dismiss is GRANTED and the instant Chapter 11 case shall be and is hereby **DISMISSED**, without prejudice.

IT IS FURTHER ORDERED, that within thirty (30) days of entry of this order any professionals may file final applications for compensation under 11 U.S.C. §330 and the Court shall retain jurisdiction to hear same.

**APPROVED FOR ENTRY:**

PAUL A. RANDOLPH
ACTING U.S. TRUSTEE REGION 8


/s/ Carrie Ann Rohrscheib (#022991)
Carrie Ann Rohrscheib
Trial Attorney
United States Department of Justice
Office of the U.S. Trustee
200 Jefferson Avenue, Suite 400
Memphis, Tennessee 38103
(901) 544-3303


**AGREED AS TO FORM:**

/s/ C. Jerome Teel, Jr.
C. Jerome Teel, Jr. (TN #01630)
Teel & Gay, PLC
79 Stonebridge Blvd., Suite B
Jackson, TN 38305
Phone: (731) 424-3315
Jerome@tennesseefirm.com


**PERSONS TO BE SERVED WITH FINAL ORDER:**
Debtor
Debtor's Counsel
All Parties on the Matrix