Form ntcdsm

# UNITED STATES BANKRUPTCY COURT

Western District of Tennessee

Case No.: 25−11660
Chapter: 11

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Apperson Crump PLC
   6000 Poplar Ave
   Suite 150
   Memphis, TN 38119

Social Security / Individual Taxpayer ID No.:

Employer Tax ID / Other nos.:
   62−0292839

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on 2/17/26.

Dated: 2/17/26

        Travis D. Green
        Clerk, U.S. Bankruptcy Court

        BY: Melissa Beacham
        Deputy Clerk