**Dated: February 17, 2026**
**The following is SO ORDERED:**

_____
Jimmy L. Croom
UNITED STATES BANKRUPTCY JUDGE

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

| | |
|---|---|
| IN RE:     **APPERSON CRUMP PLC** | **CASE NO. 25-11660-JLC** |
| Debtor. | Chapter 11 |

---

**ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO DISMISS
OR CONVERT CASE PURSUANT TO 11 U.S.C. § 1112(b)
AND DISMISSING DEBTOR'S CHAPTER 11 CASE**

---

This matter came before the Court on the Motion to Dismiss or Convert Case Pursuant to 11 U.S.C. §1112(b) ("Motion") (ECF No. 53) filed by the United States Trustee for Region 8 ("U.S. Trustee") and upon the entire record herein.

It appears to the Court that based upon the grounds for dismissal or conversion as stated in the Motion and the record in this case, cause exists to dismiss or convert the Debtor's chapter 11 case. It further appears to the Court that there are insufficient assets available for distribution to creditors in a chapter 7, accordingly dismissal is appropriate and in the best interest of creditors and the estate.

| ORDER GRANTING U.S. TRUSTEE'S | CASE NO. 25-11660 |
|---|---|
| MOTION TO DISMISS CASE | PAGE 2 of 2 |

ACCORDINGLY, for good cause found, IT IS ORDERED, that the U.S. Trustee's Motion to Dismiss is GRANTED and the instant Chapter 11 case shall be and is hereby **DISMISSED**, without prejudice.

IT IS FURTHER ORDERED, that within thirty (30) days of entry of this order any professionals may file final applications for compensation under 11 U.S.C. §330 and the Court shall retain jurisdiction to hear same.

**APPROVED FOR ENTRY:**

PAUL A. RANDOLPH
ACTING U.S. TRUSTEE REGION 8


/s/ Carrie Ann Rohrscheib (#022991)
Carrie Ann Rohrscheib
Trial Attorney
United States Department of Justice
Office of the U.S. Trustee
200 Jefferson Avenue, Suite 400
Memphis, Tennessee 38103
(901) 544-3303


**AGREED AS TO FORM:**

/s/ C. Jerome Teel, Jr.
C. Jerome Teel, Jr. (TN #01630)
Teel & Gay, PLC
79 Stonebridge Blvd., Suite B
Jackson, TN 38305
Phone: (731) 424-3315
Jerome@tennesseefirm.com


**PERSONS TO BE SERVED WITH FINAL ORDER:**
Debtor
Debtor's Counsel
All Parties on the Matrix

United States Bankruptcy Court
Western District of Tennessee

In re:     Case No. 25-11660-jlc
Apperson Crump PLC     Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0651-1     User: ao1492bnc     Page 1 of 5
Date Rcvd: Feb 17, 2026     Form ID: pdford02     Total Noticed: 101

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | Guaranty Bank and Trust Company, 4894 Poplar Avenue, Memphis, TN 38117-5145 |
| cr | + | Poplar Corridor Investments, LLC, 1715 Aaron Brenner Dr., Suite 800, Memphis, TN 38120, UNITED STATES 38120-1445 |
| cr | + | Randel Edward Page, Jr., 3504 Milford Cove, Collierville, TN 38017-3606 |
| 34462186 | + | 20 Adan Technologies, 9057 Valley Crest Lane, #102, Germantown, TN 38138-7863 |
| 34462190 | + | 20 Apperson Crump Profit Sharing Plan, Bruce M. Smith, Trustee, Thomas R. Buckner, Trustee, 6000 Poplar Ave Suite 150, Memphis, TN 38119-3971 |
| 34462193 | + | 20 BankTennessee, Downtown Memphis, 30 North Second Street, Memphis, TN 38103-2602 |
| 34462195 | + | 20 Boyle Insurance Agency, P.O. Box 17800, Memphis, TN 38187-0800 |
| 34462203 | | 20 CCH Prosystem FX, P.O. Box 4307, Carol Stream, IL 60197-4307 |
| 34462206 | | 20 CNA, Deductible Recovery Group, P.O. Box 6065-02, Hermitage, PA 16148-1065 |
| 34462209 | + | 20 Connie Cook, 5430 Hayes Rd., Arlington, TN 38002-3856 |
| 34462210 | | 20 Continental Insurance Company, CNA Cashier Team, P.O. Box 8317, Chicago, IL 60680-8317 |
| 34462213 | | 20 FedEx ERS, P.O. Box 371741, Pittsburgh, PA 15250-7741 |
| 34462214 | + | 20 Fidelity National Title, 6060 Poplar Avenue, Suite LL-37, Memphis, TN 38119-0912 |
| 34462216 | + | 20 Glassman, Wyatt, Tuttle & Cox PC, 26 N. 2nd St, Memphis, TN 38103-2602 |
| 34462224 | + | 20 IPFS Corporation, 24722 Network Place, Chicago, IL 60673-1247 |
| 34462235 | | 20 Level 3 Communications, Century Link, P.O. Box 910182, Denver, CO 80291-0182 |
| 34462240 | + | 20 Matthew Bradsher, 9393 Laurel Hill Dr., Lakeland, TN 38002-4911 |
| 34462241 | + | 20 Melissa Jaynes, 2286 Glencliff Dr, Memphis, TN 38119-7224 |
| 34462244 | + | 20 Poplar Corridor Investments, LLC, 5900 Poplar Ave., Suite 100, Memphis, TN 38119-3900 |
| 34462257 | + | 20 The Security Title Guarantee Corporation, Attn: John Kosogof, 1099 Winterson Rd., Suite 290, Linthicum Heights, MD 21090-2223 |
| 34462258 | + | 20 Thomas R. Buckner, 1719 Harbert Avenue, Memphis, TN 38104-5113 |
| 34462260 | | 20 Thomson Reuters, West Payment Center, P.O. Box 6292, Carol Stream, IL 60197-6292 |
| 34462265 | | 20 Veritext, P.O. Box 71303, Chicago, IL 60694-1303 |
| 34462185 | + | Adams and Reese LLP, Dept 5208, P.O. Box 2153, Birmingham, AL 35287-0002 |
| 34464832 | + | Adan Tech, LLC, Brandon F. McNary, Dinkelspiel Rasmussen & Mink, PLLC, 1669 Kirby Parkway, Suite 106, Memphis, Tennessee 38120-4397 |
| 34464563 | + | Adan Tech, LLC, Dinkelspiel Rasmussen & Mink PLLC, 1669 Kirby Pkwy, Suite 106, Memphis, TN 38120-4397 |
| 34462187 | + | Advocate Capital, P.O. Box 306370, Nashville, TN 37230-6370 |
| 34490275 | + | Advocate Capital, Inc., c/o Austin McMullen, Bradley Arant Boult Cummings, LLP, 1221 Broadway, Ste. 2400, Nashville, TN 37203-7238 |
| 34462188 | + | Advocate Capital, Inc., ACF 2006 Corp, 29629 Network Place, Chicago, IL 60673-1296 |
| 34462189 | + | Alpha Reporting Corporation, 236 Adams Avenue, Memphis, TN 38103-1922 |
| 34462191 | + | Attila Kerner M.C., 9449 Dennis Grove Court, Saint Louis, MO 63126-3063 |
| 34464487 | + | Bertis Echols, Esq., Evans Petree, PC, 1715 Aaron Brenner Drive, Suite 800, Memphis, TN 38120-1445 |
| 34462194 | + | Blue Sky Couriers, 830 S. Bellevue Blvd, Memphis, TN 38104-4645 |
| 34462196 | + | Brian Drolet MD, 1611 18th Avenue, Nashville, TN 37212-3115 |
| 34462197 | #+ | Brooks Court Reporting Inc., 402 BNA Dr., Suite 108, Nashville, TN 37217-2524 |
| 34462198 | + | Bruce M. Smith, 396 Wellington Cove, Memphis, TN 38117-4000 |
| 34462199 | + | Bruce M. Smith, 396 Wellington Cv, Memphis, TN 38117-4000 |
| 34465487 | + | Bruce N. Smith, c/o Marianna Williams, Arnold, Willis & Conway, PO Box H, Dyersburg, Tennessee 38025-2008 |
| 34462200 | + | Bruce S. Kramer, 4614 Katy Dr., New Smyrna Beach, FL 32169-4306 |
| 34462202 | + | Business Card, Bank of America, P.O. Box 15796, Wilmington, DE 19850-5796 |

Case 25-11660  Doc 71  Filed 02/19/26  Entered 02/20/26 00:10:46  Desc Imaged
Certificate of Notice  Page 4 of 7

| District/off: 0651-1 | User: ao1492bnc | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Feb 17, 2026 | Form ID: pdford02 | Total Noticed: 101 |

| | | |
|---|---|---|
| 34462205 | + | CIOX Health, P.O. Box 409740, Atlanta, GA 30384-9740 |
| 34462207 | | CNA, P.O. Box 8317, Chicago, IL 60680-8317 |
| 34462208 | | CNA Insurance, P.O. Box 74007619, Chicago, IL 60674-7619 |
| 34462204 | + | Cheri Sullivan, CSR, RPR, 111 Red Acres Place, Memphis, TN 38111-6821 |
| 34462211 | | EMG Clinics of Tennessee, PO Box 3488 Dept. 05-220, Tupelo, MS 38803-3488 |
| 34462215 | + | Flippin Law Firm, 1302 Main Street, P.O. Box 160, Humboldt, TN 38343-0160 |
| 34470987 | + | Guaranty Bank and Trust, C/O R. Lee Webber, MARTIN, TATE, MORROW & MARSTON, P.C., 6410 Poplar Avenue, Suite 900, Memphis, TN 38119-4841 |
| 34462217 | + | Guaranty Bank and Trust Company, R. Lee Webber, 6410 Poplar Ave Ste 900, Memphis TN 38119-4841 |
| 34462218 | + | Harry Rein M.D., J.D., 1877 Wingfield Dr., Longwood, FL 32779-2770 |
| 34462219 | | Huseby Global Litigation, P.O. Box 6180, Hermitage, PA 16148-0922 |
| 34462229 | + | JP Morgan Chase Bank, 300 S. Riverside Plaza, IL-I-0196, Chicago, IL 60606-6613 |
| 34462227 | + | Jennifer Mason, 8193 Newell Road, Lake Cormorant, MS 38641-9008 |
| 34462228 | + | Jon W. Smith, 54 Robert Dell Cv, Memphis, TN 38117-2716 |
| 34462230 | | Konica Minolta, P.O. Box 550599, Jacksonville, FL 32255-0599 |
| 34462231 | | Konica Minolta, 21146 Network Place, Chicago, IL 60673-1211 |
| 34462233 | | Konica Minolta Premier Finance, P.O. Box 105743, Atlanta, GA 30348-5743 |
| 34462234 | + | L. Clayton Culpepper III, Evans Petree, P.C., 1715 Aaron Brenner Dr., Suite 800, Memphis, TN 38120-1445 |
| 34462236 | | Lexis Nexis Matthew Bender, P.O. Box 733106, Dallas, TX 75373-3106 |
| 34462237 | | Lexitas, P.O. Box 734298, Dept 2038, Dallas, TX 75373-4298 |
| 34462238 | + | Lisa C. Vaughn, RPR, CSR, 4570 Sequoia Road, Memphis, TN 38117-1720 |
| 34462239 | + | Lu Anne Dudley, CSR, RPR, P.O. Box 1631, Cordova, TN 38088-1631 |
| 34462242 | + | MEMPHIS COMMUNICATIONS CORPORATION, PO BOX 770389, Memphis, TN 38177-0389 |
| 34462245 | + | Poplar Corridor Investments, LLC, 5900 Poplar Ave., Suite 100, Memphis, TN 38119-3900 |
| 34462246 | + | Positively Balanced LLC, 3662 Cedarcrest Road, Suite 200, Acworth, GA 30101-8940 |
| 34462247 | + | Professional Process Servers, Inc., 5240 Mendenhall Park Place, Memphis, TN 38115-5904 |
| 34462248 | + | Progressive Private Process, P.O. Box 343058, Memphis, TN 38184-3058 |
| 34462249 | + | R. Lee Webber, Martin Tate Morrow & Marston, P.C., International Place, Tower II, 6410 Poplar Ave, Suite 900, Memphis, TN 38119-4841 |
| 34480128 | + | Randel Edward Page Jr., 3504 Milfrord Cove, Collierville, TN 38017-3606 |
| 34462250 | | Relx Inc, D/B/A Lexis Nexis, P.O. Box 733106, Dallas, TX 75373-3106 |
| 34462251 | + | Roger G. Jones, Bradley Arant Boult Cummings LLP, 1221 Broadway, Suite 2400, Nashville, TN 37203-7238 |
| 34462252 | + | Ronald G. Steen, Thompson Burton PLLC, 6100 Tower Circle, Suite 200, Franklin, TN 37067-1465 |
| 34462253 | + | Samantha E. Cohen, RPR, 239 South Barksdale Street, Memphis, TN 38104-4019 |
| 34471390 | + | Simmons Bank, Ronald G. Steen, Jr., THOMPSON BURTON PLLC, 6100 Tower Circle, Suite 200, Franklin, TN 37067-1465 |
| 34462575 | + | State of Tennessee, TN Atty General's Office, Bankruptcy Division, P.O. Box 20207, Nashville, TN 37202-4015 |
| 34462255 | + | State of Tennessee, Office of the Attorney General, PO Box 20207, Nashville, TN 37202-4015 |
| 34462256 | + | State of Tennessee, Department of Labor and Workforce Dev, 220 French Landing Drive, Nashville, TN 37241-0001 |
| 34462259 | + | Thomas R. Buckner, 1719 Harbert Ave., Memphis, TN 38104-5113 |
| 34462261 | + | Track & Trace Legal Services, P.O. Box 343058, Bartlett, TN 38184-3058 |
| 34462264 | | Verisma, P.O. Box 201327, Dallas, TX 75320-1327 |
| 34462266 | | Virgina Dodge, RDR, CRR, LCR, 3046 Elliott Drive, Mount Juliet, TN 37122-0606 |
| 34468465 | + | Wendy Geurin Smith, Attorney at Law, EVANS PETREE, PC, 1715 Aaron Brenner Drive, Suite 800, Memphis, TN 38120-1445 |

TOTAL: 81

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/Text: tbutler@appersoncrump.com | Feb 18 2026 01:12:00 | Apperson Crump PLC, 6000 Poplar Ave, Suite 150, Memphis, TN 38119-3971 |
| cr | + | Email/Text: bankruptcy@banktennessee.com | Feb 18 2026 01:11:00 | BankTennessee, 1125 W. Poplar, Collierville, TN 38017-3102 |
| cr | + | Email/Text: BKRMailOps@weltman.com | Feb 18 2026 01:12:00 | First Citizens Bank & Trust Company, c/o Weltman, Weinberg & Reis Co., LPA, 5990 West Creek Rd, Suite 200, Independence, OH 44131, UNITED STATES 44131-2191 |
| 34462585 | + | Email/Text: katelyn.strong@usdoj.gov | Feb 18 2026 01:10:00 | AUSA/IRS, Attn: Monica M. Simmons-Jones, 167 N. Main, Suite 800, Memphis, TN 38103-1827 |
| 34462192 | | Email/PDF: ais.BankruptcynoticesExceptions@aisinfo.com | Feb 18 2026 01:14:06 | Bank of America, P.O. Box 660441, Dallas, TX 75266-0441 |

Case 25-11660    Doc 71    Filed 02/19/26    Entered 02/20/26 00:10:46    Desc Imaged
Certificate of Notice    Page 5 of 7

| District/off: 0651-1 | User: ao1492bnc | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Feb 17, 2026 | Form ID: pdford02 | Total Noticed: 101 |

| Recip ID | Bypass | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 34482803 | + | Email/Text: bankruptcy@banktennessee.com | Feb 18 2026 01:11:00 | BankTennessee, 1125 W. Poplar Avenue, Collierville, TN 38017-3102 |
| 34462212 | ^ | MEBN | Feb 18 2026 01:07:06 | Fedex, P.O. Box 660481, Dallas, TX 75266-0481 |
| 34477323 | + | Email/Text: BKRMailOps@weltman.com | Feb 18 2026 01:12:00 | First Citizens Bank & Trust Company, c/o Weltman, Weinberg and Reis Co., LPA, 5990 West Creek Rd, Suite 200, Cleveland, OH 44131-2191 |
| 34477084 | + | Email/Text: BKRMailOps@weltman.com | Feb 18 2026 01:12:00 | First Citizens Bank & Trust Company, c/o Weltman, Weinberg & Reis Co., LPA, 5990 West Creek Rd, Suite 200, Independence, OH 44131-2191 |
| 34462581 | ^ | MEBN | Feb 18 2026 01:06:57 | Internal Revenue Service, TN Atty General's Office, Bankruptcy Division, P.O. Box 20207, Nashville, TN 37202-4015 |
| 34462220 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 18 2026 01:11:00 | Internal Revenue Service, Insolvency Section, 801 Broadway, MDP 146, Nashville, TN 37203-3811 |
| 34462254 | | Email/Text: consumerbankruptcy@simmonsbank.com | Feb 18 2026 01:10:00 | Simmons Bank, Central Loan Administration, P.O. Box 7009, Pine Bluff, AR 71611 |
| 34462582 | | Email/Text: atlreorg@sec.gov | Feb 18 2026 01:12:00 | Securities & Exchange Commission, Office of Reorganization, 950 East Paces Ferry Rd., N.E., Suite 900, Atlanta, GA 30326-1382 |
| 34462577 | | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Feb 18 2026 01:10:00 | U.S. Dept. of Justice/Tax Division, Civil Trial Section, Eastern Region, P.O. Box 227, Ben Franklin Station, Washington, DC 20044 |
| 34462578 | + | Email/Text: katelyn.strong@usdoj.gov | Feb 18 2026 01:10:00 | U.S. Attorney - AUSA, Attn: Monica M. Simmons-Jones, 167 N. Main, Suite 800, Memphis, TN 38103-1827 |
| 34462586 | + | Email/Text: ustpregion08.me.ecf@usdoj.gov | Feb 18 2026 01:12:00 | United States Trustee for Region 8, c/o Carrie Ann Rohrscheib, United States Department of Justice, 200 Jefferson Avenue, Suite 400, Memphis, TN 38103-2374 |
| 34462262 | | Email/Text: BANKRUPTCYNOTICES@ClaytonHomes.com | Feb 18 2026 01:12:00 | Vanderbilt Mortgage and Finance, Inc, 500 Alcoa Trail, Maryville, TN 37804 |
| 34462267 | + | Email/PDF: ais.BankruptcynoticesExceptions@aisinfo.com | Feb 18 2026 01:14:17 | Wells Fargo Vendo Fin Serv, PO Box 105743, Atlanta, GA 30348-5743 |
| 34492347 | + | Email/PDF: ais.BankruptcyNoticesDFVendor@aisinfo.com | Feb 18 2026 01:14:15 | Wells Fargo Vendor Financial Services, LLC, 801 Walnut Street MAC F0006-052, Des Moines, IA 50309-3606 |
| 34478379 | + | Email/Text: ecfbnc@aldridgepite.com | Feb 18 2026 01:11:00 | Wilmington Savings Fund Society, FSB, Brian K Jordan, Six Piedmont Center, 3525 Piedmont Road, N.E., Suite 700, Atlanta, GA 30305-1608 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Adan Tech, LLC |
| codb | | Bruce M. Smith |
| cr | | Simmons Bank |
| cr | | Wilmington Savings Fund Society. FSB, not in its i |
| 34462263 | | Various clients |
| 34462201 | *+ | Bruce S. Kramer, 4614 Katy Dr., New Smyrna Beach, FL 32169-4306 |
| 34462221 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O. Box 9941, Stop 6552, Ogden, UT 84409 |
| 34462225 | * | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |

| | | |
|---|---|---|
| 34462226 | * | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 34462576 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 34462583 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 34462223 | *+ | Internal Revenue Service, P.O Box 219690, Kansas City, MO 64121-9690 |
| 34462222 | *+ | Internal Revenue Service, Insolvency Section, 801 Broadway, MDP 146, Nashville, TN 37203-3811 |
| 34462232 | * | Konica Minolta, P.O. Box 550599, Jacksonville, FL 32255-0599 |
| 34462243 | *+ | MEMPHIS COMMUNICATIONS CORPORATION, PO BOX 770389, Memphis, TN 38177-0389 |
| 34462584 | *P++ | U S DEPARTMENT OF JUSTICE TAX DIVISION, CIVIL TRIAL SECTION EASTERN REGION, P O BOX 227, BEN FRANKLIN STATION, WASHINGTON DC 20044-0227, address filed with court:, U.S. Dept. of Justice/Tax Division, Civil Trial Section, Eastern Region, P.O. Box 227, Ben Franklin Station, Washington, DC 20044 |

TOTAL: 5 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2026     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Advocate Capital, Inc. | amcmullen@bradley.com |
| Austin McMullen | on behalf of Creditor Advocate Capital  Inc. amcmullen@bradley.com, amcmullen@ecf.courtdrive.com |
| Bertis Echols | on behalf of Creditor Poplar Corridor Investments  LLC bechols@evanspetree.com, rfehse@evanspetree.com |
| Brandon McNary | on behalf of Creditor Adan Tech  LLC bmcnary@drmlawmemphis.com, litigation@drmlawmemphis.com |
| Brian Jordan | on behalf of Creditor Wilmington Savings Fund Society. FSB  not in its individual capacity but solely as Owner Trustee for the FLIC Residential Mortgage Loan Trust 1 bkecfinbox@aldridgepite.com, bjordan@ecf.inforuptcy.com |
| C. Jerome Teel, Jr. | on behalf of Debtor Apperson Crump PLC bankruptcy@tennesseefirm.com cjtecf@gmail.com;g3946@notify.cincompass.com;jeromecr77281@notify.bestcase.com |
| Carrie Ann Rohrscheib | on behalf of U.S. Trustee U.S. Trustee carrie.a.rohrscheib@usdoj.gov |
| Marianna Williams | on behalf of Codebtor Bruce M. Smith marianna@ashleyarnold.com |
| R. Lee Webber | on behalf of Creditor Guaranty Bank and Trust Company lwebber@martintate.com  mowens@martintate.com |
| Ronald G. Steen, Jr. | on behalf of Creditor Simmons Bank ronn.steen@thompsonburton.com  mdennis@thompsonburton.com |
| U.S. Trustee | ustpregion08.me.ecf@usdoj.gov |
| Wendy Geurin Smith | on behalf of Creditor BankTennessee wgsmith@evanspetree.com |

District/off: 0651-1                           User: ao1492bnc                                Page 5 of 5
Date Rcvd: Feb 17, 2026                        Form ID: pdford02                           Total Noticed: 101
TOTAL: 12