## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TENNESSEE

In re

Apperson Crump PLC

Debtor(s).

Case Number: 25–11660   jlc
Chapter  11

Ad. Pro. No.

## DEFICIENCY NOTICE REGARDING APPEALS

    A Notice of Appeal has been filed and entered in the above captioned case; however, administrative processing of this Appeal has been delayed for the following reasons:

- ☑ The filing fee of ☑ $5.00 as requred by 28 U.S.C. § 1930(c) and /or the docketing fee of ☑ $293.00 as required by the Bankruptcy Court Miscellaneous Fee Schedule (issued in accordance with 28 U.S.C. § 1930(b)) was not submitted along with the Notice of Appeal. If said fee is not received by this office within fourteen (14) days from the date of this notice, said appeal will be forwarded to the Bankruptcy Appellate Panel of the Sixth Circuit or the United States District Court (whichever is appropriate) for disposition.

  Please timely submit cashier's check, money order, or Law Firm check to the Clerk's Office of the United States Bankruptcy Court made payable to "U.S. Bankruptcy Court Clerk."

- ☐ Pursuant to FED. R. BANKR. P. 8001, a Notice of Appeal from an interlocutory judgment, order or decree of a Bankruptcy judge has been filed in this cause; however, said Notice of Appeal must be accompanied by a Motion for Leave to Appeal prepared in accordance with FED. R. BANKR. P. 8003 and with proof of service in accordance with FED. R. BANKR. P. 8008. Please submit the requisite Motion for Leave to Appeal.

- ☐ Pursuant to FED. R. BANKR. P. 8001, a Motion for Leave to Appeal an interlocutory judgement, order or decree of a Bankruptcy judge has been filed in this cause; however, said motion must be accompanied by a Notice of Appeal as outlined in FED. R. BANKR. P. 8001(a). Please submit the requisite Notice of Appeal.

- ☐ Designation of Record on Appeal by ☐ Appellant ☐ Appellee fails to specifically identify the items to be included in the record as outlined in FED. R. BANKR. P. 8006 and in the Local Bankruptcy Rules and Forms effective, as amended, December 1, 1995, L.B.R. 8006–1.

- ☑ Until an order waiving the fee is entered by the court, the $298.00 fee is considered due.

    **NOTICE IS HEREBY GIVEN** that failure to submit the items required above to the Clerk's Office of the United States Bankruptcy Court within fourteen (14) days of this notice will result in the transmittal of this Appeal to the Clerk of the Bankruptcy Appellate Panel of the Sixth Circuit or the Clerk of the United States District Court (whichever is appropriate) for disposition and possible dismissal.

**Travis D. Green**
**Clerk of Court**

**By:   Jacquelyn Stewart**
**Appeals Clerk**
**U.S. Bankruptcy Court**
**Western District of Tennessee**
**111 S Highland, Room 107**
**Jackson, TN 38301**

cc: Debtor
    Debtor's Attorney
    Attorney for Appellant
    Attorney for Appellee

**Date:   February 25, 2026**

[defntcappeal] [Defiency Notice Appeal – 05/2005]