# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re

Apperson Crump PLC

Debtor(s).

Case Number: 25−11660   jlc
Chapter  11

Ad. Pro. No.

## DEFICIENCY NOTICE REGARDING APPEALS

A Notice of Appeal has been filed and entered in the above captioned case; however, administrative processing of this Appeal has been delayed for the following reasons:

- ☑ The filing fee of ☑ $5.00 as requred by 28 U.S.C. § 1930(c) and /or the docketing fee of ☑ $293.00 as required by the Bankruptcy Court Miscellaneous Fee Schedule (issued in accordance with 28 U.S.C. § 1930(b)) was not submitted along with the Notice of Appeal. If said fee is not received by this office within fourteen (14) days from the date of this notice, said appeal will be forwarded to the Bankruptcy Appellate Panel of the Sixth Circuit or the United States District Court (whichever is appropriate) for disposition.

  Please timely submit cashier's check, money order, or Law Firm check to the Clerk's Office of the United States Bankruptcy Court made payable to "U.S. Bankruptcy Court Clerk."

- ☐ Pursuant to FED. R. BANKR. P. 8001, a Notice of Appeal from an interlocutory judgment, order or decree of a Bankruptcy judge has been filed in this cause; however, said Notice of Appeal must be accompanied by a Motion for Leave to Appeal prepared in accordance with FED. R. BANKR. P. 8003 and with proof of service in accordance with FED. R. BANKR. P. 8008. Please submit the requisite Motion for Leave to Appeal.

- ☐ Pursuant to FED. R. BANKR. P. 8001, a Motion for Leave to Appeal an interlocutory judgement, order or decree of a Bankruptcy judge has been filed in this cause; however, said motion must be accompanied by a Notice of Appeal as outlined in FED. R. BANKR. P. 8001(a). Please submit the requisite Notice of Appeal.

- ☐ Designation of Record on Appeal by ☐ Appellant ☐ Appellee fails to specifically identify the items to be included in the record as outlined in FED. R. BANKR. P. 8006 and in the Local Bankruptcy Rules and Forms effective, as amended, December 1, 1995, L.B.R. 8006−1.

- ☑ Until an order waiving the fee is entered by the court, the $298.00 fee is considered due.

**NOTICE IS HEREBY GIVEN** that failure to submit the items required above to the Clerk's Office of the United States Bankruptcy Court within fourteen (14) days of this notice will result in the transmittal of this Appeal to the Clerk of the Bankruptcy Appellate Panel of the Sixth Circuit or the Clerk of the United States District Court (whichever is appropriate) for disposition and possible dismissal.

**Travis D. Green**
**Clerk of Court**

**By:  Jacquelyn Stewart**
**Appeals Clerk**
**U.S. Bankruptcy Court**
**Western District of Tennessee**
**111 S Highland, Room 107**
**Jackson, TN 38301**

cc: Debtor
   Debtor's Attorney
   Attorney for Appellant
   Attorney for Appellee

**Date:   February 25, 2026**

[defntcappeal] [Defiency Notice Appeal − 05/2005]

United States Bankruptcy Court

Western District of Tennessee

In re:     Case No. 25-11660-jlc

Apperson Crump PLC     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0651-1 | User: ao1492bnc | Page 1 of 2 |
| Date Rcvd: Feb 25, 2026 | Form ID: defntapl | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2026:**

**Recip ID**     **Recipient Name and Address**
cr     + Randel Edward Page, Jr., 3504 Milford Cove, Collierville, TN 38017-3606

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2026     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2026 at the address(es) listed below:**

**Name**     **Email Address**

Advocate Capital, Inc.
    amcmullen@bradley.com

Austin McMullen
    on behalf of Creditor Advocate Capital Inc. amcmullen@bradley.com, amcmullen@ecf.courtdrive.com

Bertis Echols
    on behalf of Creditor Poplar Corridor Investments LLC bechols@evanspetree.com, rfehse@evanspetree.com

Brandon McNary
    on behalf of Creditor Adan Tech LLC bmcnary@drmlawmemphis.com, litigation@drmlawmemphis.com

Brian Jordan
    on behalf of Creditor Wilmington Savings Fund Society. FSB not in its individual capacity but solely as Owner Trustee for the FLIC Residential Mortgage Loan Trust 1 bkecfinbox@aldridgepite.com, bjordan@ecf.inforuptcy.com

C. Jerome Teel, Jr.

Case 25-11660 Doc 76 Filed 02/27/26 Entered 02/27/26 23:50:27 Desc Imaged
Certificate of Notice Page 3 of 3

| District/off: 0651-1 | User: ao1492bnc | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 25, 2026 | Form ID: defntapl | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Debtor Apperson Crump PLC bankruptcy@tennesseefirm.com cjtecf@gmail.com;g3946@notify.cincompass.com;jeromecr77281@notify.bestcase.com |
| Carrie Ann Rohrscheib | on behalf of U.S. Trustee U.S. Trustee carrie.a.rohrscheib@usdoj.gov |
| Marianna Williams | on behalf of Codebtor Bruce M. Smith marianna@ashleyarnold.com |
| R. Lee Webber | on behalf of Creditor Guaranty Bank and Trust Company lwebber@martintate.com mowens@martintate.com |
| Ronald G. Steen, Jr. | on behalf of Creditor Simmons Bank ronn.steen@thompsonburton.com mdennis@thompsonburton.com |
| U.S. Trustee | ustpregion08.me.ecf@usdoj.gov |
| Wendy Geurin Smith | on behalf of Creditor BankTennessee wgsmith@evanspetree.com |

TOTAL: 12