# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| In re | Case No. 25–11660 |
| | Chapter 11 |
| Apperson Crump PLC | BK Judge Jimmy L Croom |
| | Adversary No. |
| Debtor(s). | Business |
| Randel Edward Page, Jr. | |
| Appellant(s) | |
| vs. | |
| Apperson Crump, PC | |
| United States Trustee | |
| Appellee(s). | |

## NOTICE OF REFERRAL OF ☑ APPEAL ☐ CROSS APPEAL
## TO THE UNITED STATES DISTRICT COURT

**TO: Clerk of the U.S. District Court for the Western District of Tennessee**

The following items are available from the U.S. Bankruptcy Court docket sheet in .PDF form at https://ecf.tnwb.uscourts.gov.

☑  Notice of Appeal ☐ Cross Appeal filed on 2/25/26 and docketed as #73.

☐  Motion for Leave to Appeal filed on and responses filed on .

☐  Final Order/Judgment or Interlocutory Order/Judgment appealed from and entered on .

☐  Opinion and/or Finding of Facts accompanying Final Order or Judgment.

☑  Filing Fee Not Paid. See Deficiency Notice re Appeals (doc.# 74 )

☐   $ Filing Fee Paid.

☑  Motion to Waive Appeal Fee filed 2/25/26 and docketed as #72.

**Date: February 25, 2026**

**Travis D. Green, Clerk**
**United Sates Bankruptcy Court**

**BY: /s/ Jacquelyn Stewart**
_____
  **Deputy Clerk**
   **(731) 421–9300**
**111 S Highland, Room 107**
**Jackson, TN 38301**

[ntcrefap]Notice of Appeal BAP 07–05

United States Bankruptcy Court

Western District of Tennessee

In re:     Case No. 25-11660-jlc

Apperson Crump PLC     Chapter 11

     Debtor

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0651-1 | User: ao1492bnc | Page 1 of 2 |
| Date Rcvd: Feb 25, 2026 | Form ID: ntcrefap | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| cr | + Randel Edward Page, Jr., 3504 Milford Cove, Collierville, TN 38017-3606 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/Text: tbutler@appersoncrump.com | Feb 25 2026 22:09:00 | Apperson Crump PLC, 6000 Poplar Ave, Suite 150, Memphis, TN 38119-3971 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2026      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Advocate Capital, Inc. | amcmullen@bradley.com |
| Austin McMullen | on behalf of Creditor Advocate Capital Inc. amcmullen@bradley.com, amcmullen@ecf.courtdrive.com |
| Bertis Echols | on behalf of Creditor Poplar Corridor Investments LLC bechols@evanspetree.com, rfehse@evanspetree.com |
| Brandon McNary | |

| | | |
|---|---|---|
| District/off: 0651-1 | User: ao1492bnc | Page 2 of 2 |
| Date Rcvd: Feb 25, 2026 | Form ID: ntcrefap | Total Noticed: 2 |

on behalf of Creditor Adan Tech  LLC bmcnary@drmlawmemphis.com, litigation@drmlawmemphis.com

Brian Jordan

on behalf of Creditor Wilmington Savings Fund Society. FSB  not in its individual capacity but solely as Owner Trustee for the FLIC Residential Mortgage Loan Trust 1 bkecfinbox@aldridgepite.com, bjordan@ecf.inforuptcy.com

C. Jerome Teel, Jr.

on behalf of Debtor Apperson Crump PLC bankruptcy@tennesseefirm.com
cjtecf@gmail.com;g3946@notify.cincompass.com;jeromecr77281@notify.bestcase.com

Carrie Ann Rohrscheib

on behalf of U.S. Trustee U.S. Trustee carrie.a.rohrscheib@usdoj.gov

Marianna Williams

on behalf of Codebtor Bruce M. Smith marianna@ashleyarnold.com

R. Lee Webber

on behalf of Creditor Guaranty Bank and Trust Company lwebber@martintate.com  mowens@martintate.com

Ronald G. Steen, Jr.

on behalf of Creditor Simmons Bank ronn.steen@thompsonburton.com  mdennis@thompsonburton.com

U.S. Trustee

ustpregion08.me.ecf@usdoj.gov

Wendy Geurin Smith

on behalf of Creditor BankTennessee wgsmith@evanspetree.com


TOTAL: 12