**Dated: March 03, 2026**
**The following is SO ORDERED:**

_____
Jimmy L. Croom
UNITED STATES BANKRUPTCY JUDGE

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

In re

APPERSON CRUMP PLC,                                            Case No. 25-11660

Debtor.                                                        Chapter 11

---

**ORDER HOLDING CREDITOR RANDEL EDWARD PAGE, JR'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE UNDER 11 U.S.C. § 503(B) FOR SUBSTANTIAL CONTRIBUTION TO THE ESTATE, OR IN THE ALTERNATIVE, TO PRESERVE ADMINISTRATIVE PRIORITY CLAIM PENDING APPEAL (ECF NO. 80) IN ABEYANCE PENDING RESOLUTION OF APPEAL**

---

On February 17, 2026, this Court entered an order granting the United States Trustee's motion to dismiss the instant case. (ECF No. 69.) Movant Randel Edward Page, Jr. ("Movant"), filed a notice of appeal of that decision on February 25, 2026. (ECF No. 73.) That appeal has been docketed in the United States District Court for the Western District of Tennessee as Case No. 26-01037.

On March 2, 2026, Movant filed a Motion for Allowance of Administrative Expense Under 11 U.S.C. § 503(b) for Substantial Contribution to the Estate, or in the alternative, to Preserve Administrative Priority Claim Pending Appeal. (ECF No. 80.) Given the pendency of the current appeal, this Court has determined that it will hold ECF No. 80 in abeyance pending resolution of the district court proceeding.

Therefore, the Movant's Motion for Allowance of Administrative Expense Under 11 U.S.C. § 503(b) for Substantial Contribution to the Estate, or in the alternative, to Preserve Administrative Priority Claim Pending Appeal (ECF No. 80) will be held in abeyance pending resolution of District Court Proceeding 26-01037.

**IT IS SO ORDERED.**

**Mailing List**

Randel Edward Page, Jr.
C. Jerome Teel, attorney for debtor
Debtor
United States Trustee