**Dated: March 04, 2026**
**The following is SO ORDERED:**

_____
Jimmy L. Croom
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

In re

APPERSON CRUMP PLC,                                  Case No. 25-11660

  Debtor.                                            Chapter 11

---

**ORDER DENYING CREDITOR RANDEL EDWARD PAGE, JR'S MOTION FOR RELIEF FROM ORDER OF DISMISSAL PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9024 AND FEDERAL RULES OF CIVIL PROCEDURE 60(B)(2), 60(B)(3), 60(B)(6), AND INDEPENDENT ACTION FOR FRAUD ON THE COURT UNDER RULE 60(D)(3) WITH INCORPORATED CIVIL RICO FINDINGS (ECF NO. 81).**

---

On February 17, 2026, this Court entered an order granting the United States Trustee's motion to dismiss the instant case. (ECF No. 69.) Movant Randel Edward Page, Jr. ("Movant"), filed a notice of appeal of that decision on February 25, 2026. (ECF No. 73.) That appeal has been docketed in the United States District Court for the Western District of Tennessee as Case No. 26-01037.

On March 4, 2026, Movant filed a Motion for Relief from Order of Dismissal Pursuant to Federal Rule of Bankruptcy Procedure 9024 and Federal Rules of Civil Procedure 60(B)(2), 60(B)(3), 60(B)(6), and Independent Action for Fraud on the Court Under Rule 60(D)(3) with Incorporated Civil Rico Findings (ECF No. 81). Pursuant to Federal Rule of Bankruptcy Procedure 8008(a), this Court lacks authority to consider this motion due to the pending appeal.

Therefore, the Movant's Motion for Relief from Order of Dismissal Pursuant to Federal Rule of Bankruptcy Procedure 9024 and Federal Rules of Civil Procedure 60(B)(2), 60(B)(3), 60(B)(6), and Independent Action for Fraud on the Court Under Rule 60(D)(3) with Incorporated Civil Rico Findings (ECF No. 81) is **DENIED**.  Fed. R. Bankr. P. 8002(a)(2).

**IT IS SO ORDERED.**

**Mailing List**

Randel Edward Page, Jr.
C. Jerome Teel, attorney for debtor
Debtor
United States Trustee