# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE
Western District of Tennessee

---

| | |
|---|---|
| **In re** | **Case No.   25–11660** |
| | **Chapter   11** |
| **Apperson Crump PLC** | **BK Judge  Jimmy L Croom** |
| | |
| | **Adversary No.** |
| **Debtor(s).** | |
| | **Business** |
| | |
| | **USDC Case No. 26–01037** |
| | |
| **Randel Edward Page, Jr.** | |
| **Appellant(s)** | |
| | |
| **vs.** | |
| | |
| **Apperson Crump, PC** | |
| **United States Trustee** | |
| **Appellee(s).** | |

---

### NOTICE OF TRANSMITTAL TO THE UNITED STATES DISTRICT COURT
### OF MISCELLANEOUS ITEMS RELATED TO APPEAL

---

**TO: Clerk of the U.S. District Court for the Western District of Tennessee**

The following items are available from the U.S. Bankruptcy Court docket sheet in .PDF form at https://ecf.tnwb.uscourts.gov.

☐  Motion (or Order thereon) to waive filing fee on appeal.

☐  Appellee(s)' election to have appeal heard in District Court erroneously filed with this court on .

☐  Order dismissing bankruptcy case.
   See, *Case Management Manual for United States Bankruptcy Judges,* 1995
   *Chapter IV, Section B: The Pretrial Phase(b) –*
   *"...dismissal of the underlying case may warrant the dismissal of an appeal..."*

☑  Appellant's Motion for Mandatory Withdrawal of Reference Pursuant to 28 U.S.C. § 157(d) and Federal Rule of Bankruptcy Procedure 5011(a)

<br>

|  |  |
|---|---|
| | **Travis D. Green, Clerk of Court** |
| | **United Sates Bankruptcy Court** |
| **Date:   March 6, 2026** | **BY:  /s/ April Avent** |
| | _____ |
| **cc:** | **Deputy Clerk** |
| **Randel Edward Page, Jr.** | **(731) 421–9300** |
| | **111 S Highland, Room 107** |
| | **Jackson, TN 38301** |

[ntctrnsa]Notice of Transmittal BAP 07–05