# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| In re | Case No.  25–11660 |
| | Chapter  11 |
| Apperson Crump PLC | |
| | |
| Debtor | |

## NOTICE OF DEFICIENT CLAIM

**PLEASE TAKE NOTICE that a deficient claim has been submitted for filing in this case.**

**You are reminded that all documents submitted in this case must comply with the current version of this Court's Guidelines for Electronic Filing which is available for viewing at www.tnwb.uscourts.gov.**

| | DEFICIENCIES REGARDING CLAIMS |
|---|---|
| ☐ | The debtor's name and/or case number on the tendered proof of claim is either missing or does not match case information in CM/ECF. |
| ☐ | The proof of claim is filed in an incorrect case. |
| ☐ | The tendered claim does not reflect an amount. |
| ☐ | The tendered claim has not been signed by the filing party. |
| ☐ | The PDF of the tendered claim is either illegible or can not be opened for review. |
| ☐ | Case closed on |
| ☐ | Filing party is requested to file an Amended claim using the newly formatted and renumbered form. The official form can be found on the court website at: www.tnwb.uscourts.gov/TNW/ProofsOfClaim.aspx |
| ☑ | Incorrect Debtor Name, Incorrect Creditor Name, and Case Dismissed 02/17/2026 |

DATE OF ISSUANCE
March 17, 2026

Travis D. Green
Clerk of the Bankruptcy Court

By: Tiffany Brimhall

Deputy Clerk

**[ntcdef]** [Notification of Defective Claim]

United States Bankruptcy Court

Western District of Tennessee

In re:                                                                                            Case No. 25-11660-jlc

Apperson Crump PLC                                                                    Chapter 11

Debtor

# CERTIFICATE OF NOTICE

| District/off: 0651-1 | User: ao1492bnc | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 17, 2026 | Form ID: ntcdef | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2026:**

**Recip ID                        Recipient Name and Address**
          +  Continental Casualty Company, 23453 Network Place, Chicago, IL 60673-1234

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2026                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Advocate Capital, Inc. | amcmullen@bradley.com |
| Austin McMullen | on behalf of Creditor Advocate Capital  Inc. amcmullen@bradley.com, amcmullen@ecf.courtdrive.com |
| Bertis Echols | on behalf of Creditor Poplar Corridor Investments  LLC bechols@evanspetree.com, rfehse@evanspetree.com |
| Brandon McNary | on behalf of Creditor Adan Tech  LLC bmcnary@drmlawmemphis.com, litigation@drmlawmemphis.com |
| Brian Jordan | on behalf of Creditor Wilmington Savings Fund Society. FSB  not in its individual capacity but solely as Owner Trustee for the FLIC Residential Mortgage Loan Trust 1 bkecfinbox@aldridgepite.com, bjordan@ecf.inforuptcy.com |
| C. Jerome Teel, Jr. | |

District/off: 0651-1                         User: ao1492bnc                                    Page 2 of 2
Date Rcvd: Mar 17, 2026                      Form ID: ntcdef                                    Total Noticed: 1

                        on behalf of Debtor Apperson Crump PLC bankruptcy@tennesseefirm.com
                        cjtecf@gmail.com;g3946@notify.cincompass.com;jeromecr77281@notify.bestcase.com

Carrie Ann Rohrscheib
                        on behalf of U.S. Trustee U.S. Trustee carrie.a.rohrscheib@usdoj.gov

Marianna Williams
                        on behalf of Codebtor Bruce M. Smith marianna@ashleyarnold.com

R. Lee Webber
                        on behalf of Creditor Guaranty Bank and Trust Company lwebber@martintate.com  mowens@martintate.com

Ronald G. Steen, Jr.
                        on behalf of Creditor Simmons Bank ronn.steen@thompsonburton.com  mdennis@thompsonburton.com

U.S. Trustee
                        ustpregion08.me.ecf@usdoj.gov

Wendy Geurin Smith
                        on behalf of Creditor BankTennessee wgsmith@evanspetree.com


TOTAL: 12