**Fill in this information to identify the case:**

Debtor 1 APPERSON CRUMP DUZANE & MAXWELL

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: WESTERN DISTRICT OF TENNESSEE ▼

Case number 25-11660

UNITED STATES BANKRUPTCY COURT
WESTERN DIVISION
RECEIVED

MAR 1 7 2026

TRAVIS D. GREEN
CLERK OF COURT
WESTERN DISTRICT OF TENN.

## Official Form 410

# Proof of Claim

04/25

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

APPERSON CRUMP PLC
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

CONTINENTAL CASUALTY COMPANY
Name

23453 NETWORK PLACE
Number    Street

CHICAGO          IL        60673
City             State     ZIP Code

Contact phone 407-804-5852

Contact email deborah.branham@cna.com

Where should payments to the creditor be sent? (if different)

Name

Number    Street

City             State     ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier (if you use one):

___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

**Part 2:   Give Information About the Claim as of the Date the Case Was Filed**

6. **Do you have any number you use to identify the debtor?**

   ☑ No

   ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  ____  ____  ____  ____

7. **How much is the claim?**   $_____65,000.00 . **Does this amount include interest or other charges?**

   ☑ No

   ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**

   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

   Limit disclosing information that is entitled to privacy, such as health care information.

   THIRD PARTY DEDUCTIBLE PREMIUM

9. **Is all or part of the claim secured?**

   ☑ No

   ☐ Yes.   The claim is secured by a lien on property.

   **Nature of property:**

   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

   ☐ Motor vehicle

   ☐ Other. Describe: _____

   **Basis for perfection:** _____

   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   **Value of property:**   $_____

   **Amount of the claim that is secured:**   $_____

   **Amount of the claim that is unsecured:**  $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

   **Amount necessary to cure any default as of the date of the petition:**   $_____

   **Annual Interest Rate** (when case was filed)_____%

   ☐ Fixed

   ☐ Variable

10. **Is this claim based on a lease?**

    ☑ No

    ☐ Yes. **Amount necessary to cure any default as of the date of the petition.**   $_____

11. **Is this claim subject to a right of setoff?**

    ☑ No

    ☐ Yes. Identify the property: _____

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☑ No | | **Amount entitled to priority** |
| --- | --- | --- | --- |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. *Check one:* | | |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | | $_____ |
| | ☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | | $_____ |
| | ☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | | $_____ |

\* Amounts are subject to adjustment on 4/01/28 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3:   Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   03/10/2026
                   MM / DD / YYYY

_Signature_

**Print the name of the person who is completing and signing this claim:**

| Name | DEBRA K BRANHAM | | |
| --- | --- | --- | --- |
| | First name | Middle name | Last name |
| Title | LEGAL SPECIALIST | | |
| Company | CNA | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 500 COLONIAL CENTER PARKWAY 3RD FLOOR | | |
| | Number        Street | | |
| | LAKE MARY | FL | 32746 |
| | City | State | ZIP Code |
| Contact phone | 407-804-5852 | Email deborah.branham@cna.com | |

**CNA**

Page 1 of 3 (See Reverse)

| Customer ID | Date | Invoice # |
|---|---|---|
| 0000317411 | 12/08/2025 | 1330480 |

## Deductible Billing Summary

| New Activity | 1-30 Days | 31-60 Days | 61-90 Days | > 90 Days | Total Due |
|---|---|---|---|---|---|
| $0.00 | $0.00 | $50,000.00 | $0.00 | $0.00 | $50,000.00 |

Payment is Due Immediately.

Bruce Smith,

Continental Casualty Company (CNA) has made payment on the claim(s) included within this invoice and the associated deductible is due. If you have questions regarding this invoice, please contact our customer service team at service@recovery-group.com or (888) 999 - 1386.

Payment can be made through the following options:

**Phone:**      **(888) 999 - 1386 - Option #3**

To pay by phone, please use your Customer ID (0000317411), Invoice Number (1330480) and Zip Code (38119-3971). Your banking information is required.

**Mail:**      **Deductible Recovery Group**
**PO Box 6068 - 25**
**Hermitage, PA 16148-1065**

Please return the bottom portion of this invoice with your remittance.
Checks should be made payable to **Deductible Recovery Group**.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Deductible Recovery Group
PO Box 962
Coraopolis, PA 15108

| Customer ID | Date | Invoice # | Total Due |
|---|---|---|---|
| 0000317411 | 12/08/2025 | 1330480 | $50,000.00 |

*Return this stub in the envelope provided with a check payable to Deductible Recovery Group.*
*Please be sure to place your Invoice Number on your check.*

Bruce Smith
Apperson Crump PLC
6000 Poplar Ave
Ste 150
Memphis, TN 38119-3971

**MAIL PAYMENTS ONLY TO:**
Deductible Recovery Group
PO Box 6068 - 25
Hermitage, PA 16148-1065

1330480

327848

**CNA**

| Customer ID | Date | Invoice # |
|---|---|---|
| 0000317411 | 12/08/2025 | 1330480 |

The following claim information is provided for Invoice 1330480. Please remit payment for the associated deductibles due.

| Policy Number | Policy Term | Coverage | Deductible | Expense Handling |
|---|---|---|---|---|
| 0006744407 | 01/01/2024 - 01/01/2025 | Professional Liability | $50,000.00 | Indemnity Only |

| Claim Number | Loss Date | Claimant | Total Indemnity | Total Expense | Deductible Due |
|---|---|---|---|---|---|
| LWA52613 | 09/14/2024 | Davis,Hailey | $150,000.00 | $1,855.11 | $50,000.00 |
| | | | | Current Due Policy Coverage: | $50,000.00 |

| Total: | | | | | $50,000.00 |
|---|---|---|---|---|---|

*Confidentiality Notice: This letter is confidential and only for the addressee(s). No one else may review, copy, disclose or use its contents. If received in error, contact the sender immediately.*

## Manage Your Account

### Pay Your Bill

Mail:          PO Box 6068 - 25
               Hermitage, PA 16148-1065

Pay by Phone or
Customer Service:  (888) 999 - 1386
               service@recovery-group.com

### Correspondence

PO Box 962
Coraopolis, PA 15108

**CNA**

| Customer ID | Date | Invoice # |
|---|---|---|
| 0000317411 | 12/08/2025 | 1330480 |

## Payment History Summary

This Payment History Summary provides payments applicable to Invoice 1330480.

**Policy Number:** 0006744407
**Policy Term:** 01/01/2024-01/01/2025
**Expense Handling:** Indemnity Only

| Claim Number | Claimant | Loss Date |
|---|---|---|
| LWA52613 | Davis,Hailey | 09/14/24 |

| Payment Date | Payee | Coverage | Indemnity | Expense | Expense Type |
|---|---|---|---|---|---|
| 12/01/2024 | Bailey & Greet | PLIB | $150,000.00 | $0.00 | |



Page 1 of 3 (See Reverse)

| Customer ID | Date | Invoice # |
|---|---|---|
| 0000317411 | 02/26/2025 | 1282987 |

## Deductible Billing Summary

| New Activity | 1-30 Days | 31-60 Days | 61-90 Days | > 90 Days | Total Due |
|---|---|---|---|---|---|
| $0.00 | $0.00 | $15,000.00 | $0.00 | $0.00 | $15,000.00 |

Payment is Due Immediately.

Bruce Smith,

Continental Casualty Company (CNA) has made payment on the claim(s) included within this invoice and the associated deductible is due. If you have questions regarding this invoice, please contact our customer service team at service@recovery-group.com or (888) 999 - 1386.

Payment can be made through the following options:

**Phone:**    **(888) 999 - 1386 - Option #3**

To pay by phone, please use your Customer ID (0000317411), Invoice Number (1282987) and Zip Code (38119-3971). Your banking information is required.

**Mail:**    **Deductible Recovery Group**
**PO Box 6065 - 02**
**Hermitage, PA 16148-1065**

Please return the bottom portion of this invoice with your remittance.
Checks should be made payable to **Deductible Recovery Group**.

---

Deductible Recovery Group
PO Box 962
Coraopolis, PA 15108

| Customer ID | Date | Invoice # | Total Due |
|---|---|---|---|
| 0000317411 | 02/26/2025 | 1282987 | $15,000.00 |

Return this stub in the envelope provided with a check payable to Deductible Recovery Group.
Please be sure to place your Invoice Number on your check.

Bruce Smith
Apperson Crump PLC
6000 Poplar Ave
Ste 150
Memphis, TN 38119-3971

**MAIL PAYMENTS ONLY TO:**
Deductible Recovery Group
PO Box 6065 - 02
Hermitage, PA 16148-1065

1282987

231799

**CNA**

Page 2 of 3

| Customer ID | Date | Invoice # |
|---|---|---|
| 0000317411 | 02/26/2025 | 1282987 |

The following claim information is provided for Invoice 1282987. Please remit payment for the associated deductibles due.

| Policy Number | Policy Term | Coverage | Deductible | Expense Handling |
|---|---|---|---|---|
| 0006744407 | 01/01/2023 - 01/01/2024 | Professional Liability | $25,000.00 | Indemnity Only |

| Claim Number | Loss Date | Claimant | Total Indemnity | Total Expense | Deductible Due |
|---|---|---|---|---|---|
| LWA48639 | 06/16/2023 | Gold Et Al,David A | $35,000.00 | $15,279.49 | $15,000.00 |
| | | | | Current Due Policy Coverage: | $15,000.00 |
| | | | | Total: | $15,000.00 |

*Confidentiality Notice: This letter is confidential and only for the addressee(s). No one else may review, copy, disclose or use its contents. If received in error, contact the sender immediately.*

## Manage Your Account

### Pay Your Bill

Mail:            PO Box 6065 - 02
                 Hermitage, PA 16148-1065

Pay by Phone or
Customer Service:  (888) 999 - 1386
                   service@recovery-group.com

### Correspondence

PO Box 962
Coraopolis, PA 15108

**CNA**

| Customer ID | Date | Invoice # |
|---|---|---|
| 0000317411 | 02/26/2025 | 1282987 |

## Payment History Summary

This Payment History Summary provides payments applicable to Invoice 1282987.

**Policy Number:**  0006744407
**Policy Term:**  01/01/2023-01/01/2024
**Expense Handling:**  Indemnity Only

| Claim Number | Claimant | Loss Date |
|---|---|---|
| LWA48639 | Gold Et Al,David A | 06/16/23 |

| Payment Date | Payee | Coverage | Indemnity | Expense | Expense Type |
|---|---|---|---|---|---|
| 10/01/2024 | Sherry & Michael Compton And Donati Law Pllc | PLIB | $35,000.00 | $0.00 | |

United States Bankruptcy Court

Western District of Tennessee

In re:

Apperson Crump PLC

    Debtor

Case No. 25-11660-jlc

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0651-1 | User: ao1492bnc | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 17, 2026 | Form ID: pdford02 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2026:**

**Recip ID**        **Recipient Name and Address**

    +  Continental Casualty Company, 23453 Network Place, Chicago, IL 60673-1234

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2026        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Advocate Capital, Inc. | amcmullen@bradley.com |
| Austin McMullen | on behalf of Creditor Advocate Capital  Inc. amcmullen@bradley.com, amcmullen@ecf.courtdrive.com |
| Bertis Echols | on behalf of Creditor Poplar Corridor Investments  LLC bechols@evanspetree.com, rfehse@evanspetree.com |
| Brandon McNary | on behalf of Creditor Adan Tech  LLC bmcnary@drmlawmemphis.com, litigation@drmlawmemphis.com |
| Brian Jordan | on behalf of Creditor Wilmington Savings Fund Society. FSB  not in its individual capacity but solely as Owner Trustee for the FLIC Residential Mortgage Loan Trust 1 bkecfinbox@aldridgepite.com, bjordan@ecf.inforuptcy.com |
| C. Jerome Teel, Jr. | |

District/off: 0651-1                                    User: ao1492bnc                                    Page 2 of 2

Date Rcvd: Mar 17, 2026                              Form ID: pdford02                              Total Noticed: 1

on behalf of Debtor Apperson Crump PLC bankruptcy@tennesseefirm.com
cjtecf@gmail.com;g3946@notify.cincompass.com;jeromecr77281@notify.bestcase.com

Carrie Ann Rohrscheib

on behalf of U.S. Trustee U.S. Trustee carrie.a.rohrscheib@usdoj.gov

Marianna Williams

on behalf of Codebtor Bruce M. Smith marianna@ashleyarnold.com

R. Lee Webber

on behalf of Creditor Guaranty Bank and Trust Company lwebber@martintate.com  mowens@martintate.com

Ronald G. Steen, Jr.

on behalf of Creditor Simmons Bank ronn.steen@thompsonburton.com  mdennis@thompsonburton.com

U.S. Trustee

ustpregion08.me.ecf@usdoj.gov

Wendy Geurin Smith

on behalf of Creditor BankTennessee wgsmith@evanspetree.com


TOTAL: 12