# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE
### Western District of Tennessee

| | |
|---|---|
| **In re** | **Case No.   25–11660** |
| | **Chapter   11** |
| **Apperson Crump PLC** | **BK Judge  Jimmy L Croom** |
| | |
| | **Adversary No.** |
| **Debtor(s).** | |
| | **Business** |
| | |
| | **USDC Case No. 2601037** |
| | |
| **Randel Edward Page, Jr.** | |
| **Appellant(s)** | |
| | |
| **vs.** | |
| | |
| **Apperson Crump, PLC.** | |
| **Paul Randolph** | |
| **Acting US Trustee, Region 8** | |
| **Appellee(s).** | |

## NOTICE OF TRANSMITTAL TO THE UNITED STATES DISTRICT COURT
## OF MISCELLANEOUS ITEMS RELATED TO APPEAL

**TO: Clerk of the U.S. District Court for the Western District of Tennessee**

The following items are available from the U.S. Bankruptcy Court docket sheet in .PDF form at https://ecf.tnwb.uscourts.gov.

☐   Motion (or Order thereon) to waive filing fee on appeal.

☐   Appellee(s)' election to have appeal heard in District Court erroneously filed with this court on
.

☐   Order dismissing bankruptcy case.
*See, Case Management Manual for United States Bankruptcy Judges, 1995*
*Chapter IV, Section B: The Pretrial Phase(b) –*
*"...dismissal of the underlying case may warrant the dismissal of an appeal..."*

☑   Appellant Response To Order To Show Cause And Motion For Summary Disposition
With Remand And Instructions To Convert To Chapter 7 And Appoint A Non–Attorney
Subject Matter Expert Trustee From Outside This District

| | |
|---|---|
| | **Travis D. Green, Clerk of Court** |
| | **United Sates Bankruptcy Court** |
| **Date:   April 29, 2026** | |
| | **BY:  /s/ Jacquelyn Stewart** |
| **cc:** | |
| **Debtor** | _____ |
| **Debtor atty** | **Deputy Clerk** |
| **Us Trustee** | **(731) 421–9300** |
| **Appellant** | **111 S Highland, Room 107** |
| | **Jackson, TN 38301** |

[ntctrnsa]Notice of Transmittal BAP 07–05

United States Bankruptcy Court

Western District of Tennessee

| In re: | Case No. 25-11660-jlc |
|---|---|
| Apperson Crump PLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0651-1 | User: ao1492bnc | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 30, 2026 | Form ID: ntctrnsa | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| cr | + Randel Edward Page, Jr., 3504 Milford Cove, Collierville, TN 38017-3606 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/Text: tbutler@appersoncrump.com | Apr 30 2026 23:30:00 | Apperson Crump PLC, 6000 Poplar Ave, Suite 150, Memphis, TN 38119-3971 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Advocate Capital, Inc. | amcmullen@bradley.com |
| Austin McMullen | on behalf of Creditor Advocate Capital Inc. amcmullen@bradley.com, amcmullen@ecf.courtdrive.com |
| Bertis Echols | on behalf of Creditor Poplar Corridor Investments LLC bechols@evanspetree.com, rfehse@evanspetree.com |
| Brandon McNary | on behalf of Creditor Adan Tech LLC bmcnary@drmlawmemphis.com, litigation@drmlawmemphis.com |

District/off: 0651-1                      User: ao1492bnc                                Page 2 of 2

Date Rcvd: Apr 30, 2026                    Form ID: ntctrnsa                          Total Noticed: 2

Brian Jordan

on behalf of Creditor Wilmington Savings Fund Society. FSB  not in its individual capacity but solely as Owner Trustee for the FLIC Residential Mortgage Loan Trust 1 bkecfinbox@aldridgepite.com, bjordan@ecf.inforuptcy.com

C. Jerome Teel, Jr.

on behalf of Debtor Apperson Crump PLC bankruptcy@tennesseefirm.com cjtecf@gmail.com;g3946@notify.cincompass.com;jeromecr77281@notify.bestcase.com

Carrie Ann Rohrscheib

on behalf of U.S. Trustee U.S. Trustee carrie.a.rohrscheib@usdoj.gov

Marianna Williams

on behalf of Codebtor Bruce M. Smith marianna@ashleyarnold.com

R. Lee Webber

on behalf of Creditor Guaranty Bank and Trust Company lwebber@martintate.com  mowens@martintate.com

Ronald G. Steen, Jr.

on behalf of Creditor Simmons Bank ronn.steen@thompsonburton.com  mdennis@thompsonburton.com

U.S. Trustee

ustpregion08.me.ecf@usdoj.gov

Wendy Geurin Smith

on behalf of Creditor BankTennessee wgsmith@evanspetree.com


TOTAL: 12